**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:11-cv-23051-DLG

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

        Plaintiffs,

  v.

ZHITIAN DAI *et al.*,

        Defendants.

_____/

**DECLARATION OF STEPHEN M. GAFFIGAN**
**IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION**

I, Stephen M. Gaffigan, declare and state as follows:

1.      I am an attorney for the Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton

Malletier, S.A. ("Louis Vuitton") (collectively "Plaintiffs") in the above captioned action.  I am

duly authorized and licensed to practice law before all courts in the State of Florida, the Southern

and Middle Districts of Florida, the Eastern District of Michigan, the Northern District of

Illinois, the District of Colorado, the Eleventh Circuit Court of Appeals, and the Federal Circuit

Court of Appeals.  I submit this Declaration, which is filed in support of Plaintiffs' *Ex Parte*

Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order

Restraining Transfer of Assets Tied To The Counterfeiting Operation (the "*Ex Parte* Application

for TRO") against Defendants.  I am personally knowledgeable of the matters set forth in this

declaration and, if called upon to do so, I could and would competently testify to the following

facts set forth below.

1

<u>RE:  INVESTIGATION OF DEFENDANTS</u>

2.      Prior to filing this action, my firm accessed and used the fully interactive, commercial Internet websites operating under the domain names identified in Schedule "A" to Plaintiffs' Application for Entry of TRO (the "Subject Domain Names").  The websites advertise and offer for sale handbags, wallets, sunglasses, and other goods bearing the Chanel trademarks and the Louis Vuitton trademarks (collectively, "Plaintiffs' Marks") at issue in this action.  Upon accessing the websites, a consumer is able to browse the online store for products bearing Plaintiffs' respective trademarks, add products to the online shopping carts, proceed to a point of checkout, and otherwise actively exchange data with the websites.  True and correct copies of the website printouts my firm captured for the Internet websites operating under the Subject Domain Names are attached hereto as Composite Exhibit "A."[1]

---

[1] The Internet websites operating under many of the Subject Domain Names are initially reflected in French, with the option to translate the web pages into English provided by Google. The true and correct copies of the translated web page printouts are included in Composite Exhibit "A".

The Internet websites operating under the Subject Domain Names, beautifulcity.info, bestapparelforu.info, niceapparel.info, nicegiftsforu.info, nicegiftsforu1.info, nicegiftsforu4.com, and nicegiftsforu5.com, automatically redirect and forward to the Internet website operating under the Subject Domain Name, nicegiftsforu3.com, upon selecting a brand to browse products, including "Chanel" and "Louis Vuitton."  Accordingly, the downloaded captures for the nicegiftsforu3.com website necessarily encompasses the downloaded captures of the beautifulcity.info, bestapparelforu.info, niceapparel.info, nicegiftsforu.info, nicegiftsforu1.info, nicegiftsforu4.com, and nicegiftsforu5.com websites.

Additionally, the Internet websites operating under the Subject Domain Names, nicegiftsforu2.com and shopwhatulove.info, automatically redirect and forward to the Internet website operating under the Subject Domain Name, luxurybagsnow.com, upon selecting a brand to browse products, including "Chanel" and "Louis Vuitton."  Accordingly, the downloaded captures for the luxurybagsnow.com website necessarily encompasses the downloaded captures of the nicegiftsforu2.com and shopwhatulove.info websites.

Moreover, the Internet websites operating under the Subject Domain Names, nicegiftsforutoday.info and uggaustraliashoes.info, automatically redirect and forward to the

3.      Additionally, my firm obtained the available WHOIS domain registration data for the Subject Domain Names.  True and correct copies of the WHOIS domain registration records which identify the Registrant and Administrative Contact information are attached hereto as Composite Exhibit "B."

4.      Based upon a review of the available WHOIS domain registration data regarding the Subject Domain Names and the investigative information provided in connection with Defendants' Internet websites operating thereunder, my firm was able to determine the Internet websites operating under the Subject Domain Names are each related to the named Defendant. The definition of the Subject Domain Names as a cohesive group, as well as their connection to the Defendants, is based on five metrics: (1) common e-mail addresses used; (2) common tacking codes; (3) shared Internet Protocol ("IP") addresses; (4) website redirection; and (5) common contact information.  Attached hereto as Exhibit "C" is a true and correct copy of the chart prepared for the convenience of the Court illustrating the connections between each of the Subject Domain Names and their connection to the Defendants.

5.      For the Court's convenience, a comparison summary table was prepared with citations to evidence comparing Plaintiffs' trademark Registrations with evidentiary citation demonstrating examples of the counterfeiting and infringement of each of Plaintiffs' Registered Marks.   A true and correct copy of the comparison summary table is attached hereto as Composite Exhibit "D."

---

Internet website operating under the Subject Domain Name, nicegiftsforu6.com, upon selecting a product for viewing, including "Chanel" and "Louis Vuitton" branded products.  Accordingly, the downloaded captures for the nicegiftsforu6.com website necessarily encompasses the downloaded captures for the nicegiftsforutoday.info and uggaustraliashoes.info websites.

RE:  *EX PARTE* RELIEF

6.      Plaintiffs are seeking *ex parte* relief because they reasonably believe if they proceed on notice to Defendants prior to modifying control of the Subject Domain Names, as requested in their Application for Entry of TRO, Defendants can easily and quickly transfer the registrations for many of the Subject Domain Names, or modify registration data and content, change hosts, and redirect traffic to other websites, thereby thwarting Plaintiffs' ability to obtain meaningful relief and continuing to cause irreparable injury to Plaintiffs.  Accordingly, Plaintiffs have made no effort to notify Defendants of their Application for Entry of TRO or obtain a stipulation.

7.      I have personal knowledge that under the operating rules of most domain name Registrars, Registrants can easily transfer ownership of domain names simply by submitting an authorization letter and an application form.  Defendants involved in domain name litigation easily can, and often will, modify registration data and content, change hosts, and redirect traffic to other websites they control.

8.      I have learned through multiple prior cases I have filed on behalf of Plaintiffs and other clients that, upon notice of a lawsuit, counterfeit website owners often immediately set up a redirect for their website which essentially informs a search engine that the website being crawled has permanently moved to another domain and instructs the search engine to divert traffic to the other website.  The result is to slingshot the new domains to the top of the search engine results pages by leveraging the Internet traffic to the domains in suit which was built through the illegal use of Plaintiffs' Marks.

9.      Attached hereto as Composite Exhibit "E" are four examples of post-suit redirects captured by my Firm with respect to four domain names, chanelfans.com, yeschanelgifts.com,

tick2buy.com, and watches-collection.com, which previously were home to counterfeit websites. As reflected in the Exhibit, after the domain name owners received notice of an action but before the domain names were transferred to the plaintiff through litigation, the owners simply redirected all traffic to new domain names, chanelfan.com, yeschanelgift.com, morncity.com, and replicagood.com, respectively. Accordingly, by the time the plaintiff obtained control of the domain names, all of the value to the counterfeiters had already been diverted to the new domain names, and the plaintiff was left to start over. In short, injunctive relief was rendered almost meaningless by advance notice to the domain name owners that the websites were the subject of a legal action. This case is being filed on an *ex parte* basis to prevent such an injustice from occurring herein.

RE:  RESTRAINING TRANSFER OF ASSETS

10.     In recent virtually identical cases in the Southern District of Florida, several Courts have entered the precise relief sought in Plaintiffs' current Application for TRO with respect to freezing financial accounts used to receive monies from the sale of counterfeit goods. See Louis Vuitton Malletier, S.A. v. Chunqiu, Case No. 0:11-cv-60999-JEM (S.D. Fla. May 17, 2011) (Order granting TRO freezing the PayPal accounts tied to counterfeiting operation); Abercrombie & Fitch Trading Co. v. Zhiyong, Case No. 0:11-CV-60913-JEM (S.D. Fla. May 4, 2011) (Order granting TRO freezing the PayPal accounts tied to counterfeiting operation); Louis Vuitton Malletier, S.A. v. Feng, Case No. 11-cv-60811-DMM (S.D. Fla. April 25, 2011) (Order granting TRO freezing the Western Union transfers tied to counterfeiting operation); Louis Vuitton Malletier, S.A. v. Li, Case No. 11-cv-60611-WPD (S.D. Fla. March 28, 2011) (Order granting TRO freezing the MoneyGram transfers tied to counterfeiting operation); Chanel, Inc. v. Li, Case No. 11-cv-60417-WPD (S.D. Fla. March 3, 2011) (Order granting TRO freezing the

Western Union accounts tied to counterfeiting operation); <u>Tiffany (NJ) LLC v. Zheng</u>, Case No. 11-cv-60171-CMA (S.D. Fla. Feb. 11, 2011) (Order granting TRO freezing the PayPal accounts tied to counterfeiting operation); <u>Chanel, Inc. v. Zhu</u>, Case No. 10-cv-62489-JEM (S.D. Fla. Jan. 19, 2011) (Order granting TRO freezing the PayPal accounts tied to conduct the counterfeiting operation),   true and correct copies of which are attached hereto as Composite Exhibit "F". MoneyGram, Western Union and PayPal each immediately complied with the asset restraint Orders for their respective accounts.

11.     Western Union admits on its website, westernunion.com (last visited on August 5, 2011) that it is licensed to operate in the State of Florida as a money transmitter and payment instrument issuer by the Florida Office of Financial Regulation.  A true and correct copy of the website text captured via westernunion.com is attached hereto as Exhibit "G." Accordingly, Western Union is subject to personal jurisdiction in this Court.

12.     PayPal, Inc. ("PayPal") admits on its website, paypal.com (last visited on August 5, 2011) that it is licensed to operate in the State of Florida as a money transmitter and payment instrument by the Florida Office of the Controller.  A true and correct copy of PayPal's license to engage in the business of money transmission downloaded from PayPal's website is attached hereto as Exhibit "H."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 24th day of August 2011, at Fort Lauderdale, Florida.

_Stephen M. Gaffigan_
Stephen M. Gaffigan

# Composite Exhibit A

beautifulcity.info

*(redirects to nicegiftsforu3.com)*

bag luxurry, handbags cheap - luxury handbags

Log In | My Wishlist | My Cart | Order

Currencies: 🇺🇸 $ ▼

SEARCH

# Sac à Main

Welcome | News | My Account | News Center | Contact Us

Cart: (  Items)

## Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- **Prada**
- **Hermes**
- **Celine**
- **Chanel**
- **Gucci**
- **Chloe**
- **Miu Miu**
- **Burberry**
- **Fendi**
- **Cartier**
- **Marc Jacobs**
- **Portfolio Series**
- **Belt series**
- **Sunglasses**
- **iPhone / iPad**
- Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $950.00
Price: **$168.00**
Save: 87%

Tous les sacs sont en vente
vous offrir de rabais de **10%**
Prix: €108.11

## News                               More ▸
- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Weekend Hit Item                          More ▸



Handbags PARDA  8976
Regular price: $1,560.00
Price: **$ 276.99**
Save: 82%



PRADA 2011 New series 7947
Regular price: $1,520.00
Price: **$ 242.99**
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Regular price: $920.00
Price: **$ 238.50**
Save: 74%

## Weekend New Item                          More ▸

bag luxury, handbags cheap - luxury handbags

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

## Get the latest Deals & Offers

$ 5.00

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



PRADA 2011 New series 8034 1
Regular price: $ 1,680.00
Price: **$ 263.99**
Save: 84%



PRADA 2011 New series 8028 2
Regular price: $ 1,690.00
Price: **$ 263.99**
Save: 84%



BURBERRY handbags 9611
Regular price: $ 1,230.00
Price: **$ 245.99**
Save: 80%



Celine handbag 189
Regular price: $ 1,850.00
Price: **$ 363.99**
Save: 80%



HERMES New Litchi (H017)
Regular price: $ 3,500.00
Price: **$ 285.99**
Save: 91%



MIU MIU Handbags Snakeskin 7430
Regular price: $ 1,590.00
Price: **$ 288.99**
Save: 81%

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap    HOME    TOP

     

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

http://beautifulcity.info/[8/3/2011 11:14:31 AM]

bestapparelforu.info

*(redirects to nicegiftsforu3.com)*

bag luxury, handbags cheap - luxury handbags

# Sac à Main

Log In | My Wishlist | My Cart | Order

Currencies: $ 

SEARCH

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $950.00
Price: **$ 168.00**
Save: 82%

Tous les sacs sont en vente

vous offrir de rabais de **10%**

Prix: €108.11

### News                    More ›

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Weekend Hit Item                    More ›



Handbags PARDA 8976
Regular price: $1,560.00
Price: **$ 276.99**
Save: 82%



PRADA 2011 New series 7947
Regular price: $1,520.00
Price: **$ 242.99**
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Regular price: $920.00
Price: **$ 238.50**
Save: 74%

## Weekend New Item                    More ›

About Us - Luxury handbag

# Sac à Main

Log In    My Wishlist    | My Cart    | Order

Currencies: 🇺🇸 $ ⌄                    [ SEARCH ]

Welcome    News    My Account    News Center    Contact Us          Cart: ( 0 Items)

 

### Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: ~~$ 950.00~~
Price: $ 168.00
Save: 82%

bag luxury, handbags cheap - luxury handbags







PRADA 2011 New series 8034 1
Regular price: $ 1,680.00
Price: $ 263.99
Save: 84%

PRADA 2011 New series 8028 2
Regular price: $ 1,690.00
Price: $ 263.99
Save: 84%

BURBERRY handbags 9611
Regular price: $ 1,230.00
Price: $ 245.99
Save: 80%







Celine handbag 189
Regular price: $ 1,850.00
Price: $ 363.99
Save: 80%

HERMES New Litchi (H017)
Regular price: $ 3,500.00
Price: $ 285.99
Save: 91%

MIU MIU Handbags Snakeskin 7430
Regular price: $ 1,590.00
Price: $ 288.99
Save: 81%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

## Get the latest Deals & Offers

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



HOME   TOP

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

About Us - Luxury handbag

# Sac à Main

Log In    My Wishlist  |  My Cart  |  Order

Currencies: $

Welcome   News   My Account   News Center   Contact Us

Cart: ( 0 Items)

**Louis Vuitton**

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories





THE WORLD OF MIU MIU

HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and
of styles on handbags designer our store . The purse is updated
you can add to your basket of dispatch directly . The customers who buy from
Our store will receive free shipping , the staff of sales that will be
sent to every day business . Our goal is to make you enjoy your shopping ,
allow you to become the woman the most beautiful and fashion with our beautiful
**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag
Chanel . All orders will be processed in time . We 're proud of
our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

Hemer handbag - handbag luxury

## Sac à Main

Log In    My Wishlist    My Cart    Order

Currencies: 🇺🇸 $ ⌄          [ SEARCH ]

Welcome   News   My Account   News Center   Contact Us         Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

■ Prada
■ Hermes
■ Celine
■ Chanel
■ Gucci
■ Chloe
■ Miu Miu
■ Burberry
■ Fendi
■ Cartier
■ Marc Jacobs
■ Portfolio Series
■ Belt series
■ Sunglasses
■ iPhone / iPad
   Luxe Accessories



**GUCCI**

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

# Contact Us

HOME > Contact Us

**Statement for our new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name: [                    ]

Your Email: [                    ]

Title: [                    ]

Message:
[                                        ]

[ Send ]  [ Cancle ]

---

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..

