**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:11-cv-23051-DLG

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

        Plaintiffs,

    v.

ZHITIAN DAI *et al.*,

        Defendants.

_____/

**DECLARATION OF ADRIENNE HAHN SISBARRO**
**IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION**

I, Adrienne Hahn Sisbarro, declare and state as follows:

1.    I am over 18 years of age and have personal knowledge of the facts set forth herein. I make this Declaration, which is filed in support of Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets Tied To The Counterfeiting Operation (the "*Ex Parte* Application for TRO") against Defendants. If called upon to do so, I could and would testify competently to the matters set forth below.

2.    I am employed by Chanel, Inc. ("Chanel"), as Director, Legal Administration. I have been so employed since 1988. Chanel is a corporation duly organized under the laws of the State of New York with its principal place of business in the United States, located at Nine West 57th Street, New York, New York 10019.

3.    In my capacity as Chanel's Director, Legal Administration, I am responsible, in part, for Chanel's trademark and anti-counterfeiting efforts in the United States. As a result, I

am fully familiar with most aspects of the manufacture, sale, and distribution of genuine Chanel products, including handbags, wallets, and sunglasses, and I have been trained to identify the distinctions between genuine Chanel merchandise and counterfeit copies of the same.

4.     Chanel is engaged in the manufacture, promotion, distribution, and sale in interstate commerce, including within this Judicial District, of high quality products under the registered trademarks identified below.

5.     Chanel is, and at all times relevant hereto, has been the sole owner of all rights in and to the following federally registered trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Chanel Marks"):

| Trademark | Registration No. | Registration Date |
|-----------|------------------|-------------------|
| CHANEL | 0,626,035 | May 1, 1956 |
| ⌘ | 1,314,511 | January 15, 1985 |
| CHANEL | 1,347,677 | July 9, 1985 |
| CHANEL | 1,510,757 | November 1, 1988 |
| ⌘ | 1,654,252 | August 20, 1991 |
| CHANEL | 1,733,051 | November 17, 1992 |
| ⌘ | 1,734,822 | November 24, 1992 |
| ⌘ | 3,025,936 | December 13, 2005 |
| CHANEL | 3,134,695 | August 29, 2006 |

The Chanel Marks are registered in International Classes 9 and 18, and are used in connection with the manufacture and distribution of, among other things, handbags, wallets, and sunglasses. True and correct copies of the Federal Registrations for the Chanel Marks listed above are attached hereto as Composite Exhibit "A."

2

6.      Genuine Chanel products are marketed and sold at Chanel boutiques throughout the United States, at high quality, prestigious retail stores, and via the Internet.  During the time that Chanel has sold its products in interstate commerce under the Chanel Marks, Chanel has spent tens of millions of dollars to extensively advertise and promote its goods and associated trademarks.  In the last five years alone, Chanel's sales of high quality handbags, wallets, sunglasses, and other goods have been well into many hundreds of millions of dollars.

7.      As a result of the foregoing, the Chanel Marks have acquired fame in the consumer market for a wide variety of goods, including handbags, wallets, and sunglasses.  The Chanel Marks have come to symbolize the enormous goodwill of Chanel's business throughout the United States and the world.  No other manufacturer lawfully uses the Chanel Marks or any substantially similar marks for similar types of goods.  The Chanel Marks have never been abandoned.  Chanel actively polices and enforces its trademark rights.

8.      The Chanel Marks are vital to Chanel's business, as the marks represent virtually the entire value of Chanel's overall business and associated image.  Chanel suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time any third parties, including the Defendants, sell counterfeit goods bearing identical or substantially similar trademarks.

9.      Chanel learned Defendants were offering for sale and selling products, including, at least, handbags, wallets, and sunglasses bearing counterfeits of the Chanel Marks without authorization via the Internet websites operating under the domain names identified in Schedule "A" hereto (collectively the "Subject Domain Names").  The Chanel Marks have never been assigned or licensed to Defendants, and Defendants do not have, nor have they ever had, the right or authority to use the Chanel Marks for any purpose.

3

10.     Chanel retained AED Investigations, Inc., a licensed private investigative firm, to investigate Defendants.

11.     Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., accessed the Internet website, nicegiftsforu6.com, and finalized a purchase for a wallet bearing one or more of the Chanel Marks from the website.  Following receipt of the Chanel branded wallet purchased and received via nicegiftsforu6.com, the wallet, together with the appropriate Chain of Custody, were delivered to Chanel for inspection.   (See Declaration of Eric Rosaler in Support of Plaintiffs' *Ex Parte* Application for TRO and Composite Exhibit "C" attached thereto.)

