UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:11-cv-23051-DLG

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

      Plaintiffs,

  v.

ZHITIAN DAI *et al.*,

      Defendants.

                              /

**DECLARATION OF NIKOLAY LIVADKIN
IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION**

I, Nikolay Livadkin, declare and state as follows:

1.   I am over 18 years of age and have personal knowledge of the facts set forth herein. I make this Declaration, which is filed in support of Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets Tied To The Counterfeiting Operation (the "*Ex Parte* Application for TRO") against Defendants. If called upon to do so, I could and would testify competently to the matters set forth below.

2.   I am employed by Louis Vuitton Malletier, S.A. ("Louis Vuitton") as Senior Legal Counsel, and I have been so employed for many years. Louis Vuitton is a foreign business entity organized under the laws of the Republic of France with its principal of business in Paris, France.

3.   In my capacity as Louis Vuitton's Senior Legal Counsel, I am responsible for the trademark and anti-counterfeiting efforts of Louis Vuitton in connection with Internet

enforcement worldwide. As a result, I am fully familiar with the manufacture, sale, and distribution of genuine Louis Vuitton products, including, among other items, high quality handbags, wallets, and sunglasses, and I have been trained to identify the distinctions between genuine merchandise and counterfeit copies of the same.

4. Since the 1930s, Louis Vuitton has been engaged in the manufacture, promotion, distribution, and sale in interstate commerce of high quality products under the registered trademarks identified below.

5. Louis Vuitton is the owner of the following trademarks, which are valid and registered on the Principal Register of the United States Patent and Trademark Office (collectively the "Louis Vuitton Marks"):

| Trademark | Registration No. | Registration Date |
|---|---|---|
| [monogram design] | 0,297,594 | September 20, 1932 |
| LOUIS VUITTON | 1,045,932 | August 10, 1976 |
| LV | 1,519,828 | January 10, 1989 |
| LOUIS VUITTON | 1,990,760 | August 6, 1996 |
| [flower design] | 2,177,828 | August 4, 1998 |
| [circle flower design] | 2,181,753 | August 18, 1998 |
| [design] LOUIS VUITTON PARIS | 2,378,388 | August 22, 2000 |
| [design] | 2,421,618 | January 16, 2001 |
| [diamond flower design] | 2,773,107 | October 14, 2003 |
| [flower design] | 3,021,231 | November 29, 2005 |

2

|  |  |  |
|---|---|---|
| ⊕ | 3,023,930 | December 6, 2005 |
| ◆ | 3,051,235 | January 24, 2006 |

The Louis Vuitton Marks are registered in International Classes 9 and 18 and are used in connection with the manufacture and distribution of, among other things, handbags, wallets, and sunglasses. True and correct copies of the Federal Registrations for the Louis Vuitton Marks listed above are attached hereto as Composite Exhibit "A."

6.      Louis Vuitton is the sole distributor in the United States and the rest of the world of leather goods bearing the Louis Vuitton Marks, which are manufactured exclusively in Louis Vuitton's production facilities in France, Spain, Italy, and San Dimas, California.  Louis Vuitton's products are only sold in Louis Vuitton's boutiques and in high quality retail stores, such as Saks Fifth Avenue and Neiman Marcus, which contain departments operated by Louis Vuitton and staffed by Louis Vuitton's personnel.  On the Internet, Louis Vuitton markets and distributes its products exclusively using its own website, www.louisvuitton.com.  Louis Vuitton has spent many millions of dollars to extensively advertise and promote its goods in the United States.  In the last five years, Louis Vuitton's United States' sales of high quality handbags, wallets, sunglasses, and various other goods have been well into many millions of dollars.

7.      As a result of the foregoing, the Louis Vuitton Marks have acquired fame in the consumer market for a wide variety of products, including handbags, wallets, sunglasses, and other items.  The Louis Vuitton Marks have come to symbolize the enormous goodwill of Louis Vuitton products throughout the United States and the world.  No other manufacturer lawfully uses the Louis Vuitton Marks or any substantially similar marks for similar goods.  The Louis Vuitton Marks have never been abandoned.  Louis Vuitton actively polices and enforces its trademark rights.

8.     The Louis Vuitton Marks are vital to Louis Vuitton's business, as the marks represent virtually the entire value of the company and its associated image. Louis Vuitton suffers irreparable harm to its goodwill, as well as a direct monetary loss, any time third parties, including Defendants, sell counterfeit goods bearing identical or substantially similar trademarks.

