**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 1:11-cv-23051-DLG

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

        Plaintiffs,

   v.

ZHITIAN DAI *et al.*,

        Defendants.

_____/

**DECLARATION OF ERIC ROSALER**
**IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION**

      I, Eric Rosaler, declare and state as follows:

      1.     I am over 18 years of age and am a resident of Florida. I have personal knowledge

of the facts set forth herein.  I submit this Declaration in support of Plaintiffs' *Ex Parte*

Application for Entry of Temporary Restraining Order and Preliminary Injunction and Order

Restraining Transfer of Assets Tied To The Counterfeiting Operation (the "*Ex Parte* Application

for TRO").  If called upon to do so, I could and would testify competently to the matters set forth

below.

      2.     I am an officer of AED Investigations, Inc., a licensed private investigative firm

in Florida.

      3.     Counsel for Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A.

("Louis Vuitton") (collectively "Plaintiffs"), retained my firm to investigate the suspected sale of

counterfeit versions of Plaintiffs' respective products by Defendants via the Internet websites

operating under the domain names listed in Schedule "A" to Plaintiffs' *Ex Parte* Application for TRO (collectively the "Subject Domain Names").

RE: CHANEL, INC.

4.     On August 1, 2011, I accessed one of the Internet websites operated by Defendants, nicegiftsforu6.com.  Upon accessing the website, I was able to browse the online store for products bearing Chanel trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with the website.  I then placed an order for the purchase of a wallet bearing one or more of the Chanel trademarks at issue in this action for a purchase price of $135.77, without fees, to be shipped to my address in Aventura, Florida.  My purchase was processed entirely online, which included providing shipping and billing information, payment, and confirmation of my order.  True and correct copies of the nicegiftsforu6.com webpage listings I printed which show the Chanel branded wallet I purchased, together with true and correct redacted copies of the order processing and confirmation web pages, are attached hereto as Composite Exhibit "A."

5.     During the course of my investigation regarding the purchase of the Chanel branded wallet via nicegiftsforu6.com, I communicated with Defendants electronically via Defendants' customer service e-mail addresses nicolehua2011@hotmail.com and fjleading@gmail.com.     Specifically, I sent an e-mail message to Defendants at nicolehua2011@hotmail.com, to request information for finalizing my payment through Western Union Financial Services, Inc. ("Western Union") for the Chanel branded wallet I purchased using nicegiftsforu6.com.  The e-mail I sent to nicolehua2011@hotmail.com did not bounce back, nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational.  Under ordinary circumstances when an e-mail is sent to an invalid address or

cannot be received, the e-mail is bounced back to the issuer.  Additionally, I received a Read Notification receipt for the e-mail I sent to Defendants.  Through forensic analysis of e-mail, I traced this e-mail communication to a computer terminal located in Xiamen, Fujian, China. Shortly thereafter, Defendants responded via fjleading@gmail.com, expressly instructing me to make payment using Western Union into the account belonging to "Zhitian Dai, Xiamen City, Fujian Province, China 361009."  Defendants further stated that they would offer me a ten percent discount if payment for the Chanel branded wallet purchased via nicegiftsforu6.com was effected using Western Union.  Defendants also admitted to being a related business with the Internet website operating under the Subject Domain, nicegiftsforu3.com.  On August 3, 2011, I finalized payment for the Chanel branded wallet I purchased through nicegiftsforu6.com via Western Union to the Western Union account "ZHITIAN DAI" and received the money transfer control number, 357-057-5291.  I then replied to fjleading@gmail.com, informing Defendants that I paid $145.99, with fees, via Western Union for the Chanel branded wallet and requesting the tracking number for my purchase. True and correct redacted copies of the e-mail communications I exchanged with Defendants using the e-mail addresses, nicolehua2011@hotmail.com and fjleading@gmail.com, together with the delivery confirmation receipt for nicolehua2011@hotmail.com, and a true and correct copy of the receipt for my payment via Western Union are attached hereto as Composite Exhibit "B."

6.     My Firm received a package containing the Chanel branded wallet I purchased via the nicegiftsforu6.com website, which was shipped directly to my address in Aventura, Florida via Express Mail Service.  The outside packaging identified the shipping origin as China, but the complete address was written in Chinese characters.  True and correct photographs of the Chanel branded wallet I purchased and received from Defendants through their nicegiftsforu6.com

website, together with the Chain of Custody and outside packaging, are attached hereto as Composite Exhibit "C."

RE: LOUIS VUITTON

7.     On July 29, 2011, I accessed one of the Internet websites operated by Defendants, luxurybagsnow.com.  Upon accessing the website, I was able to browse the online store for products bearing Louis Vuitton trademarks, add products to the online shopping cart, proceed to a point of checkout, and otherwise actively exchange data with the website.  I then finalized an order for the purchase of a wallet bearing one or more of the Louis Vuitton trademarks at issue in this action for a total purchase price of $143.99, to be shipped to my address in Aventura, Florida, and I paid via credit card.  My purchase was processed entirely online, which included providing shipping and billing information, payment, and confirmation of my order.  True and correct copies of the luxurybagsnow.com webpage listings I printed which show the Louis Vuitton branded wallet I purchased, together with true and correct redacted copies of the order processing and confirmation web pages, are attached hereto as Composite Exhibit "D."

8.     During the course of my investigation regarding the purchase of the Louis Vuitton branded wallet via luxurybagsnow.com, I communicated with Defendants electronically via Defendants' customer service e-mail address sales@nicegiftsforu3.com.  Specifically, on July 29, 2011, I sent an e-mail message to Defendants at sales@nicegiftsforu3.com, to request information for finalizing my payment via PayPal, Inc. ("PayPal") for the Louis Vuitton branded wallet I purchased using luxurybagsnow.com.  The e-mail I sent to sales@nicegiftsforu3.com did not bounce back, nor was it returned as "undeliverable," thereby demonstrating the e-mail address is valid and operational.  I also received a Read Notification receipt for the e-mail I sent to Defendants.   Moreover, through forensic analysis of e-mail, I traced this e-mail

communication to a computer terminal located in Xiamen, Fujian, China.  Shortly thereafter, Defendants responded via sales@nicegiftsforu3.com, expressly instructing me to make payment through PayPal to the PayPal account "xmleading2012@hotmail.com." Defendants also admitted to being a related business with the Internet website operating under the Subject Domain, nicegiftsforu3.com.  True and correct redacted copies of the e-mail communications I exchanged with Defendants using the e-mail address sales@nicegiftsforu3.com, together with the delivery confirmation receipt, are attached hereto as Composite Exhibit "E."

9.    On July 30, 2011, I received an e-mail from Defendants using the sales@nicegiftsforu3.com e-mail address, providing an order number for the Louis Vuitton branded wallet I purchased via luxurybagsnow.com and advising that my order would be shipped shortly.    Subsequently, I received another e-mail from Defendants using the sales@nicegiftsforu3.com e-mail address, providing me with an invoice for my luxurybagsnow.com purchase.  Defendants' invoice further referenced the customer service e-mail addresses, nicolehua2011@hotmail.com and fjleading@gmail.com.    True and correct redacted copies of the e-mail communications I exchanged with Defendants using the e-mail address, sales@nicegiftsforu3.com, is attached hereto as Composite Exhibit "F."

