UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:11-cv-23051-DLG

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

       Plaintiffs,

  v.

ZHITIAN DAI *et al.*,

       Defendants.
_____/

**DECLARATION OF HUANG YU TING IN
SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION**

I, Huang Yu Ting, declare and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein. I submit this declaration in support of Plaintiffs' *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets Tied To The Counterfeiting Operation (the "*Ex Parte* Application for TRO").

2. I am a lifelong resident of Guangzhou, Guangdong, China and am extremely familiar with the methods for locating proper addresses in the Peoples Republic of China. I have conducted investigative work in China for over five years. I am fluent in Mandarin, Cantonese, and English.

3. Counsel for Plaintiffs, Chanel, Inc. ("Chanel") and Louis Vuitton Malletier, S.A. ("Louis Vuitton") (collectively "Plaintiffs") requested that I confirm physical addresses and contact information in China for service of process on Defendants. Also, because the physical addresses provided by Defendants in the domain name registrations for the Internet websites

operating under the domain names identified on Schedule "A" of Plaintiffs' *Ex Parte* Application for TRO (the "Subject Domain Names") are false or invalid, Plaintiffs' counsel requested that I attempt to locate any alternative physical address at which Defendants could be served. As detailed below, I have been unable to identify a valid physical address for service of process on Defendants.

4. I investigated the physical contact addresses provided by Defendants in connection with the WHOIS domain registrations for the Subject Domain Names, as well as the physical contact addresses provided by Defendants on the Internet websites operating under the Subject Domain Names, and I determined each address to be false, incomplete, and/or invalid for service of process on Defendants. (See Declaration of Stephen M. Gaffigan in Support of Plaintiffs' *Ex Parte* Application for TRO and Composite Exhibit "B" thereto, WHOIS domain registration reports.) I also attempted to contact Defendants via the telephone numbers provided in the contact sections of the WHOIS domain registration reports regarding the Subject Domain Names; however, all of my attempts were unsuccessful as the telephone numbers are invalid and/or or an invalid means of contacting Defendants. The contact addresses and telephone numbers I investigated and the results of my investigation are set forth in detail on the chart I prepared, which is attached hereto as Exhibit "A."

5. I also conducted searches of several public databases and directories available in China, including phone directories for Xiamen, Fujian, China. However, I was unable to find a valid listing or physical address for service of process upon Defendants associated with any of the domain names at issue in this lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed the 10th day of August, 2011, at Guangzhou, Guangdong, China.

_____
HUANG YU TING

# Exhibit A

| Domain | WHOIS Contact Name | WHOIS Contact Address | WHOIS Address Verification | WHOIS Contact Phone | WHOIS Phone Verificaiton |
|---|---|---|---|---|---|
| beautifulcity.info | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| bestapparelforu.info | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| fashionbootsforu.info | Chris Chen | NO 10 Lianhua South Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is hotel named Xiamen Family Planning Service Center Hotel located on No. 10 Lianhua South Rd., Siming District, Xiamen, Fujian. A valid address in the hotel must include a room number. A staff representative of the Administration Office of the hotel confirmed that there is no record associated with Chris Chen, or anyone conducting business in the hotel regarding the Domain name. | Tel: +86.5923768768 | The telephone number " +86.5923768768" is a valid land line number in China. However, I placed numerous phone calls to this telephone number at different times of the day and my calls were never answered and I was unable to leave a message. |
| happyshoppingonline.info | Chris Chen | NO 10 Lianhua South Rd., Siming District., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is hotel named Xiamen Family Planning Service Center Hotel located on No. 10 Lianhua South Rd., Siming District, Xiamen, Fujian. A valid address in the hotel must include a room number. A staff representative of the Administration Office of the hotel confirmed that there is no record associated with Chris Chen, or anyone conducting business in the hotel regarding the Domain name. | Tel: +86.5923768768 | The telephone number " +86.5923768768" is a valid land line number in China. However, I placed numerous phone calls to this telephone number at different times of the day and my calls were never answered and I was unable to leave a message. |
| luxurybagsnow.com | Jenny Lee | CHINA xiamen, FUJIAN 361000 China | The address is not valid. A valid address in Xiamen, Fujian, must include a street name, building name or number and a room number.  The address does not provide the requisite information to be valid. | Tel: 865923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| niceapparel.info | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu.com | Jenny Lee | CHINA xiamen, FUJIAN 361000 China | The address is not valid. A valid address in Xiamen, Fujian, must include a street name, building name or number and a room number.  The address does not provide the requisite information to be valid. | Tel: 865923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu.info | Alice Wang | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Alice Wang, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu1.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu1.info | Alice Wang | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Alice Wang, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |

| Domain | WHOIS Contact Name | WHOIS Contact Address | WHOIS Address Verification | WHOIS Contact Phone | WHOIS Phone Verificaiton |
|---|---|---|---|---|---|
| nicegiftsforu2.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu3.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu4.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu5.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu6.com | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| nicegiftsforu9.info | Chris Chen | NO 10 Lianhua South Rd.., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is hotel named Xiamen Family Planning Service Center Hotel located on No. 10 Lianhua South Rd., Siming District, Xiamen, Fujian. A valid address in the hotel must include a room number. A staff representative of the Administration Office of the hotel confirmed that there is no record associated with Chris Chen, or anyone conducting business in the hotel regarding the Domain name | Tel: +86.5923768768 | The telephone number " +86.5923768768" is a valid land line number in China. However, I placed numerous phone calls to this telephone number at different times of the day and my calls were never answered and I was unable to leave a message. |
| nicegiftsforutoday.info | Chris Chen | NO 10 Lianhua South Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is hotel named Xiamen Family Planning Service Center Hotel located on No. 10 Lianhua South Rd., Siming District, Xiamen, Fujian. A valid address in the hotel must include a room number. A staff representative of the Administration Office of the hotel confirmed that there is no record associated with Chris Chen, or anyone conducting business in the hotel regarding the Domain name | Tel: +86.5923768768 | The telephone number " +86.5923768768" is a valid land line number in China. However, I placed numerous phone calls to this telephone number at different times of the day and my calls were never answered and I was unable to leave a message. |
| shopwhatulove.info | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |
| uggaustraliashoes.info | Sherry Lin | NO 152, Lianyue Rd., Siming Distict XIAMEN, FUJIAN, 361000, CN | The address is not valid. There is building named Xinhua Building located on No. 152, Lianyue Rd., Siming District, Xiamne, Fujian, and a valid address in the building must include a room number.  The address does not provide a room number. I inquired with the property management office of Xinhua Building and personally confirmed that there is no record associated with Sherry Lin, or anyone conducting business in the building regarding the Domain name. | Tel: +86.5923728728 | The telephone number "+86.5923728728" is not valid and not registered. Upon placing my call to the telephone number, a voice recording informed me that the telephone number is not registered and does not exist. |