**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 11-23051-CIV-GRAHAM/GOODMAN

CHANEL, INC. and LOUIS VUITTON
MALLETIER, S.A.,

    Plaintiffs,

vs.

ZHITIAN DAI, et al.,

    Defendants.
_____/

**ORDER OF REFERENCE**

    Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is hereby referred to **United States Magistrate Judge Jonathan Goodman** to take all necessary and proper action as required by law regarding Plaintiffs' Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction and Order Restraining Transfer of Assets Tied to the Counterfeiting Operation [D.E. 5].

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of September, 2011.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge Goodman
      All Counsel of Record