Regular price: ~~$ 950.00~~

Price: $ 168.00

Save: 82%

luxurybagsnow.com

LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇬🇧 ? ▼

SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us

Shopping Cart: ( Items)

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- **Prada**
- **Burberry**
- **Chanel**
- **Louis Vuitton**
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**

NEWS    MORE ▸

- most powerful luxury brands in ...
- Louis Vuitton handbags is a dream
- The Uniqueness Of Gucci
- Reasons to Get Hermes Handbags



Exclusive & Designer
HANDBAGS AND PURSES
Stylish & Quality handbags at wholesale prices







## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ~~$532.44~~
Sale Price: $105.24
Save:80%

## Weekend Hit Item

More ▸



LOUIS VUITTON Monogram Palermo PM
Price: ~~$532.44~~
Sale Price: $143.76
Save:73%



PRADA 2011 New series 7947
Price: ~~$982.70~~
Sale Price: $170.39
Save:82%



HERMES jugular lines (6089 in the blue gold)
Price: ~~$1642.11~~
Sale Price: $196.95
Save:88%

## Weekend New Item

More ▸

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[ Submit ]

- Handbags Online Sale





### Get the Latest Promo & Deals

Sign up for our mailing
list and receive ?3.14
pro mo code, a promo
co de will be emailed to you shortly
after you sign up. We do not share or
sell our customers information.

**?3.14**

GUCCI g 240261600 red full leather
embosse...
Price: ?1469.14
Sale Price: **?166.91**
Save:88%

PRADA 2011 New series7947
Price: ?982.70
Sale Price: **?170.39**
Save:82%

Chanel Silver
Price: ?1277.86
Sale Price: **?157.10**
Save:87%




MIU MIU bag street tide RIVETS88050
Price: ?1228.38
Sale Price: **?178.05**
Save:85%

MIU MIU Mobile Messenger Bag1863
Price: ?1126.40
Sale Price: **?168.31**
Save:85%

HERMES New Litchi (H2806 orange)
Price: ?1092.70
Sale Price: **?171.05**
Save:84%

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map

 H HOME    ↑ TOP

      

Copyright Notice © 2008   2011 luxurybagsnow.com All rights reserved

http://luxurybagsnow.com/[8/3/2011 4:43:17 PM]

## LV handbags

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▾

[SEARCH]

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( 0 Items)

- Hermes
- Prada
- Burberry
- Chanel
- **Louis Vuitton**
  - › 2011 New series
  - › Louis Vuitton Classic style
  - › Louis Vuitton Leather series
  - › Louis Vuitton Fabric series
  - › Louis Vuitton Multicolor
  - › Louis Vuitton Mems
  - › Louis Vuitton Wallet
  - › Louis Vuitton Suitcase
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



HOME  >  Louis Vuitton  >  2011 New series

Display: ▦ ▤    sort by :  Default Sort By

◀◀ ◀ 1 2 3 ▶ ▶▶

### Recommended



LOUIS VUITTON Monogram
BoetiePM
Price: $850.00
Sale Price: $168.00
Save 80%

### Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[        ] [Submit]

### Get the Latest Promo & Deals



LOUIS VUITTON Shoulder Messenger
bag3769
Price: $840.00
Sale Price: $233.99
Save 72%



LOUIS VUITTON Shoulder Messenger
bag3769
Price: $840.00
Sale Price: $233.99
Save 72%



LOUIS VUITTON Shoulder Messenger
bag3769
Price: $840.00
Sale Price: $233.99
Save 72%

LOUIS VUITTON Shoulder Messenger
bag 3769
Price: $840.00
Sale Price: $193.99
Save 76%



LOUIS VUITTON Shoulder Messenger
bag98032
Price: $1280.00
Sale Price: $255.99
Save 80%



LOUIS VUITTON Shoulder bag98033
Price: $1280.00
Sale Price: $255.99
Save 80%



LOUIS VUITTON Mobile Messenger
Bag98023
Price: $1280.00

LOUIS VUITTON Shoulder bag98301
Price: $1280.00
Sale Price: $255.99



LOUIS VUITTON Shoulder bag93127
Price: $870.00
Sale Price: $238.99

Louis Vuitton Leather series - Handbags Online Sale

LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▼          SEARCH

# LV handbags

Home   New Arrivals   My Account   News Center   Contact Us   Shopping Cart: ( 0 Items)

- Hermes
- Prada
- Burberry
- Chanel
- **Louis Vuitton**
  - 2011 New series
  - Louis Vuitton Classic style
  - Louis Vuitton Leather series
  - Louis Vuitton Fabric series
  - Louis Vuitton Multicolor
  - Louis Vuitton Mens
  - Louis Vuitton Wallet
  - Louis Vuitton Suitcase
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



**New Arrival for Gifts**
Start at 50% off PLUS Free Shipping

HOME > Louis Vuitton > Louis Vuitton Leather series

Display: ⊞ ☰     sort by : Default Sort By          ◄◄ ◄ 1 2 3 4 5 ► ►►

## Recommended



LOUIS VUITTON Monogram
BoetiePM
Price: $850.00
Sale Price: $168.00
Save 80%

## Track Order

Need to order again? Enter the billing information below and we will track it for you.

[          ] Submit

**Get the Latest Promo & Deals**



LOUIS VUITTON  20053012
Price: $880.00
Sale Price: $195.99
Save:77%



Louis Vuitton coffee,new and old flower ha...
Price: $895.00
Sale Price: $243.99
Save:72%



Louis Vuitton laser presbyopia bag
Price: $895.00
Sale Price: $243.99
Save:72%



Louis Vuitton gradient induced presbyopia bag
Price: $895.00
Sale Price: $243.99
Save:72%



Louis Vuitton black pattern bag
Price: $895.00
Sale Price: $243.99
Save:72%



Louis Vuitton coffee,new and old flower bag
Price: $895.00
Sale Price: $243.99
Save:72%



Louis Vuitton black letters snakeskin
Price: $1060.00
Sale Price: $266.99

Louis Vuitton Claret pressure presbyopia
Price: $1060.00
Sale Price: $266.99



Louis Vuitton Multicolor 10
Price: $750.00
Sale Price: $228.50

Louis Vuitton Leather series - Handbags Online Sale

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**

Save:74%    Save:74%    Save:69%

Louis Vuitton Multicolor 9
Price: $750.00
Sale Price: $228.50
Save:69%

Louis Vuitton Multicolor 5
Price: $750.00
Sale Price: $228.50
Save:69%

Louis Vuitton Multicolor 4
Price: $750.00
Sale Price: $228.50
Save:69%

1 2 3 4 5

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map

HOME    TOP

Copyright Notice © 2008   2011 www.luxurybagsnow.com All rights reserved

http://www.luxurybagsnow.com/handbags676-670-1-Louis-Vuitton-Leather-series.aspx[8/3/2011 12:47:40 PM]

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▼

[ SEARCH ]

## LV handbags

Home   New Arrivals   My Account   News Center   Contact Us   Shopping Cart: ( 0 Items)

HOME > Louis Vuitton > 2011 New series > LOUIS VUITTON Shoulder Messenger bag98032

### Hermes

- › Hermes New series
- › Hermes Birbin Platinum: 25CM
- › Hermes Birbin Platinum: 30CM
- › Hermes Birbin Platinum: 35CM
- › Hermes Birbin Platinum: 40CM
- › Hermes Birbin Platinum: 42CM
- › Hermes Kelly bag: 22CM
- › Hermes Kelly bag: 32CM
- › Hermes Kelly bag: 35CM
- › Hermes Lindy 34CM
- › Hermes Wallet

- Prada
- Burberry
- Chanel
- Louis Vuitton
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



🔍 View larger image

Add To My Wishlist

### LOUIS VUITTON Shoulder Messenger bag98032

Regular price: $1280.00

Price: $255.25 Save Off: 80%

Size Info:
W31XH27XD15

Shipping Fee: Free Shipping

Quantity: [1]

[ Add to Cart ]   [ Checkout ]

f my 8 t | 🔶 Plus

| Description | Reviews | Wishlist |

1.100% Brand new.
2.Top quality and which looks luxury and fashion.
3.There is a wide selection of designs and styles.
4.Make you standout with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.We accpet Visa and Master Card.
7.We guarantee to give you best sale service.

### Recommended



LOUIS VUITTON Monogram BoetiePM
Price: $850.00
Sale Price: $168.00
Save 80%

### Track Order

Need to track your order? Enter the billing information below and we will track for you.

[ ] Submit

LOUIS VUITTON Shoulder Messenger bag98032 - Handbags Online Sale



**Get the Latest Promo & Deals**

**$5.00**

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.





LOUIS VUITTON Shoulder Messenger bag98032 - Handbags Online Sale





You may like these

# LV handbags

LOGIN | My Wishlist | My Cart | Checkout

Currencies: 🇬🇧 ? ⌄

SEARCH

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( 0 Items)

HOME > Louis Vuitton > Louis Vuitton Classic style > LOUIS VUITTON Monogram BoetiePM

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- **Prada**
- **Burberry**
- **Chanel**
- **Louis Vuitton**
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**



 View larger image

Add To My Wishlist

## LOUIS VUITTON Monogram BoetiePM

Regular price: ?532.44

Price: ?105.24  Save Off: 80%

Size Info:

L37cm - H23cm - P16cm

Shipping Fee: Free Shipping

Quantity: 1

Add to Cart | Checkout

 Plus

| Description | Reviews | Wishlist |
| --- | --- | --- |

1.100% Brand new.
2.Top quality and which looks luxury and fashion.
3.There is a wide selection of designs and styles.
4.Make you standout with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.We accpet Visa and Master Card.
7.We guarantee to give you best sale service.

### Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ?532.44
Sale Price: ?105.24
Save 80%

### Track Order

Need to track your order? Enter the billing information below and we will track for you.

Submit

LOUIS VUITTON Monogram BoetiePM - Handbags Online Sale



**Get the Latest Promo & Deals**

Sign up for our mailing list and receive ?3.14 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**?3.14**



Louis Vuitton Multicolor-5 - Handbags Online Sale

# LV handbags

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▾

SEARCH

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( 0 Items)

HOME > Louis Vuitton > Louis Vuitton Leather series > Louis Vuitton Multicolor 5

## Hermes

- › Hermes New series
- › Hermes Birbin Platinum: 25CM
- › Hermes Birbin Platinum: 30CM
- › Hermes Birbin Platinum: 35CM
- › Hermes Birbin Platinum: 40CM
- › Hermes Birbin Platinum: 42CM
- › Hermes Kelly bag: 22CM
- › Hermes Kelly bag: 32CM
- › Hermes Kelly bag: 35CM
- › Hermes Lindy 34CM
- › Hermes Wallet

- Prada
- Burberry
- Chanel
- Louis Vuitton
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses

## Recommended

LOUIS VUITTON Monogram BoetiePM
Price: $850.00
Sale Price: $168.00
Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[                    ] Submit

## ⦿ Louis Vuitton Multicolor-5

LD

**Regular price:** $750.00

**Price:** $218.00  **Save Off:** 84%

**Size Info:**

W36xH18xD18cm 1.4kg

**Shipping Fee:** Free Shipping

**Quantity:** [ 1 ]

🛒 Add to Cart        🔒 Checkout

f my g+ t ➕ Plus

🔍 **View larger image**

Add To My Wishlist

| Description | Reviews | Wishlist |
|---|---|---|

1.100% Brand new.
2.Top quality and which looks luxury and fashion.
3.There is a wide selection of designs and styles.
4.Make you standout with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.We accpet Visa and Master Card.
7.We guarantee to give you best sale service.