12.     I personally analyzed the Chanel branded wallet Rosaler purchased from via nicegiftsforu6.com, and determined the wallet to be a non-genuine Chanel product.  I reached this conclusion based on my observations that the workmanship, materials, packaging and markings are different than those used on genuine Chanel wallets.

13.     I also personally reviewed website captures reflecting the various Chanel branded products offered for sale by Defendants via the Internet websites operating under the Subject Domain Names and determined the products were non-genuine Chanel products.[1]  I reached this

---

[1] The Internet websites operating under the Subject Domain Names, beautifulcity.info, bestapparelforu.info, niceapparel.info, nicegiftsforu.info, nicegiftsforu1.info, nicegiftsforu4.com, and nicegiftsforu5.com, automatically redirect and forward to the Internet website operating under the Subject Domain Name, nicegiftsforu3.com, upon selecting a brand to browse products, including "Chanel." Accordingly, my review of the downloaded captures for the nicegiftsforu3.com website necessarily encompasses my review of the beautifulcity.info, bestapparelforu.info, niceapparel.info, nicegiftsforu.info, nicegiftsforu1.info, nicegiftsforu4.com, and nicegiftsforu5.com websites.

Additionally, the Internet websites operating under the Subject Domain Names, nicegiftsforu2.com and shopwhatulove.info, automatically redirect and forward to the Internet website operating under the Subject Domain Name, luxurybagsnow.com, upon selecting a brand to browse products, including "Chanel." Accordingly, my review of the downloaded captures for the luxurybagsnow.com website necessarily encompasses my review of the nicegiftsforu2.com and shopwhatulove.info websites.

conclusion through my visual inspection of the products, the pricing of the Chanel branded products listed, which are far below the prices of similar genuine Chanel products, and because I personally know Chanel does not conduct business with Defendants, nor have the Chanel Marks ever been assigned or licensed to be used by Defendants or the websites operating under the Subject Domain Names.   True and correct copies of the printouts from the Internet websites operating under the Subject Domain Names showing the Chanel branded products offered for sale are attached as Composite Exhibit "A" to the Declaration of Stephen M. Gaffigan in Support of Plaintiffs' *Ex Parte* Application for TRO.

14.     In view of the foregoing, I can confirm the Chanel branded wallet offered for sale and sold via nicegiftsforu6.com is a non-genuine Chanel product.   Moreover, I can confirm that the products offered for sale under the Chanel Marks via the Internet websites operating under the Subject Domain Names are non-genuine Chanel products.

15.     Chanel will continue to suffer irreparable injury unless Defendants' counterfeiting and infringing activities are stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.   Executed this 30th day of August, 2011 at New York, New York.

ADRIENNE HAHN SISBARRO

---

Moreover, the Internet websites operating under the Subject Domain Names, nicegiftsforutoday.info and uggaustraliashoes.info, automatically redirect and forward to the Internet website operating under the Subject Domain Name, nicegiftsforu6.com, upon selecting a product for viewing, including "Chanel" branded products.   Accordingly, my review of the downloaded captures for the nicegiftsforu6.com website necessarily encompasses my review of the nicegiftsforutoday.info and uggaustraliashoes.info websites.

## SCHEDULE "A"
## <u>SUBJECT DOMAIN NAMES</u>

1. beautifulcity.info
2. bestapparelforu.info
3. luxurybagsnow.com
4. niceapparel.info
5. nicegiftsforu.info
6. nicegiftsforu1.info
7. nicegiftsforu2.com
8. nicegiftsforu3.com
9. nicegiftsforu4.com
10. nicegiftsforu5.com
11. nicegiftsforu6.com
12. nicegiftsforutoday.info
13. shopwhatulove.info
14. uggaustraliashoes.info

Composite Exhibit A

Int. Cl.: 18

Prior U.S. Cl.: 3

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 626,035
Registered May 1, 1956
Renewal Term Begins May 1, 1996

## TRADEMARK
## PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORA-
TION)
9 WEST 57TH STREET
NEW YORK, NY 10019, BY ASSIGN-
MENT AND ASSIGNMENT FROM
CHANEL, INC. (NEW YORK CORPO-
RATION) NEW YORK, NY

OWNER OF U.S. REG. NOS. 195,360,
513,132 AND OTHERS.
SEC. 2(F).
FOR: WOMEN'S HANDBAGS, IN
CLASS 3 (INT. CL. 18).
FIRST USE 0-0-1938; IN COMMERCE
11-24-1954.