9.     Louis Vuitton learned Defendants were offering for sale and selling products, including, at least, handbags, wallets, and sunglasses bearing counterfeits of the Louis Vuitton Marks without authorization via the Internet websites operating under the domain names identified in Schedule "A" to Plaintiffs' *Ex Parte* Application for TRO (collectively the "Subject Domain Names"). The Defendants do not have, nor have they ever had, the right or authority to use the Louis Vuitton Marks. Further, the Louis Vuitton Marks have never been assigned or licensed to be used on any of the websites operating under the Subject Domain Names.

10.    Louis Vuitton retained AED Investigations, Inc., a licensed private investigative firm, to investigate Defendants.

11.    Eric Rosaler ("Rosaler"), an officer of AED Investigations, Inc., accessed one of the Internet websites jointly operated by Defendants, luxurybagsnow.com, and finalized a purchase for a wallet bearing one or more of the Louis Vuitton Marks from the website. Following completion of his purchase of the Louis Vuitton branded wallet from Defendants, true and correct web page captures of the item purchased were sent to Louis Vuitton for review.

12.    I personally reviewed the detailed web page captures of the Louis Vuitton branded wallet Rosaler purchased, as well as the luxurybagsnow.com web page listings, and determined the wallet was a non-genuine Louis Vuitton product. I reached this conclusion based on my observations of the product, including the labeling and pricing, which are different from

genuine Louis Vuitton wallets.  (See Declaration of Eric Rosaler in Support of Plaintiffs' *Ex Parte* Application for TRO and Composite Exhibit "A" attached thereto.)

13. I also conducted a review of the various Louis Vuitton branded products offered for sale by Defendants via the Internet websites operating under each of the Subject Domain Names and concluded the products were non-genuine Louis Vuitton products.  I reached this conclusion through my visual inspection of the products and through the pricing, which was well below the prices of genuine Louis Vuitton goods of similar size and design, and because I personally know Louis Vuitton does not conduct business with Defendants, nor have the Louis Vuitton Marks ever been assigned or licensed to be used by Defendants or the websites operating under the Subject Domain Names.  True and correct copies of the printouts from the Internet websites operating under the Subject Domain Names showing the Louis Vuitton branded products offered for sale are attached as Composite Exhibit "A" to the Declaration of Stephen M. Gaffigan in Support of Plaintiffs' *Ex Parte* Application for TRO.

14. In view of the foregoing, I can confirm the Louis Vuitton branded wallet offered for sale and sold by Defendants via luxurybagsnow.com is a non-genuine Louis Vuitton product. Moreover, I can confirm that the products Defendants are offering for sale under the Louis Vuitton Marks via the Internet websites operating under the Subject Domain Names are non-genuine Louis Vuitton products.

15. Louis Vuitton will continue to suffer irreparable injury unless Defendants' counterfeiting and infringing activities are stopped.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed this 4th day of August, 2011 in Paris, France.

_____
NIKOLAY LIVADKIN

# Composite Exhibit A

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 297,594
Registered Sep. 20, 1932
Renewal Term Begins Sep. 20, 1992

## TRADEMARK
## PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE, BY CHANGE OF NAME, ASSIGNMENT,ASSIGNMENT AND ASSIGNMENT FROM VUITTON & VUITTON, SOCIETE A RESPONSABILITE LIMITEE (FRANCE CORPORATION) PARIS, FRANCE

OWNER OF FRANCE REG. NO. 219,497, DATED 10-29-1908, RENEWED AS REG. NO. 219,497, DATED 8-3-1923.

THE REPRESENTATION OF A TRUCK LINING OR A SECTION THEREOF BEING HEREBY DISCLAIMED.

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, AND POCKETBOOKS, IN CLASS 3 (INT. CL. 18).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1897.

SER. NO. 71-313,983, FILED 4-29-1931.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 17, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 18

Prior U.S. Cl.: 3

Reg. No. 1,045,932

**United States Patent Office**     Registered Aug. 10, 1976

## TRADEMARK
### Principal Register

## LOUIS VUITTON

Vuitton et Fils S.A.R.L. (French corporation)
18, Rue du Congres
92600 Asnieres, France

For: LUGGAGE AND LADIES' HANDBAGS, in CLASS 18 (U.S. CL. 3).

First use at least as early as 1875; in commerce at least as early as 1925.

Ser. No. 60,441, filed Aug. 13, 1975.