10.    I also sent pretextual e-mails to Defendants via the e-mail addresses nicolehua2011@hotmail.com and fjleading@gmail.com, the customer service e-mail addresses Defendants provided on the invoice for my purchase of the Louis Vuitton branded wallet via luxurybagsnow.com.    The e-mails did not bounce back nor were they returned as "undeliverable," thereby demonstrating the e-mail addresses are valid and operational. Moreover, Defendants directly responded to the e-mail I sent to nicolehua2011@hotmail.com. Specifically, Defendants provided me with their account information for Western Union,

instructing me to deposit payment into the account belonging to "Zhitian Dai, Xiamen City, Fujian Province, China 361009." Defendants further stated that they would offer me a ten percent discount if payment for the Louis Vuitton branded wallet purchased via luxurybagsnow.com was effected using Western Union. True and correct redacted copies of the pretexutal e-mails I sent to Defendants on July 29, 2011 are attached hereto as Composite Exhibit "G."

11.     Thereafter, the detailed web page listings for the Louis Vuitton branded wallet I purchased via luxurybagsnow.com were sent to Nikolay Livadkin at Louis Vuitton in Paris, France for evaluation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 31st day of August, 2011, at Aventura, Florida.

ERIC ROSALER

6

Composite Exhibit A

sac a main luxe - sac a main pas cher



Bonjour, bienvenue à notre magasin! [ Connectez-vous | Inscription ]     Mon compte     🛒 Panier: 0 marchandises Total: €0.00

devises: 🇪🇺 €

🔍 [                    ] **Recherche**

**Accueil** | **Nuveaux Produits** | **Vente à Chaud** | **Panier** | **Paiement** | **Clients Commentaire**

Louis Vuitton
Hermes
Prada
Celine
Chanel
Gucci
Chloe
Miu Miu
Burberry
Fendi
Cartier
Marc Jacobs
Coach
Ceinture série
Lunettes de soleil


Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit




Prix: € 166. 6
NOW: € 89.4
Enregistrer: 54%



Sac à main de luxe de sortie     **Acheter**


**HERMES Crocodile KELLY 35 black**
Prix : **€296.62**
Livraison gratuite
**Buy »**


**HERMES Togo Leather BIRKIN 35 Handbag Black**
Prix : **€220.03**
Livraison gratuite
**Buy »**


**Louis Vuitton Monogram Canvas SC Handbag**
Prix : **€166.07**
Livraison gratuite
**Buy »**


**Louis Vuitton Monogram Palermo PM Handbag**
Prix : **€161.54**
Livraison gratuite
**Buy »**


**PRADA 2011 New series-1852**
Prix : **€201.23**
Livraison gratuite
**Buy »**


**Louis Vuitton Sac à main Lingenieux**
Prix : **€131.60**
Livraison gratuite
**Buy »**


**PRADA 2011 New series 7947**
Prix : **€197.05**
Livraison gratuite
**Buy »**


**CHLOE Leather Paddington Tote**
Prix : **€190.78**
Livraison gratuite
**Buy »**


**Remise de 20 $ l'achat de 2 articles, 50 $ l'achat de 3 ou plus.**

**Commentaires**

http://www.nicegiftsforu6.com/[7/29/2011 9:33:32 PM]

sac a main luxe - sac a main pas cher

"Thank you for your help - My
bag arrived yesterday and I am
very satisfy - Thank you still for
your professionalism Cordially"
*Sophie.S*

"joli collier, il aime"
*julie valognes*

"c'est l'amour, merci"
*Kumari BOODHUN*

"bonjour jaimerai savoir ou es
situer votre magasin avez vous
un numero de telephone ou on
peut vous joindre merci"
*signe moube marie francoise*
plus..



**CHANL New series 11332
black**

Prix : **€173.38**

Livraison gratuite

Buy »



**MIU MIU Shoulder
Messenger bag 61063**

Prix : **€175.47**

Livraison gratuite

Buy »



**Cartier Crocodile des grains
-833B**

Prix : **€204.71**

Livraison gratuite

Buy »



**Gucci Sac à main 247205- 2**

Prix : **€159.45**

Livraison gratuite

Buy »



**Fendi Motif dautruche 2461s**

Prix : **€173.38**

Livraison gratuite

Buy »



**Celine 1018 pink**

Prix : **€193.92**

Livraison gratuite

Buy »



**Burberry 31717973- 506350
handbag**

Prix : **€177.21**

Livraison gratuite

Buy »



**D&G Sunglasses _4081**

Prix : **€47.35**

Livraison gratuite

Buy »

---

**Suivez-nous**

Facebook

Follow us on Twitter

**A Propos De Nous**

Livraison

Politique de confidentialité

**Service Client**

Contactez-nous

Aide/FAQ

**Mon Compte**

Signe dans

Inscris-toi

**Our Departments**

Politique descompte



**Envoyer Newsletter De Nous**

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

Email Address    S'identifier

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved

  



Bonjour, bienvenue à notre magasin! [ Connectez-vous | Inscription ]     Mon compte     🛒 Panier: 0 marchandises Total: $0.00



devises: 🇺🇸 $

🔍 [                    ]   **Recherche**

| Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire |



**5~10 Jours**   Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit

Louis Vuitton

Hermes

Prada

Celine

Chanel
- ▸ Chanel 2011 Séries
- ▸ Chanel Série cuir
- ▸ Chanel Série Tissu
- ▸ Chanel 2.55 séries
- ▸ Chanel Soirée sacs
- ▸ Chanel Portefeuille

Gucci

Chloe

Miu Miu

Burberry

Fendi

Cartier

Marc Jacobs

Coach

Ceinture série

Lunettes de soleil

Accueil > Chanel > Chanel Portefeuille



**Chanel Pink Wallet**

Prix : **$145.99**
Livraison gratuite

Buy »



**chanel dotted black wallet**

Prix : **$145.99**
Livraison gratuite

Buy »



**chanel four-cell purple bag**

Prix : **$145.99**
Livraison gratuite

Buy »



**chanel black square grid bag**

Prix : **$145.99**
Livraison gratuite

Buy »



**Chanel portefeuille Bouteille de fleur dar...**

Prix : **$106.99**
Livraison gratuite

Buy »



**chanel silver color walllet**

Prix : **$158.50**
Livraison gratuite

Buy »



**chanel deep black color wallet**

Prix : **$158.50**
Livraison gratuite

Buy »



**chanel pink color wallet**

Prix : **$158.50**
Livraison gratuite

Buy »



**Chanel black wallet**

Prix : **$145.99**
Livraison gratuite

Buy »



**chanel purplr wallet**

Prix : **$129.50**
Livraison gratuite

Buy »



**chanel orange wallet**

Prix : **$106.99**
Livraison gratuite

Buy »



**chanel bright black wallet**

Prix : **$106.99**
Livraison gratuite

Buy »

Chanel Portefeuille - sac a main pas cher



## Remise de 20 $ l'achat de 2 articles, 50 $ l'achat de 3 ou plus.

### Commentaires

"Thank you for your help - My bag arrived yesterday and I am very satisfy - Thank you still for your professionalism Cordially"
*Sophie.S*

"joli collier, il aime"
*julie valognes*

"c'est l'amour, merci"
*Kumari BOODHUN*

"bonjourn jaimerai savoir ou es situer votre magasin avez vous un numero de telephone ou on peut vous joindre merci"
*signe moube marie francoise*
**plus**..



chanel white black wallet

Prix : **$106.99**
Livraison gratuite

Buy »



chanel small purple box wallet

Prix : **$106.99**
Livraison gratuite

Buy »



chanel small silver box wallet

Prix : **$106.99**
Livraison gratuite

Buy »



chanel deep black wallet

Prix : **$145.99**
Livraison gratuite

Buy »



chanel litte black box bag

Prix : **$107.99**
Livraison gratuite

Buy »