**Get the Latest Promo & Deals**



**$5.00**

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

## You may like these



Coach 10859360 coffee brown bag
Price: $1006.40
Sale Price: $212.03
Save:78%



Hermes black Messenger Bag
Price: $1107.40
Sale Price: $244.70
Save:77%



LOUIS VUITTON Monogram Montorgueil GM
Price: $775.00
Sale Price: $209.50
Save:72%



conew 1208
Price: $240.00
Sale Price: $72.99
Save:69%



conew  conew  8022 6
Price: $320.00
Sale Price: $75.99
Save:76%



Gucci 3391120 White Wallet
Price: $902.00
Sale Price: $156.19
Save:82%

Louis Vuitton Wallet - Handbags Online Sale



LOGIN

Currencies: 🇬🇧 ?

Shopping Cart: (   Items)

🇺🇸 US Dollar
🇪🇺 Euro
🇨🇦 Canadian Dollar
🇦🇺 Australian Dollar
🇭🇰 HongKong Dollars
🇨🇭 Switzerland Francs

· Home



**Hermes**
- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

**Prada**
- 2011 New series
- Prada Classic style

**Burberry**
- 2011 New series
- Burberry Classic style
- Burberry Wallet

**Chanel**
- 2011 New Series
- Chanel Leather Series
- Chanel Canvas Series
- Chanel 2.55 Series
- Chanel Evening Bag
- Chanel Grain Leather Bag
- Chanel Wallet

**Louis Vuitton**
- 2011 New series
- Louis Vuitton Classic style
- Louis Vuitton Leather series
- Louis Vuitton Fabric series
- Louis Vuitton Multicolor
- Louis Vuitton Mems
- Louis Vuitton Wallet
- Louis Vuitton Suitcase

**Gucci**



HOME  >  Louis Vuitton  >  Louis Vuitton Wallet

Display: ⊞ ▤          sort by : | Default Sort By |

◄◄ ◄ 1 2 3 4 5 ► ►►

Louis Vuitton orange color wallet
Price: ₹343.27
Sale Price: ₹90.20
Save:73%

Louis Vuitton color green wallet
Price: ₹343.27
Sale Price: ₹90.20
Save:73%

- 2011 New series
- Gucci Leather
- Gucci Fabric
- Gucci Wallet
- Gucci Traveling Suitcase

## Celine Handbag

- Celine New Series

## Chloe

- 2011 New series
- Chloe Classic style

## MiuMiu

- 2011 New series
- Miu Miu Classic style

## Marc Jacobs

- 2011 New series
- Marc Jacobs Classic style

## Sunglasses

- Gucci
- Louis Vuitton
- Chanel
- Oakley
- Dior
- D&G
- Coach
- Prada

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ?532.44
Sale Price: ?105.24
Save 80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[ Submit ]

### Get the Latest Promo & Deals

Sign up for our mailing list and receive ?3.14 pro mo **?3.14**



LOUIS VUITTON m60123150 red and white color
Price: ?343.27
Sale Price: ?90.20
Save 74%



LOUIS VUITTON m60123150  Pink Black Color
Price: ?343.27
Sale Price: ?72.66
Save 78%



Louis Vuitton 90001220 Khaki leather wallet
Price: ?349.54
Sale Price: ?93.65
Save 73%



Louis Vuitton 90001220 coffee brown leathe...
Price: ?349.54
Sale Price: ?93.65
Save 73%



Louis Vuitton khaki color wallet
Price: ?349.54
Sale Price: ?93.65

code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.



Louis Vuitton brown coffee wallet

Price: ?349.54

Sale Price: ?93.65

Save 73%



LOUIS VUITTON 9003240 Black

Price: ?343.27

Sale Price: ?93.33

Save 72%



LOUIS VUITTON 9002230 Black

Price: ?343.27

Sale Price: ?93.33

Save 72%



LOUIS VUITTON 9001220 Black

Price: ?343.27

Sale Price: ?93.33

Save 72%



Louis Vuitton dark box wallet

Price: ?299.42



LOGIN

Currencies: 🇬🇧 ?  [▾]

[                    ] ·SEARCH



· **Home**

US Dollar
Shopping Cart: (   Items)
🇨🇦 Canadian Dollar
🇦🇺 Australian Dollar
🇭🇰 HongKong Dollars
🇨🇭 Switzerland Francs



**Hermes**
· Hermes New series
· Hermes Birbin Platinum: 25CM
· Hermes Birbin Platinum: 30CM
· Hermes Birbin Platinum: 35CM
· Hermes Birbin Platinum: 40CM
· Hermes Birbin Platinum: 42CM
· Hermes Kelly bag: 22CM
· Hermes Kelly bag: 32CM
· Hermes Kelly bag: 35CM
· Hermes Lindy 34CM
· Hermes Wallet

**Prada**
· 2011 New series
· Prada Classic style

**Burberry**
· 2011 New series
· Burberry Classic style
· Burberry Wallet

**Chanel**
· 2011 New Series
· Chanel Leather Series
· Chanel Canvas Series
· Chanel 2.55 Series
· Chanel Evening Bag
· Chanel Grain Leather Bag
· Chanel Wallet

**Louis Vuitton**
· 2011 New series
· Louis Vuitton Classic style
· Louis Vuitton Leather series
· Louis Vuitton Fabric series
· Louis Vuitton Multicolor
· Louis Vuitton Mems
· Louis Vuitton Wallet
· Louis Vuitton Suitcase

**Gucci**



HOME > Sunglasses > Louis
Vuitton

Display: ⊞ ☰    sort by : [ Default Sort By ]

◀◀ ◀ 1 2 3 4 5 6 7 8 ... ▶ ▶▶



conew 5244
Price: ~~?175.40~~
Sale Price: ?51.99
Save ?0%

conew 5243
Price: ~~?175.40~~
Sale Price: ?51.99
Save ?0%

- 2011 New series
- Gucci Leather
- Gucci Fabric
- Gucci Wallet
- Gucci Traveling Suitcase

## Celine Handbag

- Celine New Series

## Chloe

- 2011 New series
- Chloe Classic style

## MiuMiu

- 2011 New series
- Miu Miu Classic style

## Marc Jacobs

- 2011 New series
- Marc Jacobs Classic style

## Sunglasses

- Gucci
- Louis Vuitton
- Chanel
- Oakley
- Dior
- D&G
- Coach
- Prada



## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ₹532.44
Sale Price: ₹105.24
Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[ Submit ]

**Get the Latest Promo & Deals**

Sign up for our mailing list



conew  5242
Price: ₹175.40
Sale Price: ₹51.99
Save:70%



conew  5241
Price: ₹175.40
Sale Price: ₹51.99
Save:70%



conew  5240
Price: ₹175.40
Sale Price: ₹51.99
Save:70%



conew  5239
Price: ₹175.40
Sale Price: ₹51.99
Save:70%



conew  5238
Price: ₹175.40
Sale Price: ₹51.99
Save:70%

**?3.14**

and receive ?3.14 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.



conew  5237
Price: ?175.40
Sale Price: ?51.99
Save 70%



conew  5236
Price: ?175.40
Sale Price: ?51.99
Save 70%



conew  5235
Price: ?175.40
Sale Price: ?51.99
Save 70%



conew  5234
Price: ?175.40
Sale Price: ?51.99
Save 70%



conew  5233
Price: ?175.40
Sale Price: ?51.99
Save 70%

# LV handbags

LOGIN   My Wishlist | My Cart | Checkout

Currencies: $ ▾

SEARCH

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( Items)

- **Hermes**
- **Prada**
- **Burberry**
- **Chanel**
  - 2011 New Series
  - › Chanel Leather Series
  - › Chanel Canvas Series
  - › Chanel 2.55 Series
  - › Chanel Evening Bag
  - › Chanel Grain Leather Bag
  - › Chanel Wallet
- **Louis Vuitton**
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**





New Arrival for Gifts
Start at 50% off PLUS Free Shipping

HOME > Chanel > 2011 New Series

Display: ▦ ▤    sort by : Default Sort By    ◀◀ ◀ 1 2 3 ▶ ▶▶

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ~~$850.00~~
Sale Price: $168.00
Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

Submit

## Get the Latest Promo & Deals





CHANEL 2011 New Series 50362
Price: ~~$1650.00~~
Sale Price: $246.99
Save:85%



CHANEL 2011 New Series 30375
Price: ~~$1650.00~~
Sale Price: $246.99
Save:85%



CHANEL 2011 New Series 50362
Price: ~~$1650.00~~
Sale Price: $246.99
Save:85%



CHANEL 2011 New Series 65835
Price: ~~$1650.00~~
Sale Price: $253.99
Save:84%



CHANEL 2011 New Series 95566
Price: ~~$1560.00~~
Sale Price: $225.99
Save:85%



CHANEL 2011 New Series 95582
Price: ~~$1460.00~~
Sale Price: $235.99
Save:83%

CHANEL 2011 New Series 30375
Price: ~~$1580.00~~
Sale Price: $225.99

CHANEL 2011 New Series 30735
Price: ~~$1580.00~~
Sale Price: $225.99



CHANEL 2011 New Series 65836
Price: ~~$1730.00~~
Sale Price: $258.99



Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**

CHANEL 2011 New Series 69009
Price: $1420.00
Sale Price: $235.99
Save:83%

CHANEL 2011 New Series 69010
Price: $1630.00
Sale Price: $236.99
Save:85%

CHANEL 2011 New Series 65837
Price: $1560.00
Sale Price: $243.99
Save:84%

1 2 3

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map

Copyright Notice © 2008   2011 www.luxurybagsnow.com All rights reserved

# LV handbags

LOGIN | My Wishlist | My Cart | Checkout

Currencies: $

SEARCH

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( Items)

- Hermes
- Prada
- Burberry
- **Chanel**
  - › 2011 New Series
  - › Chanel Leather Series
  - › Chanel Canvas Series
  - › Chanel 2.55 Series
  - › Chanel Evening Bag
  - › Chanel Grain Leather Bag
  - › Chanel Wallet
- Louis Vuitton
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



New Arrival for Gifts
Start at 50% off PLUS Free Shipping

HOME > Chanel > Chanel Leather Series

Display: ⊞ ▤     sort by : sort,sendtime desc,productid desc     ◄◄ ◄ 1 2 3 ► ►►

### Recommended



LOUIS VUITTON Monogram
BoetiePM
Price: $850.00
Sale Price: $168.00
Save 80%

### Track Order

Need to track your order? Enter the billing information below and we will track it for you.

Submit

### Get the Latest Promo & Deals







Chanel Pink
Price: $2040.00
Sale Price: $250.79
Save:87%

Chanel Rose Gold
Price: $2040.00
Sale Price: $250.79
Save:87%

Chanel 4764550  Black
Price: $2040.00
Sale Price: $210.79
Save:89%








Chanel 1588580 Apricot Handbag
Price: $2008.00
Sale Price: $243.59
Save:87%

Chanel 1588580 Yellow Handbag
Price: $2008.00
Sale Price: $243.59
Save:87%

Chanel 6874380 Yellow Handbag
Price: $1720.00
Sale Price: $218.79
Save:87%







Chanel 6874380 White Handbag
Price: $1720.00
Sale Price: $218.79

Chanel 6874380 red Handbag
Price: $1720.00
Sale Price: $218.79

Chanel 6874380 Black Handbag
Price: $1720.00
Sale Price: $218.79

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**

Chanel 1588580 Pink full leather Handbag
Price: ~~$1720.00~~
Sale Price: $218.79
Save:87%

Chanel Silver
Price: ~~$2040.00~~
Sale Price: $250.79
Save:87%

Chanel 47381350 Apricot Handbag
Price: ~~$1904.00~~
Sale Price: $210.79
Save:88%

1 2 3

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map

HOME    TOP

Copyright Notice © 2008   2011 www.luxurybagsnow.com All rights reserved

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▾    [SEARCH]

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( 0 Items)

HOME > Chanel > 2011 New Series > CHANEL 2011 New Series 50362

## Hermes

› Hermes New series
› Hermes Birbin Platinum: 25CM
› Hermes Birbin Platinum: 30CM
› Hermes Birbin Platinum: 35CM
› Hermes Birbin Platinum: 40CM
› Hermes Birbin Platinum: 42CM
› Hermes Kelly bag: 22CM
› Hermes Kelly bag: 32CM
› Hermes Kelly bag: 35CM
› Hermes Lindy 34CM
› Hermes Wallet

▪ Prada
▪ Burberry
▪ Chanel
▪ Louis Vuitton
▪ Gucci
▪ Celine Handbag
▪ Chloe
▪ MiuMiu
▪ Marc Jacobs
▪ Sunglasses

### ● CHANEL 2011 New Series 50362

**Regular price:** $1650.00

**Price:** $248.00   **Save Off:** 85%

**Size Info:**

**W31×H18×D8.5cm**

**Shipping Fee:** Free Shipping

**Quantity:** 1

[ 🛒 Add to Cart ]   [ 🔒 Checkout ]

🔍 **View larger image**

Add To My Wishlist

| Description | Reviews | Wishlist |
| --- | --- | --- |

## Recommended



LOUIS VUITTON Monogram
BoetiePM

Price: $850.00

Sale Price: $168.00

Save 80%

## Track Order

Need to track your order? Enter the billing
information below and we will track it for you.