SER. NO. 71-678,436, FILED 12-16-1954.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Aug. 27, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**626,035**
Registered May 1, 1956

## PRINCIPAL REGISTER
### Trademark

Ser. No. 678,436, filed Dec. 16, 1954

# CHANEL

Chanel, Inc. (New York corporation)
1 W. 57th St.
New York 19, N. Y.

For: WOMEN'S HANDBAGS, in CLASS 3.
First use 1938; in commerce Nov. 24, 1954.
Sec. 2(f).
Owner of Reg. Nos. 513,132, 195,360, and others.



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

August 23, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,314,511* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *January 15, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *January 15, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

*L. Edelen*

L. EDELEN
Certifying Officer

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

## United States Patent and Trademark Office

Reg. No. 1,314,511
Registered Jan. 15, 1985

### TRADEMARK
Principal Register



Chanel, Inc. (New York corporation)
9 W. 57th St.
New York, N.Y. 10019

For: NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS, in CLASS 16 (U.S. Cl. 37).

First use Sep. 1981; in commerce Sep. 1981.

For: LEATHER GOODS—NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, CREDIT CARD AND BUSINESS CARD CASES, MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, BRIEFCASE-TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUIT-

CASES, TOTE BAGS, GARMENT BAGS AND TRAVELLERS' SHOE BAGS, in CLASS 18 (U.S. Cl. 3).

First use Nov. 24, 1954; in commerce Nov. 24, 1954.

Owner of U.S. Reg. No. 1,075,016.

Ser. No. 356,733, filed Mar. 26, 1982.

FRANCIE R. GOROWITZ, Examining Attorney



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**August 23, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,347,677* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM  *July 09, 1985*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *July 09, 2005*
*SECTION 8 PARTIAL & 15*
*LESS GOODS*
CLASS(ES) CANCELLED:
   *INT CL 016*

SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



**L. EDELEN**
**Certifying Officer**

Int. Cls.: 16 and 18

Prior U.S. Cls.: 3 and 37

**United States Patent and Trademark Office**

Reg. No. 1,347,677
Registered July 9, 1985

## TRADEMARK
### PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 W. 57TH ST.
NEW YORK, NY 10019

FOR: ~~NOTEBOOKS AND STATIONERY TYPE PORTFOLIOS,~~ IN CLASS 16 (U.S. CL. 37).

FIRST USE 9-0-1981; IN COMMERCE 9-0-1981.

FOR: LEATHER GOODS—NAMELY, HAND-BAGS, ~~WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, BRIEF-CASE TYPE PORTFOLIOS, ATTACHE CASES, CHANGE PURSES, SUITCASES, TOTE BAGS,~~ ~~MAKE-UP BAGS AND VANITY CASES SOLD EMPTY, GARMENT BAGS FOR TRAVEL AND TRAVELLERS' SHOE BAGS,~~ IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1938; IN COMMERCE 11-24-1954.

OWNER OF U.S. REG. NO. 626,035.

SER. NO. 356,734, FILED 3-26-1982.

ROBERT PEVERADA, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS; SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

### United States Patent and Trademark Office

### July 27, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,510,757* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM *November 01, 1988*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



**L. EDELEN**
**Certifying Officer**

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,510,757
Registered Nov. 1, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUN-GLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 9–4–1987; IN COMMERCE 9–4–1987.

OWNER OF U.S. REG. NOS. 612,169, 906,262 AND OTHERS.

SEC. 2(F).

SER. NO. 687,947, FILED 10–29–1987.

FRANK HELLWIG, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

July 28, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,654,252* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *August 20, 1991*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *August 20, 2001*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

**Int. Cl.: 9**

**Prior U.S. Cl.: 26**

## United States Patent and Trademark Office

Reg. No. 1,654,252
Registered Aug. 20, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SUNGLASSES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 1-0-1990; IN COMMERCE 1-0-1990.

OWNER OF U.S. REG. NOS. 195,359, 1,347,094 AND OTHERS.

SER. NO. 74-097,621, FILED 9-17-1990.