B. A. CHAPMAN, Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**  Reg. No. 1,519,828
Registered Jan. 10, 1989

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON (FRANCE CORPORATION)
30 RUE LA BOETIE
PARIS, FRANCE

FOR: TRUNKS, VALISES, TRAVELING BAGS, SATCHELS, HAT BOXES AND SHOE BOXES USED FOR LUGGAGE, HAND BAGS, POCKETBOOKS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 0-0-1897; IN COMMERCE 0-0-1925.

OWNER OF U.S. REG. NOS. 286,345 AND 297,594.

SER. NO. 726,741, FILED 5-6-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

Int. Cls.: **14, 16, 18, 24 and 25**

Prior U.S. Cls.: **1, 2, 3, 5, 22, 23, 27, 28, 29, 37, 38, 39, 41, 42 and 50**

**United States Patent and Trademark Office**

Reg. No. **1,990,760**
Registered Aug. 6, 1996

## TRADEMARK
PRINCIPAL REGISTER

## LOUIS VUITTON

LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

   FOR: WATCHES AND STRAPS FOR WRIST WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).
   FIRST USE 0–0–1910; IN COMMERCE 0–0–1910.
   FOR: PHOTOGRAPH ALBUMS; CATALOGUES FEATURING LUGGAGE AND TRAVEL ACCESSORIES, BAGS, SMALL LEATHER GOODS AND GARMENTS; ENGAGEMENT BOOKS, NOTEBOOKS, PICTURE BOOKS, ANTHOLOGIES AND PAMPHLETS REFERRING TO TRAVEL; CALENDARS; TELEPHONE INDEXES; HAT BOXES OF CARDBOARD; OFFICE REQUISITES IN THE NATURE OF WRITING PADS, LETTER TRAYS, WRITING CASES, PENCIL HOLDERS; FOUNTAIN PENS, BALLPOINT PENS, NIBS, INK WELLS, INK STANDS; PLAYING CARDS; COVERS FOR POCKET AND DESK DIARIES, AND CHECKBOOK HOLDERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).
   FIRST USE 0–0–1923; IN COMMERCE 0–0–1923.
   FOR: TRUNKS; TRAVELING TRUNKS; SUITCASES; TRAVELING BAGS; LUGGAGE; GARMENT BAGS FOR TRAVEL; HAT BOXES FOR TRAVEL; SHOE BAGS FOR TRAVEL; UMBRELLAS; ANIMAL CARRIERS; BAGS FOR CLIMBERS; BAGS FOR CAMPERS; RUCKSACKS; HAVERSACKS; LEATHER OR TEXTILE SHOPPING BAGS; BEACH BAGS; HUNTERS' GAME BAGS; HANDBAGS; VANITY CASES SOLD EMPTY; ATTACHE CASES; SCHOOL BAGS; SCHOOL SATCHELS; TOTE BAGS, TRAVEL SATCHELS; CLUTCH BAGS; BRIEFCASES; WALLETS; POCKET WALLETS; CREDIT CARD CASES; BUSINESS CARD CASES; BILL AND CARD HOLDERS; CHECKBOOK HOLDERS; KEY CASES; CHANGE PURSES; BRIEFCASE-TYPE PORTFOLIOS; ENVELOPES OF LEATHER OR IMITATION LEATHER FOR PACKAGING, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).
   FIRST USE 0–0–1854; IN COMMERCE 0–0–1898.
   FOR: TRAVEL BLANKETS, IN CLASS 24 (U.S. CLS. 42 AND 50).
   FIRST USE 0–0–1901; IN COMMERCE 0–0–1901.
   FOR: SHIRTS; SWEATSHIRTS; POLO SHIRTS; T-SHIRTS; HEADWEAR; JACKETS; TIES; BELTS; SHAWLS; SASHES; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).
   FIRST USE 0–0–1909; IN COMMERCE 0–0–1909.
   OWNER OF U.S. REG. NOS. 1,045,932, 1,615,681 AND OTHERS.
   THE NAME "LOUIS VUITTON" IS THE NAME OF THE DECEASED, FOUNDER OF THE APPLICANT'S BUSINESS.

   SER. NO. 74–604,074, FILED 11–29–1994.