Chanel purple rose bag

Prix : **$107.99**
Livraison gratuite

Buy »



chanel silver rose bag

Prix : **$107.99**
Livraison gratuite

Buy »



chanel black rose color wallet

Prix : **$107.99**
Livraison gratuite

Buy »



Chanel Square purple marks bag

Prix : **$107.99**
Livraison gratuite

Buy »



chanel square silver marks wallet

Prix : **$107.99**
Livraison gratuite

Buy »



Chanel Black box marks bag

Prix : **$107.99**
Livraison gratuite

Buy »



Chanel purple bottle flower wallet

Prix : **$107.99**
Livraison gratuite

Buy »

<< Prev   1 2   Next >>

## Suivez-nous

Facebook

Follow us on Twitter

## A Propos De Nous

Livraison

Politique de confidentialité

## Service Client

Contactez-nous

Aide/FAQ

## Mon Compte

Signe dans

Inscris-toi

## Our Departments

Politique descompte

## Envoyer Newsletter De Nous

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

| Email Address | S'identifier |

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved

   

prada pas cher - sac a main pas cher

Bonjour, bienvenue à notre magasin! [ Connectez-vous | Inscription ]   Mon compte   🛒 Panier: 1 marchandises Total: $145.99

# sac a main Luxe

devises: 🇺🇸 $

Recherche

Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire

**5~10 Jours** Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit

Accueil > Panier

## SHOPPING CART

| Titre du produit | Taille | Prix | Quantité | Prix total | |
|---|---|---|---|---|---|
| chanel dotted black wallet | W18xH9xD1.5cm | $145.99 | 1  Mise à jour | $145.99 | Supprimer |

**Livraison gratuite**

Si vous avez un code coupon, s'il vous plaît entrez ici.  ( soumettre du code )

| | **Préférentiels** | **$0.00** | **Total** | **$145.99** |
|---|---|---|---|---|

**Détails personnels (* Obligatoire)**

*E-mail :

Obtenir code d'escompte

*Genre :  ○ Homme  ◉ Femme

*Prénom :

*Nom :

*Adresse :

*Pays:

*Ville :

*Code postal :

*Téléphone:

Commentaires :

Si vous faites votre achat sur notre site, nous vous enverrons votre cadeau, s'il vous plaît nous dire sur quels cadeaux vous avez sélectionné. **Immédiatement à ramasser?**

**NOTE:** S'il vous plaît utiliser uniquement en anglais (Amérique) Texte en remplissant les informations ci-dessus Notre système ne sera pas capable de reconnaître texte non anglais (non latin), c'est à dire le texte russe ou du texte en japonais, et nous ne serons pas en mesure d'. traiter votre commande.

http://www.nicegiftsforu6.com/shoppingcart.aspx[8/1/2011 8:47:31 PM]

prada pas cher - sac a main pas cher



**S'il vous plaît vérifier que l'email et le numéro de téléphone que vous avez fournies sont correctes.**Vous ne recevrez pas importante commande confirmation et les informations de livraison afin de nous, si le courriel que vous nous avez fournie est incorrecte. Votre numéro de téléphone est très importante pour assurer la livraison en douceur.

**TRES IMPORTANT! S'IL VOUS PLAÎT LIRE**
Après votre paiement sur la page Secure Checkout**S'IL VOUS PLAÎT ATTENDRE** jusqu'à ce que vous êtes redirigé vers notre website.You recevront le **Numéro de commande,** quand vous arrivez de retour à notre site Web après votre paiement réussi. Ce numéro de commande est important pour s'enquérir et de suivi de votre commande. S'il vous plaît ne pas cliquer sur la touche BACK de votre navigateur Internet sécurisé, tout en Page de paiement.

En cliquant sur le 'Passez à Secure Checkout "bouton, je reconnais que j'ai lu et j'accepte les termes et les politiques de ce site web.

**Commander Maintenant**

---

**Suivez-nous**

 Facebook
 Follow us on Twitter

**A Propos De Nous**

Livraison
Politique de confidentialité

**Service Client**

Contactez-nous
Aide/FAQ

**Mon Compte**

Signe dans
Inscris-toi

**Our Departments**

Politique descompte

---

**Envoyer Newsletter De Nous**

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

Email Address    S'identifier

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved








Bonjour, bienvenue à notre magasin! [ Connectez-vous | Inscription ]          Mon compte          🛒 Panier: 1 marchandises Total: $145.99  ▶

devises: 🇺🇸 $  ▼

🔍 [                    ]  Recherche

| Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire |



5~10 Jours  Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit

Accueil  >  Chanel  >  Chanel Portefeuille  >  Sacs Chanel Pointillés Portefeuille Noir 03990



LD

ZOOM+  Agrandir l'image

### Sacs Chanel Pointillés Portefeuille Noir 03990

**Sac cuir femme**

1.100% neuf avec étiquette.
2.Top de luxe de qualité et de sacs à main designer de mode.
3.There ya un large choix de modèles et de styles.
4.Faire vous encours avec ce beau sac.
5.Fast, nous nous promettons que vous recevrez vos marchandises environ une semaine.
6.Vous pouvez payer par Visa et Master Card, paypal.
7.Every client de notre magasin pouvez profiter de la livraison gratuite et service.For meilleure vente bénéficiant plus de rabais, vous êtes invité à envoyer votre adresse e-mail pour obtenir le code promo.**sac a main**

1.100% Brand new with tag.
2.Top quality luxury and fashion designer handbags.
3.There is a wide selection of designs and styles.
4.Make you outstand with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.You can pay by Visa and Master Card,paypal.
7.Every customer from our store can enjoy free shipping and best sale service.In order to enjoy more discount you are invited to send us your email address to get the promo code.**sac à main pas cher**

| Titre du produit | Quantité | Taille |
|---|---|---|
| **Sacs Chanel Pointillés Portefeuille Noir 03990** | 1 | W18xH9xD1.5cm |

Prix : **$145.99**

Frais d'expédition : **Livraison gratuite**

 Plus

**AJOUTER AU PANIER**

**VOUS AIMEREZ AUSSI**



Coach purple wallet
$122.50

HERMES Kelly bag Kelly (6108 Dark Brown Si...
$308.99

HERMES crocodile pattern (6108 gray silver)
$336.99

ARMANI Sunglasses_6065
$67.99

Hermes light blue silver handbag
$291.99

**BESOIN D'AIDE !**

Email Us

---

**Suivez-nous**
 Facebook
Follow us on Twitter

**A Propos De Nous**
Livraison
Politique de confidentialité

**Service Client**
Contactez-nous
Aide/FAQ

**Mon Compte**
Signe dans
Inscris-toi

**Our Departments**
Politique descompte

sac à main luxe - sac a main pas cher

Bonjour, bienvenue à notre magasin! [ Connectez-vous | Inscription ]          Mon compte          🛒 Panier: 1 marchandises Total: $145.99



# sac a main Luxe

devises: 🇺🇸 $

🔍 [_____] **Recherche**

| Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire |


**5~10 Jours** Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit

Accueil > Confirm Information

## Entrez les informations d'adresse

S'il vous plaît vous inscrire ou connectez-vous en cliquant ici: **Connexion / Inscription**

Complétez vos nom, prénom, adresse d'expédition, email et par téléphone
Adresse number.The vous entrez ici ci-dessous l'adresse où vos articles commandés expédies.