[                    ] [Submit]



**You may like these**



LOUIS VUITTON Multicolor Pochette Accessor...
Price: $1020.00
Sale Price: $233.99
Save:77%



GUCCI 3292120 red wallet
Price: $925.00
Sale Price: $162.85
Save:82%



HERMES Kelly bag / Kelly (H008 light brown 2)
Price: $1298.50
Sale Price: $252.04
Save:80%



Prada y038 0129850 Brown Handbag



conew 1132
Price: $240.00
Sale Price: $72.99



Coach 40491200 wallet



**Get the Latest Promo & Deals**

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**





## You may like these



LOUIS VUITTON Multicolor Pochette Accessor...
Price: $1020.00
Sale Price: $233.99
Save:77%



GUCCI 3292120 red wallet
Price: $925.00
Sale Price: $162.85
Save:82%



HERMES Kelly bag / Kelly (H008 light brown 2)
Price: $1298.50
Sale Price: $252.04
Save:80%



Prada y038 0129850 Brown Handbag



conew 1132
Price: $240.00
Sale Price: $72.99



Coach 40491200 wallet





LOGIN   My Wishlist | My Cart | Checkout

Currencies: $

SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( 0 Items)

HOME > Chanel > 2011 New Series > CHANEL 2011 New Series 30375

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- Prada
- Burberry
- Chanel
- Louis Vuitton
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



🔍 **View larger image**

**Add To My Wishlist**

## ○ CHANEL 2011 New Series 30375

**Regular price:** $1650.00

**Price:** $248.00  **Save Off:** 85%

**Size Info:**

**W31×H18×D8.5cm**

**Shipping Fee:** Free Shipping

**Quantity:** 1

🛒 Add to Cart    🔒 Checkout

f  my  g  t  |  ➕ Plus

| Description | Reviews | Wishlist |

---

## Recommended

LOUIS VUITTON Monogram BoetiePM

Price: $850.00

Sale Price: $168.00

Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track for you.

[                    ] Submit



**Get the Latest Promo & Deals**

**$5.00**

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.









**You may like these**



New Prada 2006500 yellowish brown embossed...
Price: $1413.40
Sale Price: $249.07
Save:82%



COACH 6k10160 black Wallet
Price: $688.20
Sale Price: $149.13
Save:78%



GUCCI g 232946600 red full leather embosse...
Price: $2257.00
Sale Price: $259.05
Save:88%



conew 4089
Price: $245.00
Sale Price: $69.00



HERMES hand shoulder (6308 yellow /



GUCCI Purple ostrich skin

**LV** handbags

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▾

SEARCH

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( 0 Items)

HOME > Chanel > Chanel Leather Series > Chanel 1588580 Yellow Handbag

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

▪ **Prada**
▪ **Burberry**
▪ **Chanel**
▪ **Louis Vuitton**
▪ **Gucci**
▪ **Celine Handbag**
▪ **Chloe**
▪ **MiuMiu**
▪ **Marc Jacobs**
▪ **Sunglasses**

## Recommended

LOUIS VUITTON Monogram BoetiePM
Price: $850.00
Sale Price: $168.00
Save 80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

Submit

LD

### Chanel 1588580 Yellow Handbag

**Regular price:** $2008.00

**Price:** $343.83   **Save Off:** 87%

**Size Info:**

W40xH32xD8cm 1.4kg

**Shipping Fee:** Free Shipping

**Quantity:** 1

Add to Cart    Checkout

Plus

🔍 View larger image

Add To My Wishlist

| Description | Reviews | Wishlist |

1.100% Brand new.
2.Top quality and which looks luxury and fashion.
3.There is a wide selection of designs and styles.
4.Make you standout with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.We accpet Visa and Master Card.
7.We guarantee to give you best sale service.



## You may like these



conew 8283
Price: $320.00
Sale Price: $75.99
Save:76%



Gucci black snakeskin black oil wax bag
Price: $2109.00
Sale Price: $264.97
Save:87%



LOUIS VUITTON Monogram Musette Tango 01
Price: $820.00
Sale Price: $212.99
Save:74%



conew 1178
Price: $240.00
Sale Price: $72.99
Save:69%



conew 23220
Price: $265.00
Sale Price: $73.99
Save:72%



PRADA 2011 New series1876
Price: $1591.00
Sale Price: $276.83
Save:82%





**Get the Latest Promo & Deals**

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**



## You may like these



conew 8283
Price: $320.00
Sale Price: $75.99
Save:76%



Gucci black snakeskin black oil wax bag
Price: $2109.00
Sale Price: $264.97
Save:87%



LOUIS VUITTON Monogram Musette Tango 01
Price: $820.00
Sale Price: $212.99
Save:74%



conew 1178
Price: $240.00
Sale Price: $72.99
Save:69%



conew 23220
Price: $265.00
Sale Price: $73.99
Save:72%



PRADA 2011 New series1876
Price: $1591.00
Sale Price: $276.83
Save:82%

Chanel Wallet - Handbags Online Sale

LOGIN

Currencies:  ?



Shopping Cart: (   Items)

US Dollar
Canadian Dollar
Australian Dollar
HongKong Dollars
Switzerland Francs

· Home

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

## Prada

- 2011 New series
- Prada Classic style

## Burberry

- 2011 New series
- Burberry Classic style
- Burberry Wallet

## Chanel

- 2011 New Series
- Chanel Leather Series
- Chanel Canvas Series
- Chanel 2.55 Series
- Chanel Evening Bag
- Chanel Grain Leather Bag
- Chanel Wallet

## Louis Vuitton

- 2011 New series
- Louis Vuitton Classic style
- Louis Vuitton Leather series
- Louis Vuitton Fabric series
- Louis Vuitton Multicolor
- Louis Vuitton Mems
- Louis Vuitton Wallet
- Louis Vuitton Suitcase

## Gucci



HOME > Chanel > Chanel Wallet

Display: 🔡 ☰    sort by : Default Sort By    123456



**chanel piank wallet**
Price: ?927.08
Sale Price: ?112.00
Save 87%

**chanel dotted black wallet**
Price: ?927.08
Sale Price: ?112.00
Save 87%

- 2011 New series
- Gucci Leather
- Gucci Fabric
- Gucci Wallet
- Gucci Traveling Suitcase

## Celine Handbag

- Celine New Series

## Chloe

- 2011 New series
- Chloe Classic style

## MiuMiu

- 2011 New series
- Miu Miu Classic style

## Marc Jacobs

- 2011 New series
- Marc Jacobs Classic style

## Sunglasses

- Gucci
- Louis Vuitton
- Chanel
- Oakley
- Dior
- D&G
- Coach
- Prada

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ?532.44
Sale Price: ?105.24
Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[ Submit ]

**Get the Latest Promo & Deals**

Sign up for our mailing list and receive ?3.14 pro mo

**?3.14**



chanel four cell purple bag
Price: ?927.08
Sale Price: ?112.00
Save:87%



chanel black square grid bag
Price: ?927.08
Sale Price: ?112.00
Save:87%



Chanel Silver flower bottle throwing wallet
Price: ?861.93
Sale Price: ?92.46
Save:89%



chanel blue wallet
Price: ?876.96
Sale Price: ?103.74
Save:88%



chanel deep rea wallet
Price: ?876.96
Sale Price: ?103.74

code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.



chanel purplr wallet

Price: ?876.96

Sale Price: ?103.74

Save 88%



chanel apricot wallet

Price: ?876.96

Sale Price: ?103.74

Save 88%



chanel black color bag

Price: ?876.96

Sale Price: ?103.74

Save 88%



chanel orange wallet

Price: ?761.71

Sale Price: ?92.46

Save 87%



chanel bright black wallet

Price: ?761.71

Chanel - Handbags Online Sale



LOGIN

Currencies: 🇬🇧 ?  [ ∨ ]    [        ]  [•SERCH]

**• Home**

Shopping Cart: (   Items)

🇺🇸 US Dollar
🇨🇦 Canadian Dollar
🇦🇺 Australian Dollar
🇭🇰 HongKong Dollars
🇨🇭 Switzerland Francs

**Hermes**

⊕ Hermes New series
⊕ Hermes Birbin Platinum: 25CM
⊕ Hermes Birbin Platinum: 30CM
⊕ Hermes Birbin Platinum: 35CM
⊕ Hermes Birbin Platinum: 40CM
⊕ Hermes Birbin Platinum: 42CM
⊕ Hermes Kelly bag: 22CM
⊕ Hermes Kelly bag: 32CM
⊕ Hermes Kelly bag: 35CM
⊕ Hermes Lindy 34CM
⊕ Hermes Wallet

**Prada**

⊕ 2011 New series
⊕ Prada Classic style

**Burberry**

⊕ 2011 New series
⊕ Burberry Classic style
⊕ Burberry Wallet

**Chanel**

⊕ 2011 New Series
⊕ Chanel Leather Series
⊕ Chanel Canvas Series
⊕ Chanel 2.55 Series
⊕ Chanel Evening Bag
⊕ Chanel Grain Leather Bag
⊕ Chanel Wallet

**Louis Vuitton**

⊕ 2011 New series
⊕ Louis Vuitton Classic style
⊕ Louis Vuitton Leather series
⊕ Louis Vuitton Fabric series
⊕ Louis Vuitton Multicolor
⊕ Louis Vuitton Mems
⊕ Louis Vuitton Wallet
⊕ Louis Vuitton Suitcase

**Gucci**



HOME > Sunglasses > Chanel

Display: ▦ ▤    sort by : [ Default Sort By ]

◄◄ ◄ 1 2 3 4 5 6 7 8 … ► ►►



conew  conew  aaa23018
Price: ?166.00
Sale Price: ?46.35
Save 72%

conew  conew  aaa23010
Price: ?166.00
Sale Price: ?46.35
Save 72%

- 2011 New series
- Gucci Leather
- Gucci Fabric
- Gucci Wallet
- Gucci Traveling Suitcase

**Celine Handbag**

- Celine New Series

**Chloe**

- 2011 New series
- Chloe Classic style

**MiuMiu**

- 2011 New series
- Miu Miu Classic style

**Marc Jacobs**

- 2011 New series
- Marc Jacobs Classic style

**Sunglasses**

- Gucci
- Louis Vuitton
- Chanel
- Oakley
- Dior
- D&G
- Coach
- Prada

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ~~?532.44~~
Sale Price: ?105.24
Save:80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[Submit]

**Get the Latest Promo & Deals**

Sign up for our mailing list



conew  conew  aaa23009 1
Price: ~~?166.00~~
Sale Price: ?46.35
Save:72%



conew  conew  aaa23009
Price: ~~?166.00~~
Sale Price: ?46.35
Save:72%



conew  conew  aaa23007 4
Price: ~~?166.00~~
Sale Price: ?46.35
Save:72%



conew  conew  aaa23007 3
Price: ~~?166.00~~
Sale Price: ?46.35
Save:72%



conew  conew  aaa23007 2
Price: ~~?166.00~~
Sale Price: ?46.35
Save:72%

and receive ?3.14 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**?3.14**



conew  conew  aaa23007 1
Price: ?166.00
Sale Price: ?46.35
Save 72%



conew  conew  aaa23006 5
Price: ?166.00
Sale Price: ?46.35
Save 72%



conew  conew  aaa23006 4
Price: ?166.00
Sale Price: ?46.35
Save 72%



conew  conew  aaa23006 2
Price: ?166.00
Sale Price: ?46.35
Save 72%



conew  conew  aaa23006
Price: ?166.00
Sale Price: ?46.35
Save 72%

LOGIN



Currencies:  ? 

Shopping Cart: (  Items)

- Home

US Dollar
Euro
Canadian Dollar
Australian Dollar
HongKong Dollars
Switzerland Francs

**Hermes**

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

**Prada**

- 2011 New series
- Prada Classic style

**Burberry**

- 2011 New series
- Burberry Classic style
- Burberry Wallet

**Chanel**

- 2011 New Series
- Chanel Leather Series
- Chanel Canvas Series
- Chanel 2.55 Series
- Chanel Evening Bag
- Chanel Grain Leather Bag
- Chanel Wallet

**Louis Vuitton**

- 2011 New series
- Louis Vuitton Classic style
- Louis Vuitton Leather series
- Louis Vuitton Fabric series
- Louis Vuitton Multicolor
- Louis Vuitton Mems
- Louis Vuitton Wallet
- Louis Vuitton Suitcase

**Gucci**



HOME > About Us

## About Us

About Us

Welcome to visit our online store for luxury handbags.

There is a wide selection of designs and styles on the store.The shoes are discounted which you can add to the shipping cart directly. The customers who buy from our store will benefit from free shipping, the sold staff which will ship out in every business day.

Our purpose is to make you enjoy your shopping,let you become the most charming and fashion lady with our beautiful shoes. All orders will be handled in time, we are pride of our good quality and guarantee give you the best price and service.