COLLEEN SCHALLOCK, EXAMINING ATTORNEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**August 23, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,733,051* IS
CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND
EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN
THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *November 17, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *November 17, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
  *REGISTRANT*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

*L. Edelen*

**L. EDELEN**
**Certifying Officer**



Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,733,051

## United States Patent and Trademark Office

Registered Nov. 17, 1992

### TRADEMARK
#### PRINCIPAL REGISTER

## CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS AND CREDIT CARD CASES, CHANGE PURSES, TOTE BAGS, COSMETIC BAGS SOLD EMPTY, AND GARMENT BAGS FOR TRAVEL, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1954; IN COMMERCE 0-0-1954.

OWNER OF U.S. REG. NOS. 626,035, 1,347,677 AND OTHERS.

SER. NO. 74-242,426, FILED 1-31-1992.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

August 25, 2006

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,734,822* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *November 24, 1992*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM *November 24, 2002*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*

By Authority of the
**Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office**

N. WILLIAMS
**Certifying Officer**

Int. Cl.: 18

Prior U.S. Cl.: 3

## United States Patent and Trademark Office

Reg. No. 1,734,822
Registered Nov. 24, 1992

### TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: LEATHER GOODS; NAMELY, HAND-BAGS, WALLETS, TRAVEL BAGS, LUGGAGE, BUSINESS CARD CASES, CHANGE PURSES, TOTE BAGS, AND COSMETIC BAGS SOLD EMPTY, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0–0–1954; IN COMMERCE 0–0–1954.
OWNER OF U.S. REG. NOS. 1,293,298, 1,314,511 AND OTHERS.

SER. NO. 74–242,471, FILED 1–31–1992.

KEITH L. HENDERSON, EXAMINING ATTOR-NEY



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

**July 28, 2006**

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,025,936* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM  *December 13, 2005*
SAID RECORDS SHOW TITLE TO BE IN:  *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office



E. BORNETT
Certifying Officer

Int. Cls.: 9, 25 and 26

Prior U.S. Cls.: 21, 22, 23, 26, 36, 37, 38, 39, 40, 42 and 50

## United States Patent and Trademark Office

Reg. No. 3,025,936

Registered Dec. 13, 2005

### TRADEMARK
### PRINCIPAL REGISTER



CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: MOBILE PHONE STRAPS, EYEGLASS FRAMES, SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: GLOVES, SWIMWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-1-2003; IN COMMERCE 7-1-2003.

FOR: HAIR ACCESSORIES NAMELY BARRETTES AND PONY-TAIL HOLDERS, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

OWNER OF U.S. REG. NOS. 195,359, 1,734,822 AND OTHERS.

THE MARK IS COMPROMISED OF INTERLOCKING C'S.

SER. NO. 76-615,091, FILED 10-8-2004.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cls.: 9, 20, 25, 26 and 28

Prior U.S. Cls.: 2, 13, 21, 22, 23, 25, 26, 32, 36, 37, 38, 39, 40, 42 and 50

Reg. No. 3,134,695

# United States Patent and Trademark Office

Registered Aug. 29, 2006

## TRADEMARK
### PRINCIPAL REGISTER

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: SKI GOGGLES, EYEGLASS FRAMES, MOBILE PHONE STRAPS, SUNGLASSES, SUNGLASS PARTS, CASES FOR SPECTACLES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 1-1-1991; IN COMMERCE 1-1-1991.

FOR: MIRRORS, NAMELY PERSONAL COMPACTS AND HAND-HELD MIRRORS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: SKI BOOTS, SUN VISORS, SUSPENDERS, SWEATBANDS, SWIMWEAR, STOCKINGS AND SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: HAIR ACCESSORIES NAMELY BARRETTES AND PONY-TAIL HOLDERS , IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 9-1-2004; IN COMMERCE 9-1-2004.

FOR: BAGS SPECIALLY ADOPTED FOR SPORTS EQUIPMENT, BASKETBALLS, KITES, SKIS, SKI POLLS, TENNIS RACKETS, TENNIS BALLS, TENNIS RACKET COVERS, GOLF CLUBS, GOLF BAGS, SNOW BOARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-1-2004; IN COMMERCE 7-1-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND OTHERS.

SER. NO. 76-615,092, FILED 10-8-2004.

APRIL L. RADEMACHER, EXAMINING ATTORNEY