   RANDY RICARDO, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,177,828**
Registered **Aug. 4, 1998**

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES, AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612502, FILED 2–23–1996, REG. NO. 96612502, DATED 2–23–1996, EXPIRES 2–23–2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75–143,799, FILED 8–1–1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

Reg. No. **2,181,753**

## United States Patent and Trademark Office

Registered Aug. 18, 1998

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF PRECIOUS METALS, NAMELY, SHOE ORNAMENTS, HAT ORNAMENTS, ORNAMENTAL PINS, ASHTRAYS FOR SMOKERS, DECORATIVE BOXES, POWDER COMPACTS OF PRECIOUS METAL, JEWELRY CASES; JEWELRY, NAMELY, RINGS, KEY RINGS, BELT BUCKLES, EAR RINGS, CUFFLINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS, STRAPS FOR WATCHES, WATCHES AND WRIST-WATCHES, CASES FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER ARE NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES MADE FROM LEATHER OR LEATHERBOARD, ENVELOPES OF LEATHER FOR PACKAGING; TRUNKS, VALISES, TRAVELING BAGS, LUGGAGE FOR TRAVEL, GARMENT BAGS FOR TRAVEL, VANITY CASES SOLD EMPTY, RUCKSACKS, HAND BAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE CASES, BRIEFCASES, DRAW STRING POUCHES; AND FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, LEATHER KEY HOLDERS, BUSINESS CARD CASES, CALLING CARD CASES, AND CREDIT CARD CASES, UMBRELLAS, PARASOLS, CANES, AND WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING AND UNDERWEAR, NAMELY, SWEATERS, SHIRTS, CORSETS, SUITS, WAISTCOATS, RAINCOATS, SKIRTS, COATS, PULLOVERS, TROUSERS, DRESSES, JACKETS, SHAWLS, STOLES, SASHES FOR WEAR, SCARVES, NECKTIES, POCKET SQUARES, SUSPENDERS, GLOVES, BELTS, STOCKINGS, TIGHTS, SOCKS, BATH ROBES, SHOES, BOOTS AND SANDALS, HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96/612504, FILED 2-23-1996, REG. NO. 96612504, DATED 2-23-1996, EXPIRES 2-23-2006.

OWNER OF U.S. REG. NOS. 1,643,625, 1,875,198 AND OTHERS.

SER. NO. 75-143,789, FILED 8-1-1996.

JASON TURNER, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22 and 41**

**United States Patent and Trademark Office**

Reg. No. **2,378,388**
Registered Aug. 22, 2000

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES NAMELY BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, JEWELRY AND STATIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE-CASES, BRIEF CASES, POUCHES, FINE LEATHER GOODS NAMELY, POCKET WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 7–0–1996; IN COMMERCE 7–0–1996.

OWNER OF U.S. REG. NOS. 1,615,681, 2,177,841 AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PARIS", APART FROM THE MARK AS SHOWN.

THE COLORS LIGHT AND DARK BROWN ARE CLAIMED AS A FEATURE OF THE MARK. THE LINING CONSTITUTES A FEATURE OF THE MARK AND, ITSELF, DOES NOT INDICATE COLOR AS DESCRIBED AND CLAIMED HEREINABOVE.

THE NAME "LOUIS VUITTON" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

2,378,388

THE MARK CONSISTS OF A SQUARE WITH A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH THE UNUSUAL CONTRAST OF WEFT AND WARP.

SER. NO. 75-366,585, FILED 10-1-1997.

JENNIFER CHICOSKI, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22, and 41**

**United States Patent and Trademark Office**

Reg. No. **2,421,618**
Registered **Jan. 16, 2001**

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
54, AVENUE MONTAIGNE
75008 PARIS, FRANCE

FOR: GOODS MADE OF LEATHER OR IMITATIONS OF LEATHER NOT INCLUDED IN OTHER CLASSES, NAMELY, BOXES OF LEATHER OR LEATHER BOARD PRINCIPALLY USED FOR TRAVEL PURPOSES, ENVELOPES OF LEATHER FOR MERCHANDISE PACKAGING, TRUNKS, VALISES, TRAVELING BAGS, TRAVELING SETS FOR CONTAINING COSMETICS, JEWELRY AND STATIONERY, GARMENT BAGS FOR TRAVEL, VANITY CASES, RUCKSACKS, HANDBAGS, BEACH BAGS, SHOPPING BAGS, SHOULDER BAGS, ATTACHE-CASES, BRIEF CASES, POUCHES, FINE LEATHER GOODS, NAMELY, POCKET WALLETS, PURSES, KEY CASES, BUSINESS CARD CASES, CREDIT CARD CASES, CALLING CARD CASES, PARASOLS, UMBRELLAS, CANES, WALKING-STICK SEATS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-0-1996; IN COMMERCE 8-0-1996.

PRIORITY CLAIMED UNDER SEC. 44(D) ON FRANCE APPLICATION NO. 96617953, FILED 3-27-1996, REG. NO. 96617953, EXPIRES 3-27-2006.

OWNER OF U.S. REG. NO. 1,931,144 AND OTHERS.