| | |
|---|---|
| Adresse e-mail:: | ███████████ |
| Prénom: | ████ |
| Nom de famille: | ████ |
| Adresse: | ████████████ |
| Pays: | USA |
| City: | ████ |
| Post/Code postal: | 33180 |
| Phone: | ██████ |
| Commentaires: | |

[ EDIT ]   [ CONTINUER ]

### Détail de la commande

**[Modifier Panier]**

 chanel dotted black wallet
Taille: **W18xH9xD1.5cm**
Quantité: 1
Prix: **$145.99**

**Prix total:** **$145.99**
**Préférentiels :** **$0.00**
**Frais d'expédition:** **Frais d'expédition**
**Total :** **$145.99**

---

**Suivez-nous**
- Facebook
- Follow us on Twitter

**A Propos De Nous**
- Livraison
- Politique de confidentialité

**Service Client**
- Contactez-nous
- Aide/FAQ

**Mon Compte**
- Signe dans
- Inscris-toi

**Our Departments**
- Politique descompte



**Envoyer Newsletter De Nous**

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

[ S'identifier ]

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved

  

Payment

Bonjour, bienvenue à notre magasin! [ staerstein@hotmail.com ]     Mon compte     🛒 Panier: 1 marchandises Total: $145.99

# sac a main Luxe

🔍 [                    ]  Recherche

Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire

devises: 🇺🇸 $

5~10 Jours  Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit

## ENTER YOUR CARD DETAILS

S'il vous plaît cliquer revenir à notre site Web et vérifiez vos ordres quand vous avez fini d'accepter ci-dessous payment.We **$600.00**, si le montant qui dépasse **$600.00**,s'il vous plaît communiquer avec notre . . <u>service de facturation</u>.

S'il vous plaît choisir la méthode de paiement ci-dessous.

⊙ 

○ 

 <u>Paiement par Western Union</u> ( Enregistrer 7%-10% )

Numéro de commande NFBB22866656  Montant de l'achat $145.99  CHECKOUT

Notre E-Payment peut pas accepter le paiement en continu via la même carte de crédit dans les 24 heures, merci pour votre soutien!

Bienvenue sur notre site Web Shopping Comme c'est votre première visite sur notre site Web commerciaux, nous avons généré pour vous le numéro de compte et mot de passe, et compte pour votre e-mail:███████████mot de passe initial est: 000000.

---

**Suivez-nous**
- Facebook
- Follow us on Twitter

**A Propos De Nous**
Livraison
Politique de confidentialité

**Service Client**
Contactez-nous
Aide/FAQ

**Mon Compte**
Signe dans
Inscris-toi

**Our Departments**

---

**Envoyer Newsletter De Nous**

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

[ Email Address ] S'identifier

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved

   



Bonjour, bienvenue à notre magasin! [ staerstein@hotmail.com ]　　Mon compte　　🛒 Panier: 1 marchandises Total: $145.99



devises: 🇺🇸 $

🔍 [                    ]　Recherche

| Accueil | Nuveaux Produits | Vente à Chaud | Panier | Paiement | Clients Commentaire |



5~10 Jours　Boutique de plus de € 100 vous pouvez obtenir un cadeau gratuit



Accueil > Western Union

## Western Union

We accept VISA Card & Master Card,Paypal and Western Union. If you used Western Union pay,we offer **10% discount** to the order amount which more than 500$,offer **7% discount** when the total amount is less than 500$.

1. Our Online Payment Account is : **VISA Card & Master Card,Paypal**

2. Credit card payment : [?]  Less than $600 amount

3. Western Union : [?]

Here is Wester Union payment details:
**Money Sender Name:**
**First Name:**　**zhitian**　**(Last Name)** :　**dai**
**Address：Xiamen City, Fujian Province , China**
**Postcode：361009**

**Once your payment has been sent,  please let me know as following INFO:**
**1. MTCN ( Money Transfer Control Number )**
**2. Senders name ( First Name, Last Name ) .**
**3. Money amount**

If you have any questions please contact us by **Nicolehua2011@hotmail.com**,we will respond you within 12 hours.

---



**Suivez-nous**
- 📘 Facebook
- 🐦 Follow us on Twitter

**A Propos De Nous**
Livraison
Politique de confidentialité

**Service Client**
Contactez-nous
Aide/FAQ

**Mon Compte**
Signe dans
Inscris-toi

**Our Departments**
Politique descompte

**Envoyer Newsletter De Nous**

Soyez le premier à entendre parler des offres exclusives, remises, nouveaux lancements et les dernières nouvelles:

[ Email Address ] [ S'identifier ]

Copyright Notice © 2008 - 2011 www.nicegiftsforu6.com All rights reserved

   

# Composite Exhibit B

## order

From:  (staerstein@hotmail.com)

Sent: Tue 8/02/11 1:11 AM

To:     nicolehua2011@hotmail.com.readnotify.com

I just completed an order for a Chanel dotted black wallet 03990 $145.99.  My order number is
NFBB22866656.  I would like to send the money Western Union.  Please let me know how much money to
send.

Thank you,

staerstein@hotmail.com

Case 1:11-cv-23051-DLG    Document 5-7    Entered on FLSD Docket 08/31/2011    Page 21 of 66

## Read Notification: order

From: **nicolehua2011@hotmail.com** (████staerstein@hotmail.com.donotreplythis.ReadNotify.com)

Sent: Wed 8/03/11 5:52 AM

To: ████staerstein@hotmail.com

     2 attachments

     MDNPart2.txt (0.3 KB) , MDNPart3.txt (0.4 KB)



| To | nicolehua2011@hotmail.com |
| From | ████████n@hotmail.com |
| Subject | **order** |
| Sent on | 1-Aug-11 at 21:11:59pm 'US/Eastern' time |
| 1st Open | **3-Aug-11 at 01:52:39am -4:00**      (86%) Xiamen, Fujian, China |

Tracking Details

@2011 MapQuest Portions @2011 AND

| **Opened** | |
| Opened | 3-Aug-11 at 01:52:39am (UTC -4:00) - 1day4hours40mins40secs after sending |
| Location | Xiamen, Fujian, China (86% likelihood) |
| Opened on | 74,148,77,125,board,xm,fj,dynamic,163data,com,cn (125,77,148,74:49996) |
| Language | of recipient's PC: zh-cn (Chinese/China) |
| Browser | used by recipient: Moz/4.0 (MSIE 6.0; WinNT 5.1; SV1; GTB7.1; .NET CLR 2.0.50727; .NET CLR 3.0.04506.648; .NET CLR 3.5.21022; .NET CLR 1.1.4322) |
| Referrer | http://co120w. col120. mail. live. com/mail/InboxLight. aspx?n=1026514528 |

**Summary** - as at 3-Aug-11 at 01:52:58am (UTC -4:00) - 1day4hours40mins59secs after sending

| Total | Opened 1 time by 1 reader |

**Click here** for up-to-date (live) tracking information. This confirmation was produced and sent at: 3-Aug-11 at 01:52:58am (UTC -4:00) (3-Aug-11 05:52:58 GMT) courtesy of http://www.ReadNotify.com with times converted to 'US/Eastern' time; and refers to an original email of sender reference ID and ReadNotify.com reference 945ef3456f2fbf09d24de0a849275733 and only acknowledges that the message was displayed (ie: not necessarily read or understood) on the recipient's machine. You can change your

## RE :commande

From: **hua fen** (fjleading@gmail.com)
Sent:  Wed 8/03/11 6:53 AM
To:   ▉taerstein@hotmail.co▉m

Dear friend,
I am Nancy from www.nicegiftsforu6.com ,thank you for your order of NFBB22866656, if you want to pay by western union,

You can pay online by http://www.nicegiftsforu3.com/Payment.aspx?OrderBigId=1469 , we offer 10% discount to you . Here is western union payment detail:

Money Sender Name:

First Name:   zhitian     (Last Name) :  dai

Address: Xiamen City, Fujian Province , China

Postcode:  361009

Once your payment has been sent, please let me know as following INFO:

1>. MTCN ( Money Transfer Control Number )

2>. Sender's name ( First Name,  Last Name ) .