- Handbags Online Sale

LOGIN

Currencies:  ? ▼

 SEARCH



· **Home**

Shopping Cart: (   Items)

🇺🇸 US Dollar
🇪🇺
🇨🇦 Canadian Dollar
🇦🇺 Australian Dollar
🇭🇰 HongKong Dollars
🇨🇭 Switzerland Francs

### Hermes

⊞ Hermes New series
⊞ Hermes Birbin Platinum: 25CM
⊞ Hermes Birbin Platinum: 30CM
⊞ Hermes Birbin Platinum: 35CM
⊞ Hermes Birbin Platinum: 40CM
⊞ Hermes Birbin Platinum: 42CM
⊞ Hermes Kelly bag: 22CM
⊞ Hermes Kelly bag: 32CM
⊞ Hermes Kelly bag: 35CM
⊞ Hermes Lindy 34CM
⊞ Hermes Wallet

### Prada

⊞ 2011 New series
⊞ Prada Classic style

### Burberry

⊞ 2011 New series
⊞ Burberry Classic style
⊞ Burberry Wallet

### Chanel

⊞ 2011 New Series
⊞ Chanel Leather Series
⊞ Chanel Canvas Series
⊞ Chanel 2.55 Series
⊞ Chanel Evening Bag
⊞ Chanel Grain Leather Bag
⊞ Chanel Wallet

### Louis Vuitton

⊞ 2011 New series
⊞ Louis Vuitton Classic style
⊞ Louis Vuitton Leather series
⊞ Louis Vuitton Fabric series
⊞ Louis Vuitton Multicolor
⊞ Louis Vuitton Mems
⊞ Louis Vuitton Wallet
⊞ Louis Vuitton Suitcase

### Gucci



# Contact Us

HOME > Contact Us

**Declaration for new customers**

**All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the certifaicat brand guarantees if necessary. We offer reduced prices and favorable to all our customers during the holiday season, to push sales for a long period before no? I. Feel free to shop our site.**

**Your Name:**

**Your Email:**

**Title:**

**Message:**

 Send   Cancle

niceapparel.info

*(redirects to nicegiftsforu3.com)*

bag luxury, handbags cheap - luxury handbags

# Sac à Main

Log In | My Wishlist | My Cart | Order

Currencies: €

SEARCH

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

Tous les sacs sont en vente

Vous offrir des rabais de 10%

Prix: €89.03

## News                                      More

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Weekend Hit Item                          More ▸



Handbags PARDA 8976
Price: €1089.20
Price: €193.40
Save: 82%



PRADA 2011 New series 7947
Price: €1061.27
Price: €169.66
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Price: €642.35
Price: €166.53
Save: 74%

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Price: €663.30
Price: €117.30
Save: 82%

## Weekend New Item                          More ▸

bag luxury, handbags cheap - luxury handbags







PRADA 2011 New series 8034 1
Price: €1172.98
Price: €184.32
Save: 84%

PRADA 2011 New series 8028 2
Price: €1179.96
Price: €184.32
Save: 84%

BURBERRY handbags 9611
Price: €858.79
Price: €171.76
Save: 80%







Celine handbag 189
Price: €1291.67
Price: €254.14
Save: 80%

HERMES New Litchi (H017)
Price: €2443.71
Price: €199.68
Save: 91%

MIU MIU Handbags Snakeskin 7430
Price: €1110.14
Price: €201.78
Save: 81%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[_____] Submit

## Get the latest Deals & Offers

[_____] ✉

Sign up for our mailing list and receive € 3.50code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**€3.50**



Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

Hemer handbag - handbag luxury



Log In   My Wishlist   My Cart   Order

Currencies: 🇺🇸 $

# Sac à Main

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
   Luxe Accessories



## Contact Us

HOME > Contact Us

**Statement for our new customers**
All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name: _____

Your Email: _____

Title: _____

Message:

[ Send ]  [ Cancle ]

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $~~950.00~~
Price: $ 168.00
Save: 82%

http://niceapparel.info/Contactus.aspx[8/3/2011 11:39:39 AM]

About Us - Luxury handbag

Log In    My Wishlist   |  My Cart  |  Order

Currencies: 🇺🇸 $ ⌄    SEARCH

# Sac à Main

Welcome | News | My Account | News Center | Contact Us

Cart: ( 0 Items)

## Louis Vuitton

- › Louis Vuitton 2011 series
- › Louis Vuitton Monogram Canvas
- › Louis Vuitton Leather Series
- › Louis Vuitton Fabric Series
- › Louis Vuitton Luggage
- › Louis Vuitton Monogram Verni
- › Louis Vuitton Man
- › Louis Vuitton Multicolor Bag
- › Louis Vuitton Damier Canvas

- ■ Prada
- ■ Hermes
- ■ Celine
- ■ Chanel
- ■ Gucci
- ■ Chloe
- ■ Miu Miu
- ■ Burberry
- ■ Fendi
- ■ Cartier
- ■ Marc Jacobs
- ■ Portfolio Series
- ■ Belt series
- ■ Sunglasses
- ■ iPhone / iPad
-    Luxe Accessories



HOME  >  About Us

### About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton** **handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

# nicegiftsforu.info

## *(redirects to nicegiftsforu3.com)*

# Sac à Main

Log In   My Wishlist | My Cart | Order

Currencies: € €

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

Tous les sacs sont en vente

Vous offrir des rabais de 10%

Prix: €89.03

### News                                     More

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Price: €663.30
Price: €117.30
Save: 82%

## Weekend Hit Item                          More



Handbags PARDA 8976
Price: €1089.20
Price: €193.40
Save: 82%



PRADA 2011 New series 7947
Price: €1061.27
Price: €169.66
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Price: €642.35
Price: €166.53
Save: 74%

## Weekend New Item                          More

bag luxury, handbags cheap - luxury handbags







**PRADA 2011 New series 8034 1**
Price: €1172.98
Price: €184.32
Save: 84%

**PRADA 2011 New series 8028 2**
Price: €1179.96
Price: €184.32
Save: 84%

**BURBERRY handbags 9611**
Price: €858.79
Price: €171.76
Save: 80%







**Celine handbag 189**
Price: €1291.67
Price: €254.14
Save: 80%

**HERMES New Litchi (H017)**
Price: €2443.71
Price: €199.68
Save: 91%

**MIU MIU Handbags Snakeskin 7430**
Price: €1110.14
Price: €201.78
Save: 81%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[                    ] Submit

## Get the latest Deals & Offers

[                    ] ✉

Sign up for our mailing list and receive € 3.50 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**€3.50**

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap   HOME   ↑TOP

     

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

Hemer handbag - handbag luxury

Log In    My Wishlist    My Cart    Order

Currencies: 🇺🇸 $ ▼       [        ] SEARCH

## Sac à Main

Welcome    News    My Account    News Center    Contact Us       Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories



GUCCI

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

# Contact Us

HOME > Contact Us

**Statement for our new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name:    [                    ]

Your Email:   [                    ]

Title:        [                    ]

Message:      [                    ]

[ Send ]  [ Cancle ]

---

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: ~~$ 950.00~~
Price: $ 168.00
Save: 82%

About Us - Luxury handbag

Log In | My Wishlist | My Cart | Order

Currencies: $ ▾

SEARCH

# Sac à Main

Welcome | News | My Account | News Center | Contact Us

Cart: ( 0 Items)

 

### Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

HOME > About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

# nicegiftsforu1.info

*(redirects to nicegiftsforu3.com)*

Log In    My Wishlist    |    My Cart    |    Order

**Currencies:** 🇪🇺 €

SEARCH

# Sac à Main

Welcome    News    My Account    News Center    Contact Us

Cart: (  ) Items

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

Tous les sacs sont en vente

vous offrir des rabais de **10%**

Prix: €108.11

### News                    More ▸

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..





## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Price: €663.30
Price: **€117.30**
Save: 82%

## Weekend Hit Item                    More ▸



Handbags PARDA  8976
Price: €1089.20
Price: **€193.40**
Save: 82%



PRADA 2011 New series 7947
Price: €1061.27
Price: **€169.66**
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Price: €642.35
Price: **€166.53**
Save: 74%

## Weekend New Item                    More ▸

bag luxury, handbags cheap - luxury handbags







PRADA 2011 New series 8034 1
Price: €1172.98
Price: €184.32
Save: 84%

PRADA 2011 New series 8028 2
Price: €1179.96
Price: €184.32
Save: 84%

BURBERRY handbags 9611
Price: €858.79
Price: €171.76
Save: 80%







Celine handbag 189
Price: €1291.67
Price: €254.14
Save: 80%

HERMES New Litchi (H017)
Price: €2443.71
Price: €199.68
Save: 91%

MIU MIU Handbags Snakeskin 7430
Price: €1110.14
Price: €201.78
Save: 81%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

## Get the latest Deals & Offers

Sign up for our mailing list and receive € 3.50 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**€3.50**

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap    HOME    TOP

     

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

http://nicegiftsforu1.info/[8/3/2011 11:47:48 AM]

Hemer handbag - handbag luxury

# Sac à Main

Log In    My Wishlist    My Cart    Order

Currencies: 🇺🇸 $   [  ] SEARCH

| Welcome | News | My Account | News Center | Contact Us | Cart: ( Items) |

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories



GUCCI

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

# Contact Us

HOME > Contact Us

**Statement for our new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name:  [                    ]

Your Email:  [                    ]

Title:  [                    ]

Message:  [                    ]

[ Send ]  [ Cancle ]

---

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

http://nicegiftsforu1.info/Contactus.aspx[8/3/2011 11:50:18 AM]

About Us - Luxury handbag

# Sac à Main

Log In    My Wishlist  | My Cart  | Order

Currencies: 🇺🇸 $ ⌄          🔍 SEARCH

Welcome    News    My Account    News Center    Contact Us          Cart: ( 0 Items)

### Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories




HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton** **handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

nicegiftsforu2.com

*(redirects to luxurybagsnow.com)*

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $

SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us

Shopping Cart: ( Items)

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- **Prada**
- **Burberry**
- **Chanel**
- **Louis Vuitton**
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**



### NEWS

MORE ▸

- most powerful luxury brands in ...
- Louis Vuitton handbags is a dream
- The Uniqueness Of Gucci
- Reasons to Get Hermes Handbags







## Weekend Hit Item

More ▸

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: $850.00
Sale Price: **$168.00**
Save:60%



LOUIS VUITTON Monogram Palermo PM
Price: $850.00
Sale Price: **$229.50**
Save:73%



PRADA 2011 New series 7947
Price: $1568.80
Sale Price: **$272.01**
Save:82%



HERMES jugular lines (6089 in the blue gold)
Price: $2621.50
Sale Price: **$314.40**
Save:88%

## Weekend New Item

More ▸

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

[                    ] Submit







### Get the Latest Promo & Deals

[                    ] ✉

Sign up for our mailing list and receive $5.00 pro mo code, a promo co de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**$5.00**

GUCCI g 240261600 red full leather embosse...
Price: ~~$2331.00~~
Sale Price: **$266.45**
Save:88%

PRADA 2011 New series7947
Price: ~~$1568.80~~
Sale Price: **$272.01**
Save:82%

Chanel Silver
Price: ~~$2040.00~~
Sale Price: **$250.79**
Save:87%







MIU MIU bag street tide RIVETS88050
Price: ~~$1961.00~~
Sale Price: **$284.23**
Save:85%

MIU MIU Mobile Messenger Bag1863
Price: ~~$1798.20~~
Sale Price: **$268.69**
Save:85%

HERMES New Litchi (H2806 orange)
Price: ~~$1744.40~~
Sale Price: **$273.06**
Save:84%

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map    H HOME    ↑ TOP

      

Copyright Notice © 2008   2011 nicegiftsforu2.com All rights reserved

About Us - Handbags Online Sale

# LV handbags

LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $

SEARCH

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( Items)

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

■ Prada
■ Burberry
■ Chanel
■ Louis Vuitton
■ Gucci
■ Celine Handbag
■ Chloe
■ MiuMiu
■ Marc Jacobs
■ Sunglasses

## Recommended



LOUIS VUITTON Monogram
BoetiePM
Price: $850.00
Sale Price: $168.00
Save: 80%

## Track Order

Need to track your order? Enter the billing
information below and we will track it for you.

[ Submit ]

HOME > About Us

# About Us

About Us

Welcome to visit our online store for luxury handbags.
There is a wide selection of designs and styles on the store.The shoes are discounted which you can add to the shipping cart driectly. The customers who buy from our store will benefit from free shipping, the sold staff which will ship out in every business day.
Our purpose is to make you enjoy your shopping,let you become the most charming and fashion lady with our beautiful shoes. All orders will be handled in time, we are pride of our good quality and guarantee give you the best price and service.

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $

SERCH

# LV handbags

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( Items)

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- Prada
- Burberry
- Chanel
- Louis Vuitton
- Gucci
- Celine Handbag
- Chloe
- MiuMiu
- Marc Jacobs
- Sunglasses



# Contact Us

HOME  >  Contact Us

**Declaration for new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the certifaicat brand guarantees if necessary. We offer reduced prices and favorable to all our customers during the holiday season, to push sales for a long period before no? I. Feel free to shop our site.

Your Name:

Your Email:

Title:

Message:

Send    Cancle

### Recommended



LOUIS VUITTON Monogram BoetiePM

Price: $850.00

Sale Price: $168.00

Save:80%

### Track Order

Need to track your order? Enter the billing information below and we will track it for you.

Submit

nicegiftsforu3.com

bag luxury, handbags cheap - luxury handbags

## Sac à Main

Log In    My Wishlist  |  My Cart  |  Order

Currencies:  $

SEARCH

| Welcome | News | My Account | News Center | Contact Us | Cart: ( ) Items) |

### Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $950.00
Price: **$ 168.00**
Save: 82%

Tous les sacs sont en vente

Vous offrir des rabais de 10%

Prix: €89.03

### News                                    More

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Weekend Hit Item                                More ▸



Handbags PARDA  8976
Regular price: $1,560.00
Price: **$ 276.99**
Save: 82%

PRADA 2011 New series 7947
Regular price: $1,520.00
Price: **$ 242.99**
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Regular price: $920.00
Price: **$ 238.50**
Save: 74%

## Weekend New Item                              More ▸

bag luxury, handbags cheap - luxury handbags







## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[                    ] Submit

### Get the latest Deals & Offers

[                    ] ✉

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

PRADA 2011 New series 8034 1
Regular price: $ 1,680.00
Price: **$ 263.99**
Save: 84%

PRADA 2011 New series 8028 2
Regular price: $ 1,690.00
Price: **$ 263.99**
Save: 84%

BURBERRY handbags 9611
Regular price: $ 1,230.00
Price: **$ 245.99**
Save: 80%







Celine handbag 189
Regular price: $ 1,850.00
Price: **$ 363.99**
Save: 80%

HERMES New Litchi (H017)
Regular price: $ 3,500.00
Price: **$ 285.99**
Save: 91%

MIU MIU Handbags Snakeskin 7430
Regular price: $ 1,590.00
Price: **$ 288.99**
Save: 81%

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap   HOME   ↑TOP

     

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

# Sac à Main

Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ⌄    [SEARCH]

Welcome    News    My Account    News Center    Contact Us        Cart: ( 0 Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories

 

Aujourd'hui, Balenciaga est surtout connu pour sa lignée sacs à main de moto d'inspiration, en particulierle fameux «Lariat.» Balenciaga a quatreboutiques de luxe aux États-Unis.