THE MARK CONSISTS OF A CHECKERED PATTERN OF LIGHT AND DARK BROWN WITH AN UNUSUAL CONTRAST OF WEFT AND WARP, AND COLOR IS CLAIMED AS A FEATURE OF THE

2,421,618

MARK. THE PATTERN APPEARS OVER SUBSTANTIALLY THE ENTIRE SURFACE OF THE GOODS. THE LINING CONSTITUTES A FEATURE OF THE MARK AND ITSELF DOES NOT INDICATE THE COLORS DESCRIBED ABOVE. THE MATTER SHOWN IN BROKEN LINES SERVES TO SHOW THE POSITIONING OF THE PATTERN ON ONE OF THE GOODS, NAMELY, A WALLET.

SEC. 2(F).

SN 75-173,234, FILED 9-27-1996.

TERESA M. RUPP, EXAMINING ATTORNEY

Int. Cls.: **14, 18 and 25**

Prior U.S. Cls.: **1, 2, 3, 22, 27, 28, 39, 41 and 50**

**United States Patent and Trademark Office**

Reg. No. **2,773,107**
Registered **Oct. 14, 2003**

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE CORPORATION)
2, RUE DU PONT-NEUF
75001 PARIS, FRANCE

FOR: JEWELRY INCLUDING RINGS, BELT BUCKLES OF PRECIOUS METALS, EARRINGS, CUFF LINKS, BRACELETS, CHARMS, BROOCHES, NECKLACES, TIE PINS, ORNAMENTAL PINS, AND MEDALLIONS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS AND APPARATUS, NAMELY, WATCHES, WATCH CASES AND CLOCKS; NUTCRACKERS OF PRECIOUS METALS; CANDLESTICKS OF PRECIOUS METALS, JEWELRY BOXES OF PRECIOUS METALS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

FOR: TRAVEL BAGS, TRAVEL BAGS MADE OF LEATHER; LUGGAGE TRUNKS AND VALISES, GARMENT BAGS FOR TRAVEL, VANITY-CASES SOLD EMPTY; RUCKSACKS, SHOULDER BAGS, HANDBAGS; ATTACHE-CASES, BRIEFCASES, DRAWSTRING POUCHES, POCKET WALLETS, PURSES, UMBRELLAS, BUSINESS CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, CREDIT CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER; CALLING CARD CASES MADE OF LEATHER OR OF IMITATION LEATHER, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1899; IN COMMERCE 0-0-1899.

FOR: CLOTHING, NAMELY, UNDERWEAR, SWEATERS, SHIRTS, T-SHIRTS, SUITS, HOSIERY, BELTS, SCARVES, NECK TIES, SHAWLS, WAISTCOATS, SKIRTS, RAINCOATS, OVERCOATS, SUSPENDERS, TROUSERS, JEANS, PULLOVERS, FROCKS, JACKETS, WINTER GLOVES, DRESS GLOVES, TIGHTS, SOCKS, BATHING SUITS, BATH ROBES, PAJAMAS, NIGHT DRESSES, SHORTS, POCKET SQUARES; HIGH-HEELED SHOES, LOW-HEELED SHOES, SANDALS, BOOTS, SLIPPERS, TENNIS SHOES; HATS, CAPS, HEADBANDS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1974; IN COMMERCE 0-0-1974.

OWNER OF U.S. REG. NO. 2,177,828.

SER. NO. 76-364,597, FILED 1-31-2002.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

**Reg. No. 3,023,930**
Registered Dec. 6, 2005

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-ÉTÉ ANONYME)

2, RUE DU PONT-NEUF

F-75001 PARIS, FRANCE

FOR: SPECTACLES, SUNGLASSES AND SPECTACLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0843152 DATED 1-27-2005, EXPIRES 1-27-2015.

OWNER OF U.S. REG. NOS. 1,841,850, 2,399,161 AND OTHERS.

SER. NO. 79-008,819, FILED 1-27-2005.

BRIDGETT SMITH, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,051,235
Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



LOUIS VUITTON MALLETIER (FRANCE SOCI-
  ÉTÉ ANONYME)
2, RUE DU PONT-NEUF
F-75001 PARIS
FRANCE

  FOR: SPECTACLES, SUNGLASSES AND SPECTA-
CLE CASES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

  PRIORITY DATE OF 7-30-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION
0852773 DATED 1-27-2005, EXPIRES 1-27-2015.

SER. NO. 79-011,931, FILED 1-27-2005.

RICHARD A. STRASER, EXAMINING ATTORNEY