3>. Money amount

Any other problem feel free to let me know , look forward to your good news . Have a good day
!



WESTERN UNION

IX #2451
E BISCAYNE BLVD
MANNS FASHION ISLAND
MI FL 33188
der/Remitente: ████████
iver/Destinatario: ZHITIAN DAI

Sper ID: 409 Money Transfer Send
08/03/2011  Envio de Dinero
USUP ELT    MTCN: 357-857-5291

lable In/Disponibl em: CHINA USD
but amount/Cantidad de pago: 125.77 US US Dollar
lange Rate/Tipo de cambio:  1.0000000

tern Union Card Number / Numero de Tarjeta 4907452217
al WU Card Points/Total puntos en tarjeta WU
igned WU Card Points/Puntos asignados a la tarjeta WU

Amount/Cantidad:    $ 128.77
Charge(s)/Cargos:
Service/Servicio:     14.00
$ 142.77

WESTERN UNION

PHONE TIME: Your Gold Card has a rechargeable LONG DISTANCE phone card
ture. Rates as low as 3.5¢/minute within continental U.S. No hidden fees.
time with Cash at Agent. Call 1-800-500-7924 to use a credit/debit card.
Upgrade to the NEW Reloadable Western Union Gold Card Visa Prepaid Card!
s to upgrade and NO monthly maint, or purchase transaction fees. Sign up
ay at mygoldcarddebit.com - No bank account or credit check required.

Agent Signature /
Firma del Agente

Customer Signature /
Firma del Cliente

IN ADDITION TO THE TRANSFER FEE, WESTERN UNION ALSO MAKES MONEY WHEN IT CHANGES YOUR DOLLARS INTO FOREIGN CURRENCY
PLEASE SEE REVERSE SIDE FOR MORE INFORMATION REGARDING CURRENCY EXCHANGE. IF THE EXCHANGE RATE FOR YOUR TRANSACTION
WAS DETERMINED AT THE TIME YOU SENT THE MONEY, THE CURRENCY TO BE PAID OUT AND THE EXCHANGE RATE ARE LISTED ON YOUR
RECEIPT. OTHERWISE, THE EXCHANGE RATE WILL BE SET WHEN THE RECEIVER RECEIVES THE FUNDS.

CERTAIN TERMS AND CONDITIONS GOVERNING THIS TRANSACTION AND THE SERVICES YOU HAVE SELECTED ARE SET FORTH ON THE REVERS
SIDE. BY SIGNING THIS RECEIPT, YOU ARE AGREEING TO THOSE TERMS AND CONDITIONS.

ADEMÁS DE LOS CARGOS POR EL SERVICIO DE TRANSFERENCIA, WESTERN UNION TAMBIÉN GANA DINERO CUANDO CAMBIA SUS DÓLARES
MONEDA EXTRANJERA. POR FAVOR LEA AL REVERSO MÁS INFORMACIÓN SOBRE EL CAMBIO DE MONEDA. SI EL TIPO DE CAMBIO PARA S
TRANSACCIÓN FUE FIJADO EN EL MOMENTO EN EL QUE ENVIÓ EL DINERO, LA MONEDA EN LA QUE SE HARÁ EL PAGO Y EL TIPO DE CAMBIO S
INDICARÁN EN EL RECIBO. DE LO CONTRARIO, EL TIPO DE CAMBIO SE FIJARÁ CUANDO EL DESTINATARIO RECIBA LOS FONDOS.

ALGUNOS TÉRMINOS Y CONDICIONES QUE RIGEN ESTA TRANSACCIÓN Y LOS SERVICIOS QUE USTED HA ELEGIDO SE ESTABLECEN EN LAS A
REVERSO. AL FIRMAR ESTE RECIBO, USTED DECLARA QUE ESTÁ DE ACUERDO CON ESOS TÉRMINOS Y CONDICIONES.

WESTERN UNION

## order

From: ███████████ (staerstein@hotmail.com)
Sent: Thu 8/04/11 1:21 AM
To:    fjleading@gmail.com.readnotify.com

Order Number: NFBB22866656
Chanel Dotted Black Wallet 03990
I just paid western union for my order.
MTCN: 357-057-5291
███████████
$135.77

Please let me know that you received my money and send me the tracking number once my item is shipped.
Thank you, looking forward to having my purchase!!!

# Composite Exhibit C

















# AED Investigations, Inc.
## Investigations & Process Service

P.O. Box 4132
Hallandale, FL 33008
Tel: 305-495-1838
Info@AEDinvestigations.com
Agency #A2600166

**Matter: shopwhatulove.info**
**Web Address : www.nicegiftsforu6.com**

| Quantity | Merchandise Description | Size | Price | Identifying Marks |
|---|---|---|---|---|
| 1 | Chanel Black Wallet | | $145.99 | Chanel |
| | | | | |
| | | | | |

**In the custody of:**

| Date Received | Name | Title | Signature | Date released | Sent Via |
|---|---|---|---|---|---|
| 8-15-2011 | Eric Rosaler | Inv. | | 8-22-2011 | Fed Ex |
| | | | | | |
| | | | | | |
| | | | | | |

**CHAIN OF CUSTODY**
**AND**
**BUY REPORT**

Composite Exhibit D

LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇬🇧 ?  ▼        SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us        Shopping Cart: ( Items)

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

- **Prada**
- **Burberry**
- **Chanel**
- **Louis Vuitton**
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**



### Exclusive & Designer
# HANDBAGS AND PURSES
Stylish & Quality handbags at wholesale prices

## NEWS                              MORE ▸

- most powerful luxury brands in ...
- Louis Vuitton handbags is a dream
- The Uniqueness Of Gucci
- Reasons to Get Hermes Handbags







## Weekend Hit Item                              More ▸

## Recommended



LOUIS VUITTON Monogram
BoetiePM
Price: ~~?532.44~~
Sale Price: ?105.24
Save:80%



LOUIS VUITTON Monogram Palermo PM
Price: ~~?532.44~~
Sale Price: ?143.76
Save:73%



PRADA 2011 New-series 7947
Price: ~~?982.70~~
Sale Price: ?170.39
Save:82%



HERMES jugular lines (6089 in the blue-
gold)
Price: ~~?1642.11~~
Sale Price: ?196.95
Save:88%

## Weekend New Item                              More ▸

### Track Order

Need to track your order? Enter the billing
information below and we will track it for you.