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

HOME  >  Louis Vuitton  >  Louis Vuitton 2011 series

Display: ▦ ▤    Sort by: [sort,sendtime desc,productid desc]    ◄◄ ◄ 1 2 ► ►►



Louis Vuitton Handbags 2011   M91871
Regular price: $ 850.00
Price: $ 226.99
Save: 73%

Louis Vuitton Handbags 2011   M91871
Regular price: $ 850.00
Price: $ 226.99
Save: 73%

Louis Vuitton Handbags 2011   M91871
Regular price: $ 850.00
Price: $ 226.99
Save: 73%



Handbag Louis Vuitton 2011 New Series ...
Regular price: $ 865.00
Price: $ 243.99
Save: 71%

Louis Vuitton Handbags Cabas GM Adventure ...
Regular price: $ 865.00
Price: $ 243.99
Save: 71%

Handbag Louis Vuitton Cabas 2011   M9377 ...
Regular price: $ 845.00
Price: $ 233.99
Save: 72%



Handbag Louis Vuitton Cabas PM Promenade des ...
Regular price: $ 845.00

Handbags Louis Vuitton Cabas PM Escale M. ..
Regular price: $ 845.00

Louis Vuitton Handbags 2011   M93772
Regular price: $ 1,540.99
Price: $ 153.99

Louis Vuitton 2011 series - cheap handbags - luxury handbags

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

 Submit

### Get the latest Deals & Offers



Sign up for our mailing list and receive $ 5.00 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**

Price: $ 233.99
Save: 72%

Price: $ 233.99
Save: 72%

Save: 90%





Handbags Louis Vuitton Monogram White ... 9
Regular price: $ 1,360.00
Price: $ 250.99
Save: 81%

LOUIS VUITTON handbag 98033
Regular price: $ 1,360.00
Price: $ 250.99
Save: 81%

Handbags 2011 98023 LOUIS VUITTON
Regular price: $ 1,360.00
Price: $ 250.99
Save: 81%







Louis Vuitton Handbags 98301 2011 Series
Regular price: $ 1,360.00
Price: $ 250.99
Save: 81%

Handbags Louis Vuitton 2011 epaulets worn ...
Regular price: $ 1,250.00
Price: $ 228.99
Save: 81%

Louis Vuitton handbags and totes 3769
Regular price: $ 920.00
Price: $ 228.99
Save: 75%

 1 2

| HOME    TOP

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

http://www.nicegiftsforu3.com/sacamain409-400-1-Louis-Vuitton-2011-séries.aspx[8/3/2011 11:37:51 AM]



# Sac à Main

Log In    My Wishlist    | My Cart | Order

Currencies: 🇺🇸 $ ▼

SERCH

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

HOME > Louis Vuitton > Louis Vuitton 2011 series > Handbags 2011 Louis Vuitton Shoulder 96708

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Canvas
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories



🔍 Enlarge image

Add to Wishlist

## ● Handbags 2011 Louis Vuitton Shoulder 96708

**Regular price:** $~~1,250.00~~

**Price:** $ 220.00  to switch off: 81%

**Specifications:**

W26XH20XD9

**Shipping:** Shipping note

**Quantity:** 1

🛒 Add to Cart    🔒 Checkout

f my g+ t 🍷 | ➕ More

| **Description** | Comments | My Wishlist |

### Cartier handbag

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $~~950.00~~
Price: $ 168.00
Save: 82%



### Track Order

Need to track your order? Enter billing information below and we'll follow you.

[ ] **Submit**

**Get the latest Deals & Offers**

[ ]

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**







**You may like these**

Louis Vuitton Handbags 2011 - M91871 - handbags luxury



# Sac à Main

Log In  My Wishlist | My Cart | Order

Currencies: 🇺🇸 $ ▼        🔍 SEARCH

Welcome  News  My Account  News Center  Contact Us        Cart: ( Items)

HOME > Louis Vuitton > Louis Vuitton 2011 series > Louis Vuitton Handbags 2011  M91871

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



🔍 Enlarge image

Add to Wishlist

## ⦿ Louis Vuitton Handbags 2011 - M91871

Regular price: $ 850.00

Price: $ 228.00 to switch off: 73%

Specifications:

W33XH26XD11

Shipping: Shipping note

Quantity: 1

🛒 Add to Cart          🔒 Checkout

f  my  g+  t  ⊠ | + More

| Description | Comments | My Wishlist |

### Buy Gucci Handbags

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.

Louis Vuitton Handbags 2011 - M91871 - handbags luxury

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

**Get the latest Deals & Offers**

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



Louis Vuitton Handbags 2011 - M91871 - handbags luxury

Louis Vuitton Handbags 2011 - M91871 - handbags luxury





Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ▾

[SEARCH]

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

HOME > Louis Vuitton > Louis Vuitton 2011 series > Louis Vuitton Handbags 98033

### Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories



🔍 Enlarge image

Add to Wishlist

### 🔴 LOUIS VUITTON handbag 98033

Regular price: $ 1,360.00

Price: $ 220.00 to switch off: 84%

Specifications:

W35XH32XD13

Shipping: Shipping costs

Quantity: 1

🛒 Add to Cart    🔒 Checkout

f my g+ t | ➕ More

| Description | Comments | My Wishlist |

**Hermes Birkin handbag**

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

LOUIS VUITTON handbag 98033 - Luxury handbag

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

### Get the latest Deals & Offers



Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**



LOUIS VUITTON handbag 98033 - Luxury handbag



LOUIS VUITTON handbag 98033 - Luxury handbag





**You may like these**



# Sac à Main

Log In    My Wishlist    My Cart | Order

Currencies: 🇺🇸 $ ▾    [        ] SEARCH

Welcome   News   My Account   News Center   Contact Us          Cart: ( Items)

HOME › Louis Vuitton › Louis Vuitton 2011 series › Handbags Louis Vuitton Monogram White 98032

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



🔍 Enlarge image

Add to Wishlist

## ⬤ Handbags Louis Vuitton Monogram White 98032

Regular price: $ 1,360.00
Price: $ 250.00 to switch off: 81%
Specifications:
W31XH27XD15
Shipping: Shipping note
Quantity: [1]

🛒 Add to Cart       🔒 Checkout

f my g+ t ✉ | ➕ More

| Description | Comments | My Wishlist |
| --- | --- | --- |

### Burberry handbag

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

Handbags Louis Vuitton Monogram White 98032 - Luxury handbag



### Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

### Get the latest Deals & Offers

Sign up for our mailing list and receive $ **$ 5.00** 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



Handbags Louis Vuitton Monogram White 98032 - Luxury handbag



Handbags Louis Vuitton Monogram White 98032 - Luxury handbag





You may like these

Log In    My Wishlist  |  My Cart  |  Order

**Currencies:** 🇺🇸 $ ▾

SERCH

# Sac à Main

Welcome | News | My Account | News Center | Contact Us | Cart: ( Items)

HOME  ›  Louis Vuitton  ›  Louis Vuitton Monogram Canvas Handbags  ›  Handbags Louis Vuitton Monogram Stresa GM

### Louis Vuitton

- › Louis Vuitton 2011 series
- › Louis Vuitton Monogram Canvas
- › Louis Vuitton Leather Series
- › Louis Vuitton Fabric Series
- › Louis Vuitton Luggage
- › Louis Vuitton Monogram Verni
- › Louis Vuitton Man
- › Louis Vuitton Multicolor Bag
- › Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
-   Luxe Accessories



 **Enlarge image**

Add to Wishlist

## Handbags Louis Vuitton Monogram Stresa GM

**Regular price:** $~~910.00~~

**Price:** $ 263.50  to switch off: 70%

**Specifications:**

L45cm - H24cm - P22cm

**Shipping:** Shipping note

**Quantity:** 1

Add to Cart      Checkout

🟦 f 🟥my 🟦g+ 🟦t 🟧 | ➕ More

| Description | Comments | My Wishlist |

1.100% New vuitton discount handbags, brand new with tags.
2.de good and seems to luxury and fashion.
3.Il is a wide choice of models and styles.
4.Assurez you of competition with this beautiful bag.
5.La fast delivery, we promise that you will receive your goods a week.
6.We accept Visa and Master Card.
7.We are committed to give you the best service available.

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..

Regular price: $~~950.00~~
Price: $ 168.00
Save: 82%



**Track Order**

Need to track your order? Enter billing information below and we'll follow you.

Submit

**Get the latest Deals & Offers**

$ 5.00

Sign up for our mailing list and receive $ 5.00 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



Handbags Louis Vuitton Monogram Stresa GM - luxury handbags



## You may like these





Hermes black and silver handbag
Regular price: $ 4,850.00
Price: $ 291.99
Save: 93%



Burberry handbag 11702075 505500
Regular price: $ 810.00
Price: $ 219.99
Save: 72%



GUCCI white leather embossed wax oil
Regular price: $ 1,580.00
Price: $ 253.99
Save: 83%



Fendi Handbag 2231



Coach wallet red



Hermes brown / Silver Dual use package

# Sac à Main

Log In    My Wishlist    My Cart    Order

Currencies: 🇺🇸 $ ▾    [SEARCH]

Welcome    News    My Account    News Center    Contact Us    Cart: ( 0 Items)

HOME > Louis Vuitton > Louis Vuitton Damier Canvas > Handbags Louis Vuitton Damier Berkeley

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Chanel
- Celine
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Trainer
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

🔍 **Enlarge image**

Add to Wishlist

⊙ **Handbags Louis Vuitton Damier Berkeley**

**Regular price:** $ 920.00

**Price:** $ 235.50  **to switch off:** 74%

**Specifications:**

L31cm - H22cm - P20cm

**Shipping:** Shipping costs

**Quantity:** 1

Add to Cart    Checkout

f my g+ t | ✚ More

| Description | Comments | My Wishlist |

**Shop Louis Vuitton bag man**

1. 100% New in stores.
2. Classic with Louis Vuitton Damier pattern.
3. A great choice for shopping and travel.
4. This beautiful bag is accentuated with adjustable handles and hardware dor.
5. Fast, we promise that you will receive your goods a week.
6. You can pay by Visa, Master Card, Paypal.
7. Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e-mail to get the promo code.

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00

Save: 82%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[                    ] Submit

### Get the latest Deals & Offers

[                    ] ✉

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**



## You may like these



Coach Handbag 10125380 Brown
Regular price: $ 830.00
Price: $ 195.99
Save: 76%



Ray.Ban Sunglasses 1100
Regular price: $ 270.00
Price: $ 68.00
Save: 74%



GUCCI dark brown water
Regular price: $ 580.00
Price: $ 106.99
Save: 81%



Handbag Louis Vuitton Cabas PM



Fendi Handbag 2467 2



Bag Leather Woman Chanel Rose

Louis Vuitton bag mian m40357600-blade - luxury handbags

# Sac à Main

Log In    My Wishlist    | My Cart    | Order

Currencies: 🇺🇸 $ ⌄    [          ] SEARCH

Cart: ( 0 Items)

Welcome    News    My Account    News Center    Contact Us

HOME ›  Louis Vuitton ›  Louis Vuitton Series Fabric ›  Louis Vuitton bag has mian m40357600 blade

### Louis Vuitton

- › Louis Vuitton 2011 series
- › Louis Vuitton Monogram Canvas
- › Louis Vuitton Leather Series
- › Louis Vuitton Fabric Series
- › Louis Vuitton Luggage
- › Louis Vuitton Monogram Verni
- › Louis Vuitton Man
- › Louis Vuitton Multicolor Bag
- › Louis Vuitton Damier Canvas

■ Prada
■ Hermes
■ Chanel
■ Celine
■ Gucci
■ Chloe
■ Miu Miu
■ Burberry
■ Fendi
■ Cartier
■ Marc Jacobs
■ Trainer
■ Portfolio Series
■ Belt series
■ Sunglasses
■ iPhone / iPad
   Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00

LD

## ○ Louis Vuitton bag mian m40357600-blade

**Regular price:** $ 950.00

**Price:** $ 231.00  **to switch off:** 76%

**Specifications:**

W34xH22xD20cm

**Shipping:** Shipping costs

**Quantity:** [ 1 ]

[ 🛒 Add to Cart ]    [ 🔒 Checkout ]

f  my  g+  t  |  ➕ More

🔍 **Enlarge image**

Add to Wishlist

| **Description** | Comments | My Wishlist |

### Shop Gucci Bags

1.All Louis Vuitton bags are new with Tag.
2.Made super fabric weight.
3.light and durable, suitable for every season.
4.Make stand out with this bag deluxe cloth beautiful.
5. Fast delivery, we promise that you will receive your items a week.
6.We accept Visa, Master Card and Paypal.
7.We are committed to give you the best service.


1.All Louis Vuitton bags are new with Tag.
2.Made of great fabric.
3.light weight and durable, it suits For Every Season.
4.Make you standout with this lovely luxury fabric bag.
5. Fast delivery, we promise That You Will Receive your goods a week.
6.We accept Visa, Master Card and Paypal.
7.We are Committed to Give you the best service.