[                    ] Submit







**Get the Latest Promo & Deals**



Sign up for our mailing list and receive ?3.14 pro-mo code, a promo co-de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

**?3.14**

GUCCI g-240261600 red full leather embosse...
Price: ?1460.14
Sale Price: ?166.91
Save 88%

PRADA 2011 New series7947
Price: ?982.70
Sale Price: ?170.39
Save:82%

Chanel Silver
Price: ?1277.86
Sale Price: ?157.10
Save:87%







MIU MIU bag street tide RIVETS88050
Price: ?1228.38
Sale Price: ?178.05
Save:85%

MIU MIU Mobile Messenger Bag1863
Price: ?1126.40
Sale Price: ?168.31
Save:85%

HERMES New Litchi (H2806 orange)
Price: ?1092.70
Sale Price: ?171.05
Save:84%

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map    HOME   TOP

      

Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇬🇧 ?

SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us

Shopping Cart: ( Items)

- **Hermes**
- **Prada**
- **Burberry**
- **Chanel**
- **Louis Vuitton**
  - › 2011 New series
  - › Louis Vuitton Classic style
  - › Louis Vuitton Leather series
  - › Louis Vuitton Fabric series
  - › Louis Vuitton Multicolor
  - › Louis Vuitton Mems
  - › Louis Vuitton Wallet
  - › Louis Vuitton Suitcase
- **Gucci**
- **Celine Handbag**
- **Chloe**
- **MiuMiu**
- **Marc Jacobs**
- **Sunglasses**

## Recommended



LOUIS VUITTON Monogram BoetiePM
Price: ~~₹532.44~~
Sale Price: ₹105.24
Save 80%

## Track Order

Need to track your order? Enter the billing information below and we will track it for you.

Submit

## Get the Latest Promo & Deals

New Arrival for Gifts
Start at 50% off PLUS Free Shipping

HOME > Louis Vuitton > Louis Vuitton Wallet

Display: 🔲 ☰   sort by : Default Sort By

◄◄ ◄ 1 2 3 4 5 ► ►►



Louis Vuitton orange color wallet
Price: ~~₹343.27~~
Sale Price: ₹90.20
Save:73%



Louis Vuitton color green wallet
Price: ~~₹343.27~~
Sale Price: ₹90.20
Save:73%



LOUIS VUITTON m60123150 red and white color
Price: ~~₹343.27~~
Sale Price: ₹90.20
Save:73%



LOUIS VUITTON m60123150 -Pink Black Color
Price: ~~₹343.27~~
Sale Price: ₹72.66
Save:78%



Louis Vuitton 90001220 Khaki leather wallet
Price: ~~₹349.54~~
Sale Price: ₹93.65
Save:73%



Louis Vuitton 90001220 coffee brown leathe...
Price: ~~₹349.54~~
Sale Price: ₹93.65
Save:73%



Louis Vuitton khaki color wallet
Price: ~~₹349.54~~
Sale Price: ₹93.65



Louis Vuitton brown coffee wallet
Price: ~~₹349.54~~
Sale Price: ₹93.65

LOUIS VUITTON 9003240 Black
Price: ~~₹343.27~~
Sale Price: ₹93.33



Sign up for our mailing list and receive ?3.14 pro-mo code, a promo co-de will be emailed to you shortly after you sign up. We do not share or sell our customers information.

?3.14

Save:73%          Save:73%          Save:72%

LOUIS VUITTON 9002230 Black
Price: ?343.27
Sale Price: ?93.33
Save:72%

LOUIS VUITTON 9001220 Black
Price: ?343.27
Sale Price: ?93.33
Save:72%

Louis Vuitton dark box wallet
Price: ?299.42
Sale Price: ?87.07
Save:70%

1 2 3 4 5

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map

HOME    TOP

Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $

SEARCH

# LV handbags

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( 0 Items)

HOME > Louis Vuitton > Louis Vuitton Wallet > Louis Vuitton orange color wallet

## Hermes

- Hermes New series
- Hermes Birbin Platinum: 25CM
- Hermes Birbin Platinum: 30CM
- Hermes Birbin Platinum: 35CM
- Hermes Birbin Platinum: 40CM
- Hermes Birbin Platinum: 42CM
- Hermes Kelly bag: 22CM
- Hermes Kelly bag: 32CM
- Hermes Kelly bag: 35CM
- Hermes Lindy 34CM
- Hermes Wallet

**Prada**

**Burberry**

**Chanel**

**Louis Vuitton**

**Gucci**

**Celine Handbag**

**Chloe**

**MiuMiu**

**Marc Jacobs**

**Sunglasses**

## Recommended



LOUIS VUITTON Monogram BoetiePM

Price: $850.00

Sale Price: $168.00

Save 80%

## Track Order

Need to track your order? Enter the billing information below and we will track for you.

Submit

### Louis Vuitton orange color wallet

Regular price: $548.00

Price: $163.89  Save Off: 73%

Size Info:

W19xH10

Shipping Fee: Free Shipping

Quantity: 1

Add to Cart    Checkout

 Plus

View larger image

Add To My Wishlist

| Description | Reviews | Wishlist |
| --- | --- | --- |

1.100% Brand new.
2.Top quality and which looks luxury and fashion.
3.There is a wide selection of designs and styles.
4.Make you standout with this beautiful bag.
5.Fast delivery,we promise that you will receive your goods about one week.
6.We accpet Visa and Master Card.
7.We guarantee to give you best sale service.

Louis Vuitton orange color wallet - Handbags Online Sale



### Get the Latest Promo & Deals

**$5.00**

Sign up for our mailing list and receive $5.00 pro-mo code, a promo co-de will be emailed to you shortly after you sign up. We do not share or sell our customers information.





**You may like these**

Louis Vuitton orange color wallet - Handbags Online Sale





Gucci 2816150-Brown Wallet
Price: $888.00
Sale Price: $153.23
Save:82%

COACH 10619380 Dark brown Handbag
Price: $1080.40
Sale Price: $206.85
Save:80%

Chanel 6880500 Silver soil Handbag
Price: $1928.00
Sale Price: $226.79
Save:88%





conew_5188
Price: $280.00
Sale Price: $82.99
Save:70%

conew_conew_9006-6
Price: $255.00
Sale Price: $68.50
Save:73%

HERMES Kelly bag / Kelly (H008 Black 1)
Price: $1450.40
Sale Price: $266.05
Save:81%

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map








Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▼          SEARCH

# LV handbags

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( Items)

# Order

My Cart  ›  Information  ›  Confirmation  ›  Payment

# Information

HOME > My Account

* Email Address:
* Password:
* Confirm Password:
* Sex:  ○ MALE  ○ FEMALE
* First Name:
* Last Name:
* Telephone:
* Address:
* City:
* State/Provinece:
* Post/Zip Code:
* Country:
* Comments:

Next ›

## Order Details

Louis Vuitton orange color wallet
Size:W19xH10
Qty:1
Price: **$143.99**

Subtotal: **$143.99**

Shipping Fee: **Free Shipping**

Special Saving: **$0.00** Discount Information

Enter Promo Code: **$0.00**

Promo Code: [            ] apply

Total: **$143.99**

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map    HOME    TOP

VISA   PayPal   MasterCard   DISCOVER   Verisign Secured   McAfee SECURE   STELLA Service ELITE

Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

Payment



LOGIN   My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $ ▼        SEARCH

**LV** handbags

Home | New Arrivals | My Account | News Center | Contact Us | Shopping Cart: ( Items)

# Order

🧺 **My Cart** > 📄 **Information** > Ⓒ **Confirmation** > 💻 **Payment**

# Information

HOME > My Account

Congratulations!You have placed your order with us.Your order number is EBAG22866629, Total:$143.99. Select the payment term below to complete your order.Thank you.