Lunettes de soleil Louis Vuitton - sac a main de luxe



Connexion | Mes envies | Mon panier | Commander

**Sac à Main**

Accueil | Nouveautés | Mon compte | Centre de Nouvelles | Contactez-nous

Panier: ( Articles)

## Louis Vuitton

- Louis Vuitton 2011 séries
- Louis Vuitton Monogram Canva
- Louis Vuitton Cuir Série
- Louis Vuitton Série Fabric
- Louis Vuitton Bagages
- Louis Vuitton Monogram Verni
- Louis Vuitton Homme
- Louis Vuitton Multicolor Sac
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portefeuille série
- Ceinture série
- Lunettes de soleil
- iPhone/iPad Luxe
  Accessoires

### Recommandé



Sac a main Louis Vuitton
Monogram Canvas B...
Prix régulier: $950.00
Prix: $168.00
Enregistrer 82%



5033

## Louis Vuitton Sunglasses 5033

Prix régulier: $265.00

Prix: $75.99  à mettre hors circuit: 70%

Spécifications:

Frais d'expédition: Frais d'expédition

Quantité: 1

Add to Cart | Checkout

Plus

Agrandir l'image

Ajouter à mes envies

| Description | Commentaires | Mes envies |

### Achetez des sac à mains Louis vuitton
1.Tout neuf en stock.
2.de bonne qualité et qui semble de luxe et de la mode.
3.100% de protection contre les rayons nocifs UVA et UVB.
4.Gratuit pour un cas et l'objectif chiffon de nettoyage.
5.La livraison rapide, nous vous promettons que vous recevrez vos marchandises environ une semaine.
6.Nous acceptons Visa et Master Card.
7.Nous nous engageons à vous donner le meilleur service de vente.

1.100% new in stock.
2.Luxury and fashion.
3.100% protection against harmful UVA and UVB.
4.Free for a case and lens cleaning cloth.
5. Fast delivery, we promise that you will receive your goods a week.
6.We accept Visa and Master Card,Paypal.
7.Have authentic brand certificated.

Lunettes de soleil Louis Vuitton - sac a main de luxe



5033

## Suivre la commande

Besoin d'un suivi de votre commande? Entrez les informations de facturation ci-dessous et nous allons le suivre pour vous.

[                    ] Submit

### Obtenez les derniers Promo & Offres

[                    ] 

Inscrivez vous à notre liste de diffusion et recevez $5.00code promo, un code promo sera envoyé par courriel peu de temps après votre inscription. Nous ne partageons ni ne vendons nos informations clients.

**$ 5.00**

## Vous pouvez, comme



HERMES crocodile pattern (6108 Orange Silver)
Prix régulier: $5260.00
Prix: $336.99
Enregistrer:93%



HERMES Kelly bag Kelly (6108 orange gold)
Prix régulier: $4260.00
Prix: $308.99
Enregistrer:92%



HERMES hand shoulder (6308 Green / Gold)
Prix régulier: $4850.00
Prix: $311.99
Enregistrer:93%



Hermes silver pink ostrich pattern handbag
Prix régulier: $5180.00
Prix: $325.99
Enregistrer:93%



Prada yellowish brown handbag
Prix régulier: $1480.00
Prix: $211.99
Enregistrer:85%



Louis Vuitton Monogram Canvas Neverfull MM...
Prix régulier: $875.00
Prix: $224.50
Enregistrer:74%

# Sac à Main

Log In    My Wishlist   | My Cart   | Order

Currencies: 🇺🇸 $ ▾

Welcome | News | My Account | News Center | Contact Us | Cart: ( Items)

  

**BALENCIAGA** PARIS

Aujourd'hui, Balenciaga est surtout connu pour sa lignède sacs à main de moto d'inspiration, en particulierie fameux "Lariat." Balenciaga a quatreboutiques de luxe aux États-Unis.

- **Louis Vuitton**
- **Prada**
- **Hermes**
- **Celine**
- **Chanel**
  - › Chanel 2011 Series
  - › Chanel Leather Series
  - › Chanel Fabric Series
  - › Chanel 2.55 Series
  - › Chanel evening bags
- **Gucci**
- **Chloe**
- **Miu Miu**
- **Burberry**
- **Fendi**
- **Cartier**
- **Marc Jacobs**
- **Portfolio Series**
- **Belt series**
- **Sunglasses**
- **iPhone / iPad**
  - Luxe Accessories

HOME  >  Chanel  >  Chanel 2011 Series

Display:      Sort by: sort,sendtime desc,productid desc        ⏮ ◀ 1 2 3 ▶ ⏭



Chanel handbag 50362
Regular price: $ 1,680.00
Price: $ 246.99
Save: 85%



Chanel handbag 50362
Regular price: $ 1,680.00
Price: $ 246.99
Save: 85%



Chanel handbag 50362
Regular price: $ 1,680.00
Price: $ 246.99
Save: 85%



Chanel handbag 65835
Regular price: $ 1,750.00
Price: $ 265.99
Save: 84%



Chanel handbag 65835
Regular price: $ 1,750.00
Price: $ 265.99
Save: 84%



Chanel handbag 65836
Regular price: $ 1,590.00
Price: $ 258.99
Save: 83%

Chanel handbag 65836
Regular price: $ 1,590.00
Price: $ 258.99

Chanel handbag 65836
Regular price: $ 1,590.00
Price: $ 258.99

Chanel handbag 69010
Regular price: $ 1,630.00
Price: $ 248.99



## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Chanel 2011 Series - Cheap handbags - luxury handbags

**Submit**

### Get the latest Deals & Offers

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**



Save: 83%

Save: 83%

Save: 84%

Chanel handbag 69010
Regular price: $ 1,630.00
Price: $ 248.99
Save: 84%

Chanel handbag 69010
Regular price: $ 1,630.00
Price: $ 248.99
Save: 84%

Chanel handbag 69010
Regular price: $ 1,630.00
Price: $ 248.99
Save: 84%

Chanel handbag 65835
Regular price: $ 1,750.00
Price: $ 265.99
Save: 84%

Chanel handbag 65837
Regular price: $ 1,630.00
Price: $ 248.99
Save: 84%

Chanel handbag 65837
Regular price: $ 1,630.00
Price: $ 248.99
Save: 84%

1 2 3

| HOME   TOP

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

http://www.nicegiftsforu3.com/sacamain429-401-1-Chanel-2011-Séries.aspx[8/3/2011 11:38:37 AM]

Chanel Series leather - handbags cheap - luxury handbags

# Sac à Main

Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ▾     [          ] SEARCH

Welcome    News    My Account    News Center    Contact Us    Cart: ( Items)

- **Louis Vuitton**
- **Prada**
- **Hermes**
- **Celine**
- **Chanel**
  - › Chanel 2011 Series
  - › Chanel Leather Series
  - › Chanel Fabric Series
  - › Chanel 2.55 Series
  - › Chanel evening bags
- **Gucci**
- **Chloe**
- **Miu Miu**
- **Burberry**
- **Fendi**
- **Cartier**
- **Marc Jacobs**
- **Portfolio Series**
- **Belt series**
- **Sunglasses**
- › iPhone / iPad
  - Luxe Accessories




BALENCIAGA PARIS

Aujourd'hui, Balenciaga est surtout connu pour sa lignée sacs à main de moto d'inspiration, en particulierie fameux «Lariat.» Balenciaga a quatreboutiques de luxe aux États-Unis.

HOME > Chanel > Chanel leather Series

Display: 🔳 ▤    Sort by: [ sort,sendtime desc,productid desc ]      ◄◄ ◄ 1 2 ► ►►


**Chanel Silver**
Regular price: $ 2,550.00
Price: $ 275.99
Save: 89%


**Chanel Rose Gold**
Regular price: $ 2,550.00
Price: $ 275.99
Save: 89%


**Chanel Handbag 6880500 Silver soil**
Regular price: $ 2,410.00
Price: $ 245.99
Save: 89%


**Chanel Handbag Black 6880500**
Regular price: $ 2,410.00
Price: $ 245.99
Save: 89%


**Chanel Blue 9080550**
Regular price: $ 2,310.00
Price: $ 225.99
Save: 90%


**Chanel Handbag White 9096240**
Regular price: $ 2,350.00
Price: $ 205.99
Save: 91%


**Chanel Handbag Black 48183420**
Regular price: $ 2,650.00
Price: $ 285.99


**Chanel Handbag Yellow 6874380**
Regular price: $ 2,150.00
Price: $ 235.99


**Chanel Handbag White 6874380**
Regular price: $ 2,150.00
Price: $ 235.99

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

## Track Order

Need to track your order? Enter billing information below and we'll follow you.


Submit

**Get the latest Deals & Offers**

✉

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.


Chanel Handbag 6874380 red
Regular price: $ 2,150.00
Price: $ 235.99
Save: 89%


Chanel Handbag Black 6874380
Regular price: $ 2,150.00
Price: $ 235.99
Save: 89%


Chanel Handbag Apricot 47381350
Regular price: $ 2,380.00
Price: $ 225.99
Save: 90%


Chanel Handbag White 47381350
Regular price: $ 2,380.00
Price: $ 225.99
Save: 90%


Chanel Black 11238550
Regular price: $ 2,350.00
Price: $ 235.99
Save: 89%


Chanel white sheepskin
Regular price: $ 2,350.00
Price: $ 235.99
Save: 89%

⏮ ◀ 1 2 ▶ ⏭

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap   HOME   TOP

McAfee SECURE TESTED 01-APR    MasterCard    DISCOVER    VeriSign Secured    WESTERN UNION    STELLA Service ELITE

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

http://www.nicegiftsforu3.com/sacamain439-401-1-Chanel-Série-cuir.aspx[8/3/2011 12:14:02 PM]

Chanel 2011 series - luxury handbags



Log In    My Wishlist    My Cart   |   Order

Currencies: 🇺🇸 $ ▼

Welcome   News   My Account   News Center   Contact Us

Cart: ( Items)

HOME > Chanel > Chanel 2011 Series > Chanel handbag 50362

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

■ Prada
■ Hermes
■ Celine
■ Chanel
■ Gucci
■ Chloe
■ Miu Miu
■ Burberry
■ Fendi
■ Cartier
■ Marc Jacobs
■ Portfolio Series
■ Belt series
■ Sunglasses
■ iPhone / iPad
   Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



🔍 **Enlarge image**

Add to Wishlist

● **Chanel handbag 50362**

Regular price: $ 1,680.00

Price: $ 248.00 to switch off: 85%

Specifications:

W31 × H18 × D8.5cm

Shipping: Shipping costs

Quantity: 1

[ 🛒 Add to Cart ]   [ 🔒 Checkout ]

[f] [my] [G] [t] [✉] | ➕ More

| Description | Comments | My Wishlist |

## Buy Gucci Handbags

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.

Chanel 2011 series - luxury handbags



## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

---

**Get the latest Deals & Offers**

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



Chanel 2011 series - luxury handbags





Chanel 2011 series - luxury handbags







# Sac à Main

Log In    My Wishlist | My Cart | Order

Currencies: 🇺🇸 $ ▾         SEARCH

Welcome | News | My Account | News Center | Contact Us          Cart: ( Items)

HOME > Chanel > Chanel 2011 Series > Chanel handbag 50362

### Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories



## Chanel handbag 50362

Regular price: $~~1,680.00~~

Price: ~~$ 248.00~~  to switch off: 60%

Specifications:

W31 × H18 × D8.5cm

Shipping: Shipping costs

Quantity: 1

Add to Cart    Checkout

More

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..

Regular price: $~~950.00~~

Price: $ 168.00

Save: 82%

**Description** | Comments | My Wishlist

## Buy Gucci Handbags

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.

Chanel 2011 series - luxury handbags



## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[ Submit ]

---

### Get the latest Deals & Offers

[ ✉ ]

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**









## You may like these



Ray.Ban Sunglasses 1027 3
Regular price: $ 270.00
Price: $ 68.00
Save: 74%



Hermes belt 349 (pink yellow)
Regular price: $ 820.00
Price: $ 130.00
Save: 84%



Prada handbag 2131
Regular price: $ 1,250.00
Price: $ 198.99
Save: 84%



Louis Vuitton wallet black box



Ray.Ban Sunglasses 1132



Prada Brown Handbag y050 0149850



Chanel 2011 series - luxury handbags



Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ▾          SEARCH

## Sac à Main

Welcome   News   My Account   News Center   Contact Us          Cart: ( Items)

HOME > Chanel > Chanel 2011 Series > Chanel handbag 50362

### Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



🔍 **Enlarge image**

Add to Wishlist

## ● Chanel handbag 50362

Regular price: $ 1,680.00

Price: $ 248.00 to switch off: 85%

Specifications:

W31 × H18 × D8.5cm

Shipping: Shipping costs

Quantity: 1

🛒 Add to Cart        🔒 Checkout

f my 8+ t ⊕ More

| Description | Comments | My Wishlist |

### Buy Gucci Handbags

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.



### Track Order

Need to track your order? Enter billing information below and we'll follow you.