Channel1      🔒 Checkout

Channel1   VISA MasterCard   🔒 Checkout

Welcome to visit our website again, hope you are pleasure in this time shopping. Here we notice you that when you check out to pay the money, our system will automatic to change the Currency to the US Dollars.



### Order Details

Louis Vuitton orange color wallet
Size:W19xH10
Qty:1
Price: $143.99

Subtotal: $143.99

Shipping Fee: Fare Shipping

Special Saving: $0.00 Discount Information

Total: $143.99

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map   HOME   TOP

VISA | PayPal | MasterCard | DISCOVER | Verisign Secured | McAfee SECURE TESTED 01-APR | STELLA Service ELITE

Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

http://www.luxurybagsnow.com/Payment.aspx?OrderBigId=1413[7/29/2011 9:11:09 PM]



LOGIN    My Wishlist | My Cart | Checkout

Currencies: 🇺🇸 $

SEARCH

# LV handbags

Home    New Arrivals    My Account    News Center    Contact Us    Shopping Cart: ( Items)



GIRL'S Collection

# My Account

HOME > My Order

**Account Profile**

Email Address:
██████████

Password: ***********
Profile Info
Change My Password
Recommended discount code to apply

**My Orders / Order Status**

Track your order and find information about your previous orders.
My Orders

**My Gallery**

Save your favorite items and share them with friends. Organize your favorites by creating as many separate galleries as you want.
View My Wishlist

**discount code list**

Please check your list to be honored, honored in the list, the list has been fulfilled.
Wait for honor list
Cash in the list
List has been honored

log off

## My Order

| Order Number | Price | Order Time | Order Status |
|---|---|---|---|
| EBAG22866629 | $143.99 | 7/29/2011 6:10:28 PM | Pending |

First Previous 1 Next Last  Page 1 

- Handbags Online Sale

Return Policy | Help | Privacy Policy | Shipping | How to Clean | Payment | Contact Us | About Us | Site Map 

     

Copyright Notice © 2008 - 2011 www.luxurybagsnow.com All rights reserved

## Your order number is EBAG22866629, please check it!

From: **sales@nicegiftsforu3.com**
Sent: Sat 7/30/11 1:15 AM
To: ▬▬▬▬▬▬▬▬

Dear ▬▬▬▬▬▬

Thank you for placing order on www.luxurybagsnow.com . Below is your order information:

### Order Details

| Price Pictures | Product Name | Unit Price | Quantity | Summary |
|---|---|---|---|---|
|  | Louis Vuitton orange color wallet | $143.99 | 1 | $143.99 |

**OrderNumber:** EBAG22866629

**Total:** $143.99

**Your Personal Information**

**Your Name:** ▬▬▬▬▬▬

**TelPhone:** ▬▬▬▬▬▬

**Address:** ▬▬▬▬▬▬▬▬▬▬ USA  florida

**Order Time:** 7/29/2011

www.luxurybagsnow.com hasn't received your payment till now.

If you haven't paid for your order, you can Check Out Now !

Before we process your order, you should pay for the order first, then we will prepare and ship the goods to
you.Looking forward to hearing from you.Sincerely.
Alice
MSN: Nicolehua2011@hotmail.com

Email: fjleading@gmail.com

www.luxurybagsnow.com Inc.All Rights Reserved

# we are preparing your goods and will send your goods out soonly

From: **sales@nicegiftsforu3.com**

Sent: Sat 7/30/11 9:30 AM

To: 

Dear **aerstein sarah**

I am Alice from www.luxurybagsnow.com , it is my honor and pleasure to service you. We are so glad to receive

your order, we are preparing your goods and will send it out soonly! Dear friend, your order number is

EBAG22866629, I list your product below:

## Order Details

| Price Pictures | Product Name | Unit Price | Quantity | Summary |
|---|---|---|---|---|
|  | Louis Vuitton orange color wallet | $143.99 | 1 | $143.99 |

Total: $143.99

Your Personal Information

Your Name: **aerstein sarah**

TelPhone: **305-343-592**

Address: **0533 Biscayne Blvd #227 aventura** USA florida

Order Time: 7/29/2011

Dear friend, if you have any problems, please feel free to let me know, we guarantee to give you best

service.

Looking forward to hearing from you soon!

Best regards

Alice

MSN: Nicolehua2011@hotmail.com

Email: fjleading@gmail.com

www.luxurybagsnow.com Inc.All Rights Reserved

# Composite Exhibit E

## payment

From: sarah rose (settyt1@hotmail.com)

Sent: Fri 7/29/11 9:42 PM

To:    sales@nicegiftsforu3.com.readnotify.com

Do you take paypal for payment

Thanks

## Read Notification: payment

From: **sales@nicegiftsforu3.com** (settyt1@hotmail.com.donotreplythis.ReadNotify.com)

Sent: Sat 7/30/11 2:03 AM

To: settyt1@hotmail.com

    2 attachments

    MDNPart2.txt (0.3 KB) , MDNPart3.txt (0.3 KB)



| To | sales@nicegiftsforu3.com |
| From | settyt1@hotmail.com |
| Subject | **payment** |
| Sent on | 29-Jul-11 at 21:43:02pm 'US/Eastern' time |
| 1st Open | **30-Jul-11 at 02:03:05am**  -4:00 |

(86%) Xiamen, Fujian, China

Tracking Details

@2011 MapQuest Portions @2011 AND

| **Opened** | |
| Opened | 30-Jul-11 at 02:03:05am (UTC -4:00)  -  4hours20mins3secs after sending |
| Location | Xiamen, Fujian, China (86% likelihood) |
| Opened on | 128,190,204,121,board,xm,fj,dynamic,163data,com,cn (121,204,190,128:8597) |
| Language | of recipient's PC: zh-cn (Chinese/China) |
| Browser | used by recipient: Moz/4.0 (MSIE 8.0; WinNT 5.1; Trident/4.0) |
| Referrer | http://email17. secureserver. net/webmail. php?login=1,http://email17. secureserver. net/pcompose. php?aEmlPart=0& type=reply& folder=INBOX& uid=563 |
| Last log | No more activity after 30-Jul-11 at 02:03:18am (UTC -4:00)  -  Log data indicates email was read for at least 13secs (approx.) |

| **Summary**  -  as at 30-Jul-11 at 02:03:23am (UTC -4:00)  -  4hours20mins21secs after sending |
| Total Opened 1 time by 1 reader |

**Click here** for up-to-date (live) tracking information. This confirmation was produced and sent at: 30-Jul-11 at 02:03:23am (UTC -4:00) (30-Jul-11 06:03:23 GMT) courtesy of http://www.ReadNotify.com with times converted to 'US/Eastern' time; and refers to an original email of sender reference ID and ReadNotify.com reference 7212083bd6c20e80ed96529bbdde3bd2 and only

## RE: payment

From: **sales@nicegiftsforu3.com**

Sent: Sat 7/30/11 2:11 AM

To:    sarah rose (settyt1@hotmail.com)

 Yes, of course you can ,our paypal account address is xmleading2012@hotmail.com ,it is online by
https://www.paypal.com/c2/cgi-bin/webscr?cmd=_flow&
SESSION=BwQIMLTtsAgMz8j78k1PK9Vk0zI2DN9ssdMLKapbkQA2zmawSANUxICCwsK&
dispatch=5885d80a13c0db1f8e263663d3faee8d1e83f46a36995b3856cef1e18897ad75

Any problem feel free to let me know, I am Nancy from www.nicegiftsforu3.com . Look
forward to your good news .Have a good day !