[ ] Submit

---

**Get the latest Deals & Offers**

[ ] ✉

Sign up for our mailing list and receive $ 5.00 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**









Chanel 2011 series - luxury handbags



## You may like these



BURBERRY handbag 29312
Regular price: $ 1,530.00
Price: $ 245.99
Save: 83%



Fendi Handbag 2463L 7
Regular price: $ 1,460.00
Price: $ 245.99
Save: 83%



HERMES jugular lines (6089 light brown sil ...
Regular price: $ 5,350.00
Price: $ 315.99
Save: 94%



Ray.Ban Sunglasses 1023 5



HERMES Fish Patterns (6089 blue gold)



PRADA 2011 New series7947

Chanel 2011 series - luxury handbags



Log In   My Wishlist   | My Cart |   Order

Currencies: 🇺🇸 $ ⌄

SEARCH

## Sac à Main

Welcome   News   My Account   News Center   Contact Us   Cart: ( Items)

HOME > Chanel > Chanel 2011 Series > Chanel handbag 50362

### Louis Vuitton
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- **Prada**
- **Hermes**
- **Celine**
- **Chanel**
- **Gucci**
- **Chloe**
- **Miu Miu**
- **Burberry**
- **Fendi**
- **Cartier**
- **Marc Jacobs**
- **Portfolio Series**
- **Belt series**
- **Sunglasses**
- **iPhone / iPad**
- Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%



🔍 **Enlarge image**

Add to Wishlist

● **Chanel handbag 50362**

**Regular price:** $ 1,680.00

**Price:** ₹ 248.00 to switch off: 80%

**Specifications:**

W31 × H18 × D8.5cm

**Shipping:** Shipping costs

**Quantity:** [1]

🛒 Add to Cart   🔒 Checkout

f my 🔗 🐦 | ➕ More

| **Description** | Comments | My Wishlist |

### Buy Gucci Handbags

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.

Chanel 2011 series - luxury handbags



## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

### Get the latest Deals & Offers

**$ 5.00**

Sign up for our mailing list and receive $ 5.00 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.



Chanel 2011 series - luxury handbags





Chanel 2011 series - luxury handbags







Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ▾

Welcome  News  My Account  News Center  Contact Us

Cart: ( 0 Items)

HOME >  Chanel >  Chanel Series Leather >  Chanel Blue 9080550

## Louis Vuitton

- › Louis Vuitton 2011 series
- › Louis Vuitton Monogram Canvas
- › Louis Vuitton Leather Series
- › Louis Vuitton Fabric Series
- › Louis Vuitton Luggage
- › Louis Vuitton Monogram Verni
- › Louis Vuitton Man
- › Louis Vuitton Multicolor Bag
- › Louis Vuitton Damier Canvas

- ■ Prada
- ■ Hermes
- ■ Celine
- ■ Chanel
- ■ Gucci
- ■ Chloe
- ■ Miu Miu
- ■ Burberry
- ■ Fendi
- ■ Cartier
- ■ Marc Jacobs
- ■ Portfolio Series
- ■ Belt series
- ■ Sunglasses
- ■ iPhone / iPad
- Luxe Accessories

### Chanel Blue 9080550



LD

**Regular price:** $ 2,310.00

**Price:** $ 323.00  to switch off: 86%

**Specifications:**

W38xH36xD6cm 0.75kg

**Shipping:** Shipping costs

**Quantity:** 1

🛒 Add to Cart      🔒 Checkout

f  📧  g+  🐦  ▾  | ➕ More

🔍 **Enlarge image**

Add to Wishlist

| Description | Comments | My Wishlist |

**Coach handbag**

1.100% new with tag.
2.Top quality luxury handbags and fashion designer.
3.There is a wide choice of models and styles.
4.Make you outstanding with this beautiful bag.
5.Fast, we promise that you will receive your goods a week.
6.You can pay by Visa, Master Card, Paypal.
7.Every customer of our shop can enjoy free shipping and best sellers service.For benefiting more discount, you are invited to send your e mail to get the promo code.

1.100% Brand new with tag.
2.Top quality luxury designer handbags and fashion.
3.There Is A wide selection of designs and styles.
4.Make outstand you with this beautiful bag.
5.Fast delivery, we promise That You Will Receive your goods about one week.
6.You Can pay by Visa and Master Card, Paypal.
7.Every customer from our Canon store and enjoy free shipping best dirty service.In order to enjoy more discount you're invited to send us your email address to get the promo code.

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..

Regular price: $ 950.00

Price: $ 168.00

Save: 82%

LD





### Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

### Get the latest Deals & Offers

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**



handbag, Chanel handbag - handbag luxury







## You may like these



Celine handbag 189
Regular price: $ 1,850.00
Price: $ 363.99
Save: 80%



Coach white t
Regular price: $ 580.00
Price: $ 105.50
Save: 81%



conew  4103
Regular price: $ 270.00
Price: $ 68.00
Save: 74%



PRADA 2011 New series80056
Regular price: $ 1,545.00
Price: $ 246.99
Save: 84%



HERMES predators Fish Patterns (6099 black ...
Regular price: $ 7,260.00
Price: $ 386.99
Save: 94%



Parda Handbag 29209 Apricot
Regular price: $ 142.00
Price: $ 243.99
Save: 70%



Log In    My Wishlist    My Cart    Order

Currencies: $

# Sac à Main

Welcome    News    My Account    News Center    Contact Us    Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

GUCCI

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

## Contact Us

HOME > Contact Us

**Statement for our new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name:

Your Email:

Title:

Message:

Send    Cancle

### Recommended

Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

About Us - Luxury handbag

Log In     My Wishlist   |   My Cart   |   Order

# Sac à Main

Currencies: $

Welcome   News   My Account   News Center   Contact Us        Cart: ( 0 Items)

**Louis Vuitton**

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

■ Prada
■ Hermes
■ Celine
■ Chanel
■ Gucci
■ Chloe
■ Miu Miu
■ Burberry
■ Fendi
■ Cartier
■ Marc Jacobs
■ Portfolio Series
■ Belt series
■ Sunglasses
■ iPhone / iPad
   Luxe Accessories





HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

# nicegiftsforu4.com

## *(redirects to nicegiftsforu3.com)*

bag luxury, handbags cheap - luxury handbags

Log In | My Wishlist | My Cart | Order

**Currencies:** 🇺🇸 $ ⌄

SEARCH

# Sac à Main

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
  Luxe Accessories

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $950.00
Price: $ 168.00
Save: 87%

Tous les sacs sont en vente

vous offrir des rabais de **10%**

Prix: €108.11

## News                             More ▸

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e. ..
- Send a bag man s. ..







## Weekend Hit Item                    More ▸



Handbags PARDA  8976
Regular price: $1,560.00
Price: $ 276.99
Save: 82%



PRADA 2011 New series 7947
Regular price: $1,520.00
Price: $ 242.99
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Regular price: $920.00
Price: $ 238.50
Save: 74%

## Weekend New Item                    More ▸

http://nicegiftsforu4.com/default.aspx[8/3/2011 12:01:22 PM]

bag luxury, handbags cheap - luxury handbags







## Track Order

Need to track your order? Enter billing information below and we'll follow you.

Submit

## Get the latest Deals & Offers

**$ 5.00**

Sign up for our mailing list and receive $ 5.00code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

PRADA 2011 New series 8034 1
Regular price: $ 1,680.00
Price: **$ 263.99**
Save: 84%

PRADA 2011 New series 8028 2
Regular price: $ 1,690.00
Price: **$ 263.99**
Save: 84%

BURBERRY handbags 9611
Regular price: $ 1,230.00
Price: **$ 245.99**
Save: 80%







Celine handbag 189
Regular price: $ 1,850.00
Price: **$ 363.99**
Save: 80%

HERMES New Litchi (H017)
Regular price: $ 3,500.00
Price: **$ 285.99**
Save: 91%

MIU MIU Handbags Snakeskin 7430
Regular price: $ 1,590.00
Price: **$ 288.99**
Save: 81%



Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved



Log In    My Wishlist    My Cart    Order

Currencies: ⊞ €

# Sac à Main

Welcome    News    My Account    News Center    Contact Us        Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

■ Prada
■ Hermes
■ Celine
■ Chanel
■ Gucci
■ Chloe
■ Miu Miu
■ Burberry
■ Fendi
■ Cartier
■ Marc Jacobs
■ Portfolio Series
■ Belt series
■ Sunglasses
■ iPhone / iPad
   Luxe Accessories



GUCCI

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

# Contact Us

HOME > Contact Us

**Statement for our new customers**

All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name:

Your Email:

Title:

Message:

Send    Cancle

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..

Price: € 663.30
Price: € 117.30
Save: 82%

Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇪🇺 €

# Sac à Main

Welcome   News   My Account   News Center   Contact Us

Cart: ( 0 Items)




**Louis Vuitton**

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
   Luxe Accessories

## Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Price: €663.30
Price: € 117.30
Save: 82%

HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

# nicegiftsforu5.com

## *(redirects to nicegiftsforu3.com)*

bag luxury, handbags cheap - luxury handbags

# Sac à Main

Log In | My Wishlist | My Cart | Order

Currencies: $ 

SEARCH

Welcome | News | My Account | News Center | Contact Us

Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
- Luxe Accessories

### News                    More

- Chanel bag Ipad2
- Louis Vuitton canvas bag Cest ...
- IPAD / iPhone Luxe Bag new e...
- Send a bag man s..



Tous les sacs sont en vente
vous offrir de rabais de 10%
Prix: €108.11







## Weekend Hit Item                              More



Handbags PARDA  8976
Regular price: $ 1,560.00
Price: $ 276.99
Save: 82%

PRADA 2011 New series 7947
Regular price: $ 1,520.00
Price: $ 242.99
Save: 84%



LOUIS VUITTON Damier Berkeley Bag
Regular price: $ 920.00
Price: $ 238.50
Save: 74%

## Weekend New Item                              More

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

bag luxury, handbags cheap - luxury handbags







## Track Order

Need to track your order? Enter billing information below and we'll follow you.

[_____] Submit

### Get the latest Deals & Offers

[_____] ✉

Sign up for our mailing list and receive $ 5.00 code promo, a promo code will be emailed shortly after your registration. We do not share or sell our customer information.

**$ 5.00**

PRADA 2011 New series 8034 1
Regular price: $ 1,680.00
Price: **$ 263.99**
Save: 84%

PRADA 2011 New series 8028 2
Regular price: $ 1,690.00
Price: **$ 263.99**
Save: 84%

BURBERRY handbags 9611
Regular price: $ 1,230.00
Price: **$ 245.99**
Save: 80%







Celine handbag 189
Regular price: $ 1,850.00
Price: **$ 363.99**
Save: 80%

HERMES New Litchi (H017)
Regular price: $ 3,500.00
Price: **$ 285.99**
Save: 91%

MIU MIU Handbags Snakeskin 7430
Regular price: $ 1,590.00
Price: **$ 288.99**
Save: 81%

Help | About Us | Delivery | How to clean | Return Policy | Payment | Privacy Policy | Sitemap    HOME   TOP

     

Copyright Notice © 2008   2011 www.nicegiftsforu3.com All rights reserved

# Sac à Main

Log In      My Wishlist      My Cart      Order

Currencies: 🇺🇸 $ ⌄            [ SEARCH ]

Welcome      News      My Account      News Center      Contact Us            Cart: ( Items)

**Louis Vuitton**
- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- Prada
- Hermes
- Celine
- Chanel
- Gucci
- Chloe
- Miu Miu
- Burberry
- Fendi
- Cartier
- Marc Jacobs
- Portfolio Series
- Belt series
- Sunglasses
- iPhone / iPad
    Luxe Accessories

**GUCCI**

Gucci is renowned for top grade, fashion, luxury, sexy and become the "symbol of dignity and wealth".

# Contact Us

HOME  >  Contact Us

**Statement for our new customers**
All our luxury handbags for sale are authentic and genuine leather. They are of good quality one hundred percent. We will be glad to offer you the brand certifaicat warranty if necessary. We offer reduced prices and favorable to our customers during the holiday season, to push sales for a long period before No? L. Do not hesitate to make purchases on our site.

Your Name:      [                    ]

Your Email:     [                    ]

Title:          [                    ]

Message:        [                    ]

[ Send ]  [ Cancle ]

## Recommended



Handbags Louis Vuitton Monogram Canvas B. ..
Regular price: $ 950.00
Price: $ 168.00
Save: 82%

# Sac à Main

Log In    My Wishlist  |  My Cart  |  Order

Currencies: 🇺🇸 $ ▾    SEARCH

Welcome   News   My Account   News Center   Contact Us        Cart: ( Items)

## Louis Vuitton

- Louis Vuitton 2011 series
- Louis Vuitton Monogram Canvas
- Louis Vuitton Leather Series
- Louis Vuitton Fabric Series
- Louis Vuitton Luggage
- Louis Vuitton Monogram Verni
- Louis Vuitton Man
- Louis Vuitton Multicolor Bag
- Louis Vuitton Damier Canvas

- **Prada**
- **Hermes**
- **Celine**
- **Chanel**
- **Gucci**
- **Chloe**
- **Miu Miu**
- **Burberry**
- **Fendi**
- **Cartier**
- **Marc Jacobs**
- **Portfolio Series**
- **Belt series**
- **Sunglasses**
- **iPhone / iPad**
  Luxe Accessories




THE WORLD OF MIU MIU

HOME  >  About Us

## About Us

Welcome to our **handbag** luxury store . There is a wide choice of models and

of styles on handbags designer our store . The purse is updated

you can add to your basket of dispatch directly . The customers who buy from

Our store will receive free shipping , the staff of sales that will be

sent to every day business . Our goal is to make you enjoy your shopping ,

allow you to become the woman the most beautiful and fashion with our beautiful

**Louis Vuitton handbag** , handbag **Hermes** , Celine bag hand , handbag

Chanel . All orders will be processed in time . We 're proud of

our  good quality and guaranteed to give you the best price and service.

### Recommended



Handbags Louis Vuitton Monogram
Canvas B. ..
Regular price: $~950.00~
Price: $ 168.00
Save: 82%