Subject: payment
From: sarah rose <settyt1@hotmail.com>
Date: Fri, July 29, 2011 6:42 pm
To: <sales@nicegiftsforu3.com>

> Do you take paypal for payment
>
> Thanks

Composite Exhibit F

## Your order number is EBAG22866629, please check it!

From: **sales@nicegiftsforu3.com**

Sent: Sat 7/30/11 1:15 AM

To: █████████████

Dear ███████████

Thank you for placing order on www.luxurybagsnow.com . Below is your order information:

### Order Details

| Price Pictures | Product Name | Unit Price | Quantity | Summary |
|---|---|---|---|---|
|  | Louis Vuitton orange color wallet | $143.99 | 1 | $143.99 |

**OrderNumber:** EBAG22866629

**Total:** $143.99

**Your Personal Information**

**Your Name:** ███████████

**TelPhone:** ███████████

**Address:** ██████████████████ USA florida

**Order Time:** 7/29/2011

www.luxurybagsnow.com hasn't received your payment till now.

If you haven't paid for your order, you can Check Out Now !

Before we process your order, you should pay for the order first, then we will prepare and ship the goods to you.Looking forward to hearing from you.Sincerely.

Alice

MSN: Nicolehua2011@hotmail.com

Email: fjleading@gmail.com

www.luxurybagsnow.com **Inc.All Rights Reserved**

## we are preparing your goods and will send your goods out soonly

From: **sales@nicegiftsforu3.com**

Sent: Sat 7/30/11 9:30 AM

To: 

Dear ████████████

I am Alice from www.luxurybagsnow.com , it is my honor and pleasure to service you. We are so glad to receive

your order, we are preparing your goods and will send it out soonly! Dear friend, your order number is

EBAG22866629, I list your product below:

### Order Details

| | Price Pictures | Product Name | Unit Price | Quantity | Summary |
|---|---|---|---|---|---|
|  | | Louis Vuitton orange color wallet | $143.99 | 1 | $143.99 |

Total: $143.99

**Your Personal Information**

Your Name: ████████████

TelPhone: ████████████

Address: ████████████ USA florida

Order Time: 7/29/2011

Dear friend, if you have any problems, please feel free to let me know, we guarantee to give you best

service.

Looking forward to hearing from you soon!

Best regards

Alice

MSN: Nicolehua2011@hotmail.com

Email: fjleading@gmail.com

www.luxurybagsnow.com Inc.All Rights Reserved

Composite Exhibit G

## payment

From: sarah rose (settyt1@hotmail.com)

Sent: Fri 7/29/11 9:42 PM

To:    sales@nicegiftsforu3.com.readnotify.com

Do you take paypal for payment

Thanks

## Read Notification: payment

From: **sales@nicegiftsforu3.com** (████ettyt1@hotmail.com.donotreplythis.ReadNoti██y.com)

Sent: Sat 7/30/11 2:03 AM

To: ████ettyt1@hotmail.c██m

     2 attachments
     MDNPart2.txt (0.3 KB) , MDNPart3.txt (0.3 KB)



| | |
|---|---|
| To | sales@nicegiftsforu██om |
| From | ████ettyt1@hotmail.██m |
| Subject | **payment** |
| Sent on | 29-Jul-11 at 21:43:02pm 'US/Eastern' time |
| 1st Open | 30-Jul-11 at 02:03:05am   -4:00 |

Tracking Details

(86%) Xiamen, Fujian, China

@2011 MapQuest Portions @2011 AND

| **Opened** | |
|---|---|
| Opened | 30-Jul-11 at 02:03:05am (UTC -4:00)   -   4hours20mins3secs after sending |
| Location | Xiamen, Fujian, China (86% likelihood) |
| Opened on | 128.190.204.121.board.xm.fj.dynamic.163data.com.cn (121.204.190.128:8597) |
| Language | of recipient's PC: zh-cn (Chinese/China) |
| Browser | used by recipient: Moz/4.0 (MSIE 8.0; WinNT 5.1; Trident/4.0) |
| Referrer | http://email17. secureserver. net/webmail. php?login=1,http://email17. secureserver. net/pcompose. php?aEmlPart=0& type=reply& folder=INBOX& uid=563 |
| Last log | No more activity after 30-Jul-11 at 02:03:18am (UTC -4:00)   -   Log data indicates email was read for at least 13secs (approx.) |

**Summary**   -   **as at 30-Jul-11 at 02:03:23am (UTC -4:00)**   -   4hours20mins21secs after sending

| Total | Opened 1 time by 1 reader |
|---|---|

**Click here** for up-to-date (live) tracking information. This confirmation was produced and sent at: 30-Jul-11 at 02:03:23am (UTC -4:00) (30-Jul-11 06:03:23 GMT) courtesy of http://www.ReadNotify.com with times converted to 'US/Eastern' time; and refers to an original email of sender reference ID and ReadNotify.com reference 7212083bd6c20e80ed96529bbdde3bd2 and only

## RE: payment

From: **sales@nicegiftsforu3.com**
Sent: Sat 7/30/11 2:11 AM
To:   sarah rose (settyt1@hotmail.com)

 Yes, of course you can ,our paypal account address is xmleading2012@hotmail.com ,it is online by
https://www.paypal.com/c2/cgi-bin/webscr?cmd=_flow&
SESSION=BwQIMLTtsAgMz8j78k1PK9Vk0zI2DN9ssdMLKapbkQA2zmawSANUxICCwsK&
dispatch=5885d80a13c0db1f8e263663d3faee8d1e83f46a36995b3856cef1e18897ad75

Any problem feel free to let me know, I am Nancy from www.nicegiftsforu3.com . Look
forward to your good news .Have a good day !

Subject: payment
From: sarah rose <settyt1@hotmail.com>
Date: Fri, July 29, 2011 6:42 pm
To: <sales@nicegiftsforu3.com>

 Do you take paypal for payment

 Thanks

## western union

From: sarah axle (settyt2@hotmail.com)

Sent: Fri 7/29/11 9:50 PM

To:    nicolehua2011@hotmail.com.readnotify.com

Do you use western union for purchases?

## RE: western union

From: 华芬 (nicolehua2011@hotmail.com)
Sent: Sun 7/31/11 8:52 PM
To: cettyt2@hotmail.com



Dear friend,

You can pay by western union. if  pay by western union we can offer 10% discount so you just need to pay 1279€=$1860.  Here is western union payment detail:

Money Sender Name:

First Name:  zhitian     (Last Name) :  dai

Address: Xiamen City, Fujian Province , China

Postcode:  361009

Once your payment has been sent, please let me know as following INFO:

1>. MTCN ( Money Transfer Control Number )

2>. Sender's name ( First Name,  Last Name )  .

3>. Money amount

Why we give you large discount,the reason is if your use credit card or paypal pay it would cost me a lot of bank commission,if you use western union pay that would be cost a little bank commission.So we suggest you pay by western union.We guarantee ship the bags to you in 24hours,you can reveive them in 7 days. You can return the bag for change at any time.Hope to receive your good news soon.Have a good day!

---

From: settyt2@hotmail.com
To: nicolehua2011@hotmail.com
Subject: western union
Date: Fri, 29 Jul 2011 21:50:19 -0400

Do you use western union for purchases?

# (No Subject)

From: angel aspen (settyt3@hotmail.com)

Sent:  Fri 7/29/11 10:00 PM

To:    fjleading@gmail.com.readnotify.com

How long does it take to receive an order